ORIGINAL

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,

Plaintiff,

vs.

BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,

Defendants.

Case No. 4:06-CV-00018 RRB

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves this Court to issue a temporary restraining order, pursuant to Fed. R. Civ. P. Rule 65(b), requiring and restraining all Defendants from:

1. Asserting or enforcing any tribal law which reduces, undercuts, or negates the rights of Plaintiff IRHA; and



ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910 Fax: 907-456-8064

2. Specifically asserting the applicability of Ordinance No. 06-01-01 in *IRHA v. Almquist*, Case No. 4FA-06-1421 CI.

Unless this motion is granted, Plaintiff IRHA will suffer immediate and irreparable injury, loss, and damage if Defendants are permitted to adopt and enforce an ordinance that overrides federal housing law and regulations.

It is not requested that this Motion be granted without notice to Defendants.

DATED at Fairbanks, Alaska this 28 day of June, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By: ______________________
Peter J. Aschenbrenner
Bar No. 7210037

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910 Fax: 907-456-8064