ORIGINAL

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

RECEIVED
JUN 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910 Fax: 907-456-8064

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**TEMPORARY RESTRAINING ORDER**

The Court has considered Plaintiff's Motion for Temporary Restraining Order, issued by Interior Regional Housing Authority, as Plaintiff, against all Defendants, and the affidavit of Steve Ginnis, in which it appears that Plaintiff IRHA will be irreparably damaged by Defendants' continued enforcement of Ordinance No. 06-01-01.

Notice of these proceedings has been provided to Defendants. On the basis of these pleadings and supporting documentation, and the Court being fully advised in the premises, the Court is of the opinion that the relief in the form of this temporary restraining order should be issued.

Therefore,



IT IS HEREBY ORDERED that Defendants are restrained from:

1. Asserting or enforcing any tribal law which reduces, undercuts, or negates the rights of Plaintiff IRHA; and

2. Specifically asserting the applicability of Ordinance No. 06-01-01 in *IRHA v. Almquist*, Case No. 4FA-06-1421 CI.

IT IS FURTHER ORDERED that Plaintiff IRHA's Motion for Preliminary Injunction will be heard by this Court at ___:___ ___.m. on the ____ day of ________________, 2006 in Courtroom _____.

IT IS FURTHER ORDERED that as a condition of obtaining this order, Plaintiff IRHA must post bond or other security in the sum of $__________, to secure Defendants against loss by incurring attorney's fees and costs in the defense of this action *pendente lite*.

IT IS FURTHER ORDERED that the Temporary Restraining Order issued herein will expire at ___:____ ___.m. on the _____ day of ________________, 2006, unless within such time the order is extended for good cause shown, or unless Defendants consent to an extension.

IT IS FURTHER ORDERED that a copy of this order shall be immediately served by the United States Marshal on Defendants.

DATED at Fairbanks, Alaska this ____ day of June, 2006.

______________________________
U.S. District Court Judge

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910 Fax: 907-456-8064