Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

RECEIVED
JUN 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves this court to enter a preliminary injunction against all Defendants for the following relief:

1. To prohibit all Defendants from asserting or enforcing any tribal law which reduces, undercuts, or negates the rights of Plaintiff IRHA; and

2. To specifically prohibit all Defendants from asserting the applicability of Ordinance No. 06-01-01 in *IRHA v. Almquist*, Case No. 4FA-06-1421 CI.

Plaintiff's Motion for Preliminary Injunction
*IRHA v. Almqusit, et al.*
4:06-CV-00018 RRB
Page 1

IT IS FURTHER ORDERED that as a condition of obtaining this order, Plaintiff IRHA must post bond or other security in the sum of $5,000, to secure Defendants against loss by incurring attorney's fees and costs in the defense of this action *pendente lite*.

DATED at Fairbanks, Alaska this 22 day of June, 2006.

            ASCHENBRENNER LAW OFFICES, INC.
            Attorneys for Plaintiff IRHA

            By: _____
                Peter J. Aschenbrenner
                Bar No. 7210037

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

Plaintiff's Motion for Preliminary Injunction
*IRHA v. Almqusit, et al.*
4:06-CV-00018 RRB
Page 2