ORIGINAL

RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907)-456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, , WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities.<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**PLAINTIFF'S DOCUMENTS ATTACHMENT FILED IN SUPPORT OF ITS MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby submits the following documents in support of its Motions for Temporary Restraining Order and Preliminary Injunction filed simultaneously.

1. Ordinance No. 06-01-01 dated June 1, 2006. (3 pages)

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

2. Log Notes from hearing held on June 14, 2006 in Case No. 4FA-06-1421 CI, *IRHA v. Almquist*. (10 pages).

3. Constitution of the Native Village of Dot Lake Alaska, unexecuted. (8 pages).

4. Constitution of the Native Village of Dot Lake Alaska, unexecuted (13 pages)

5. Letter from Jim Thomas, Acting Director of Tribal Services with the US Department of the Interior, Bureau of Indian Affairs to Shirley Lee at Tanana Chief's Conference, Inc. dated September 16, 1994. (10 pages).

6. Goals & Priorities Spreadsheet – Upper Tanana – Tok 1998 & 1999. (1 page).

7. IRHA Summary Allocation for Funding for FY 1998 NAHASDA Activities. (2 pages).

8. IRHA Landlord – Tenant Rental Contract dated August 22, 2003. (5 pages).

9. Documents pertaining to IRHA's attempts to transfer ownership of Dot Lake Triplex dated October 2004. (5 pages).

10. Letter from Wayne Mundy to Michael Walleri dated February 21, 2006. (1 page).

DATED at Fairbanks, Alaska this 28 day of June, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By: _____
Peter J. Aschenbrenner
Bar No. 7210037

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910   Fax: 907-456-8064