CONSTITUTION
OF THE
NATIVE VILLAGE OF DOT LAKE
ALASKA

PREAMBLE

We, the members of the Native Village of Dot Lake, Alaska, having a common bond of residence in the neighborhood of Dot Lake, Alaska, in order to promote our welfare through the development of the governmental and economic enterprises, do establish this Constitution in accordance with and by authority of the Indian Reorganization Act of June 18, 1934 (48 Stat. 984), as amended, by the Acts of June 15, 1935 (49 Stat. 378); May 1, 1936 (49 Stat. 1250); and November 1, 1988 (102 Stat. 581).

ARTICLE I - NAME

The name of this organization shall be the Native Village of Dot Lake.

ARTICLE II - DEFINITION OF TERRITORY

The area to be served and the jurisdiction of this Village, as defined by Federal law, shall be in and around the Native Village of Dot Lake. This area shall include, but not be limited to: USS 3217, USS 3123, USS 4285, in addition to the lands transferred to the State of Alaska in trust through other means, and recorded in the name of the Native Village of Dot Lake, the lands within the Dot Lake Native Corporation Shareholder's Subdivision, lands obtained by Village members through native allotments, and all lands conveyed to the Dot Lake Native Corporation under the Alaska Native Claims Settlement Act (ANCSA) shall be within the jurisdiction of the Native Village of Dot Lake.

ARTICLE III - MEMBERSHIP

Section 1.  Village Members.

(a) All persons whose names appear on the official Village Membership Roll, maintained by the Village Council, shall be considered as members of the Native Village of Dot Lake.

(b) The Village Membership Roll shall contain the names of all living individuals listed as members of the Village of Dot Lake, under the Alaska Native Claims Settlement Act (ANCSA), and all their living direct descendants.

Section 2.  New Members.

(a) The names of direct descendants born to any member shall be included on the Village Membership Roll.

Section 3. <u>Regulation of Membership</u>.

(a) The Village Membership Roll shall be updated and certified at least once a year at the annual meeting to be conducted during the second quarter of each calendar year. Individual members shall be responsible for notifying the Council of any change in family status which would affect the membership roll and include any request by individuals to be removed from the Village roll.

(b) The Council shall have the power to enact ordinances and resolutions, subject to approval by the Secretary of the Interior, prescribing rules and regulations governing membership, including application and appeal procedures, loss of membership and adoption of members. The Council shall have the power to adopt ordinances to extend the privilege of membership, for community purposes only, to persons not otherwise eligible under Section 1 and/or 2 of this Article.

Section 4. <u>Class of Membership</u>. There shall be three (3) classes of Village members recognized by the Native Village of Dot Lake.

(a) Resident Village Members. Those members that are residing within the boundaries of the area under the jurisdiction of the Village as defined in Article II.

(b) Non-Resident Tribal Members. Those members that are not residing within the boundaries of the area under the jurisdiction of the Village as defined in Article II.

(c) Adopted Tribal Members. Those members who have been adopted by the Native Village of Dot Lake. They may be a resident or a non-resident member.

## ARTICLE IV - THE VILLAGE COUNCIL

Section 1. <u>Establishment</u>. The governing body of the Native Village of Dot Lake shall be the Dot Lake Village Council, hereinafter referred to as the Council. The Council shall represent the Village in all its undertakings and shall exercise the powers enumerated in this Constitution.

Section 2. <u>Composition</u>. The Council shall be composed of five (5) individuals elected by majority vote of the voting adult Village members present at the annual Village meeting. The five (5) individuals elected shall select a Chief/President, Second Chief/Vice President, Secretary and two (2) members. Elections shall be conducted at the annual Village meeting as required to fill vacancies on the Council. Any member that has reached his/her eighteenth (18) birthday shall be considered as an adult Village member.

- 2 -

<u>Section 3.</u>   <u>Terms</u>.   There shall be no established terms for council members. They shall remain in office until removed by a majority vote of the adult Village members at any regular, special or annual meeting of the Village. All council members shall be re-affirmed at each annual meeting.

## ARTICLE V - POWERS OF THE VILLAGE COUNCIL

The Dot Lake Village Council shall have powers and responsibilities herein provided, subject to any limitations imposed upon such powers by statutes and laws of the United States.

(a) To consult, negotiate, contract or conclude agreements with Federal, State and local governments on activities which may affect the Native Village of Dot Lake;

(b) To employ legal counsel, the choice of counsel and fixing of fees to be subject to approval of the Secretary of the Interior or his authorized representative so long as such approval is required by Federal law;

(c) To receive advice from and make recommendations to the Secretary of the Interior with regard to all appropriation estimates for all projects which are for the benefit of the members of the Native Village of Dot Lake;

(d) To acquire property and to accept gifts in the name of the Native Village of Dot Lake;

(e) To prevent the alienating or other taking of Village property without the consent of the Village;

(f) To protect members rights in personal property;

(g) To join and/or charter housing authorities;

(h) To charter enterprises, corporations and associations;

(i) To administer the Village's assets and manage all economic affairs and enterprises of the Village, including the lease, sale, or other disposition of lands owned by the Village; <u>PROVIDED</u>, That any sale of Village property must be approved by the majority of the adult Village members;

(j) To promote the peace, safety, health and general welfare of the members of the Village;

(k) To enact ordinances and regulations consistent with this Constitution for the conduct and administration of all Village elections, the appointment of an election board and the regulations of its duties;

- 3 -

(l) To administer justice by establishing a Village Court and defining its duties and powers consistent with Federal law;

(m) To levy and collect taxes, fees and assessments for Village purposes; and

(n) To encourage and foster the arts, crafts, traditions, language and culture of the Village and its members.

The retained powers of the Native Village of Dot Lake not expressly referred to in this Constitution shall not be lost by reason of their omission but may be exercised through the adoption of amendments to this Constitution.

## ARTICLE VI - DUTIES OF OFFICERS

Section 1. The Chief/President. The Chief/President of the Council shall preside over all Village council meetings, general Village meetings, and general membership meetings, and shall execute on behalf of the Village all contracts, leases and other documents approved by the Council. The Chief/President may vote in any meeting only in case of a tie. The Chief/President shall have general supervision of all other officers, employees and committees of the Village and see that their duties are properly performed. When the Council is not in session, he shall be the official representative of the Village. The Chief/President shall also sit on any Village Court established within the Native Village of Dot Lake.

Section 2. The Second Chief/Vice-President. The Second Chief/Vice President shall assist the Chief/President when called upon to do so. In the absence of the Chief/President, the Second Chief/Vice President shall assume the duties of the Chief/President.

Section 3. The Secretary. The Secretary of the Council shall conduct all correspondence and keep a complete and accurate record of all business transactions of the Village or the Council. He/she shall record all rules, regulations and ordinances in appropriate books or files for the information and guidance of the Village members. The Secretary shall act as a chairperson in the event the Chief/President and the Second Chief/Vice-President is absent from the Village.

Section 4. The Treasurer. The Council shall appoint a Treasurer, who shall accept, receive, receipt for and safeguard all funds for which the Council is responsible. He/she shall make a faithful record of all such funds and shall report to the Council all receipts and expenditures and the amount and nature of all funds in possession or custody. He/she shall not pay out or authorize disbursement of any funds for which he/she is responsible except under authorization of the Council.

The Secretary and/or Treasurer may be the same person. The Treasurer may be appointed from within or outside the Council.

- 4 -

Section 5. **Appointive Officers**. The duties of all appointive officers, agents or committees appointed by the Council shall be clearly defined by a resolution of the Council at the time of appointment. No appointive officer, agency or committee shall serve past the next annual meeting without being re-affirmed

Section 6. **The Records**. All accounts, records, books, files, and minutes of the Village or the Village Council meetings shall be subject to examination by any tribal member at any reasonable time. All accounts, records, books, files and minutes shall be maintained within the Village Council office within the Native Village of Dot Lake.

### ARTICLE VII - QUALIFICATIONS OF OFFICERS

Section 1. No person may be a candidate for or serve as an elective officer unless he/she is an adult Village member resident within the Village. Individuals that temporarily reside outside the Village for seasonal employment shall be considered as resident.

### ARTICLE VIII - CHANGE OF OFFICERS/MEMBERS OF THE COUNCIL

Section 1. Any officer or member of the Council or other officials of the Village who is convicted of a felony or other offense involving dishonesty or moral turpitude while holding office shall be required to forfeit that office. A prior conviction of this type felony shall disqualify a person from eligibility for a period of three (3) years from the date of conviction.

Section 2. Any officer or member of the Council having two (2) unexcused absences from properly noticed meetings may be removed from the Council by majority vote of the other members of the Council.

Section 3. Any officer or member of the Council that moves away from the Village on a permanent or semi-permanent basis, other than for seasonal employment, may be removed by a majority vote of the other members of the Council.

Section 4. If a position on the Council becomes vacant for any reason, the remaining members of the Council shall appoint a successor to serve in that position until the next annual membership meeting.

### ARTICLE IX - MEETINGS

Section 1. **Village Council Meetings**.

(a) The Council is not required to conduct any specific number of meetings during any specific period of time but shall conduct meetings as the need arises.

- 5 -

(b) All regular Council meetings shall be properly noticed by written notice to each member in addition to the posting of written notices within the Village area at least three (3) days prior to the meetings.

(c) All Council meetings shall be open to all Village members.

(d) The Chief/President or the Second Chief/Vice-President may call special meetings as deemed necessary for the Council to function and shall call such meetings at the written request of three (3) members of the Council. A twenty-four (24) hour notice must be given to all Council members prior to any special meeting. The Council shall have the power to transact business as in regular meetings, Provided, That a quorum is present.

(e) The presence of three (3) or more Council members shall constitute a quorum for a Council meeting. No business shall be transacted unless a quorum is present.

(f) Careful and accurate records in the form of minutes shall be kept of all Council meetings.

Section 2.  Village Meetings.

(a) A Village meeting shall be conducted when requested by at least five (5) Village residents. The Council may call a Village meeting to discuss matters of interest or importance to the residents of the Village.

(b) A Village meeting may be called to cover any topic deemed appropriate by Village residents.

(c) All Village meetings shall be open to all Village residents. The presence of at least one-fourth (1/4) of the adult Village members residing within the Village shall constitute a quorum for a Village meeting.

(d) Careful and accurate records shall be kept, as appropriate, of all Village meetings.

Section 3.  Membership Meetings.

(a) A membership meeting shall be conducted when requested by five (5) or more village members. The Council may call a membership meeting to discuss matters of interest or importance to all Village members.

(b) A membership meeting may be called to cover any topic deemed appropriate by the Village members.

(c) All membership meetings shall be open to all Village members. The presence of one-fourth (1/4) of the adult Village members shall constitute a quorum for a membership meeting.

(d) Careful and accurate records shall be kept, as appropriate, of all membership meetings.

Section 4.  Annual Meeting.

(a) An annual meeting of all Village members shall be conducted during the second quarter of each calendar year.

(b) All actions of the Village and the Council shall be reviewed at the annual meeting and actions taken as required.

(c) Council membership shall be re-affirmed or new members elected at the annual meeting.

(d) Village membership rolls shall be updated and recertifies at the annual meeting.

(e) Individuals may be adopted into the Village by majority vote of those present at the annual meeting.

(f) The presence of thirty percent (30%) of the adult Village members shall constitute a quorum for the annual meeting.

(g) Careful and accurate records shall be kept, as appropriate, of all annual meetings.

ARTICLE X - RIGHTS OF MEMBERS

Section 1.  All members of the Native Village of Dot Lake, eighteen (18) years of age or over, shall have the right to vote in any Village election.

Section 2.  Members of the Village shall have the right to speak and meet freely in a peaceable way.

Section 3.  Subject to Article III, Section 3 of this Constitution, all Village members shall have an equal share in any and all benefits of the Village.

Section 4.  The Native Village of Dot Lake, in exercising its powers of self-government, shall not deny to any person within its jurisdiction freedom of speech, press, or religion, or the right to assemble peacefully. The Village government shall not deny to any person the equal protection of tribal laws or deprive any person of liberty or property without due process of law. The Village shall provide to all persons within its jurisdiction the rights guaranteed by the Indian Civil Rights Act of 1968.

- 7 -

## ARTICLE XI - ORDINANCES AND RESOLUTIONS

Section 1. Ordinances. All final decisions on matters of permanent interest shall be embodied in ordinances. Such enactments shall be available for inspection by members of the Village during regular business hours.

Section 2. Resolutions. All final decisions on matters of temporary interest where a formal expression is needed shall be embodied in resolutions, noted in the minutes, and shall be available for inspection by members of the Village during normal business hours.

Section 3. Form. All ordinances and resolutions shall be dated and numbered and shall include a certificate showing the presence of a quorum, the number of members voting for and against the proposed enactment and the constitutional authority for such action.

## ARTICLE XII - SEVERABILITY

If any provision of this Constitution shall be held invalid by a court of competent jurisdiction, the invalid provision or provisions shall be severed and the remaining provisions shall continue in full force and effect.

## ARTICLE XIII - AMENDMENTS

Section 1. This Constitution may be amended by a majority vote of the qualified voters of the Native Village of Dot Lake in an election called for that purpose by the Secretary of the Interior or his authorized representative; PROVIDED, That at least thirty percent (30%) of those entitled to vote shall vote in such an election. No amendment shall become effective until approved by the Secretary of the Interior or his authorized representative.

Section 2. It shall be the duty of the Secretary of the Interior to call an election on any proposed amendment at the request of the Council or upon receipt of a petition signed by at least thirty percent (30%) of the eligible voters of the Village.

## ARTICLE XIV - ADOPTION

This Constitution, when adopted by a majority vote of the eligible voters of the Native Village of Dot Lake voting at an election called for that purpose by the Secretary of the Interior or his designated representative in which at least thirty percent (30%) of those entitled to vote shall vote, shall be submitted to the Secretary of the Interior for his approval, and shall be effective from the date of such approval.

- 8 -