# CONSTITUTION OF THE NATIVE VILLAGE OF DOT LAKE ALASKA

## PREAMBLE

We, the Tribal members of the Native Village of Dot Lake, Alaska, having a traditional common bond in order to promote our welfare through the development of the governmental and economic enterprises, do establish this Constitution in accordance with and by authority of the Indian Reorganization Act of June 18, 1934 (48 Stat. 984), as amended, by the Acts of June 15, 1935 (49 Stat. 378); May 1, 1936 (49 Stat. 1250); and November 1, 1988 (102 Stat. 581).

## ARTICLE I - NAME

The name of this organization shall be the Native Village of Dot Lake.

## ARTICLE II - DEFINITION OF TERRITORY

The area to be served and the jurisdiction of this Tribe, as defined by Federal law, shall be in and around the Native Village of Dot Lake. This area shall include, but not be limited to: USS 3217, USS 3123, USS 4285, in addition to the lands transferred to the State of Alaska in trust under Section 14 (c) (3) of the Alaska Native Claims Settlement Act (ANCSA). Lands acquired by the Council through other means, the lands within the Dot Lake Native Corporation Shareholder's Subdivision, lands obtained by members

through Native allotments, and all lands conveyed to the Dot Lake Native Corporation under ANCSA shall be within the jurisdiction of the Native Village of Dot Lake.

## ARTICLE III - MEMBERSHIP

Section 1. Tribal Members.

(a) All persons whose names appear on the official tribal membership roll, maintained by the Council, shall be considered as tribal members of the Native Village of Dot Lake.

(b) The tribal membership roll shall, as a minimum, contain the names of all living individuals that were listed as members of the Village of Dot Lake, under the Alaska Native Claims Settlement Act (ANCSA), and all their living direct descendants.

Section 2. New Members.

(a) The direct descendants of tribal members shall be included on the tribal membership roll.

Section 3. Membership for Community Purposes. The Tribe shall have the power to extend the privilege of membership for community purposes only to persons not otherwise eligible under Section 1 and/or 2 of this Article. Such persons shall not be considered "Native" or "Indian" based solely on this membership for purposes of entitlement to or participation in any federal or tribal benefit or programs extended to persons by virtue of their status as "Native" or "Indian" but shall enjoy and be entitled to any other benefits and/or programs developed by the Native Village of Dot Lake.

PAGE 2 OF 13
Final Document of 12-7-94

DOCUMENTS ATTACHMENT 4
PAGE 2 OF 13

JUN-22-2006  09:28          9075867525
JUN-28-2006  11:20                                      98%              P.02

Section 4. Class of Membership. There shall be three (3) classes of tribal members recognized by the Native Village of Dot Lake.

(a) Resident Tribal Members: Those members that are residing within the boundaries of the area under the jurisdiction of the Tribe as defined in Article II.

(b) Non-Resident Tribal Members. Those members that are not residing within the boundaries of the area under the jurisdiction of the Tribe as defined in Article II.

(c) Adopted Tribal Members: Those tribal members that have been adopted by the Native Village of Dot Lake. They may be resident or a non-resident.

Section 5. Regulation of Membership.

(a) The tribal membership roll shall be updated and certified at least once a year at the annual tribal meeting to be conducted during the second quarter of each calendar year. Individual tribal members shall be responsible for notifying the Council of any change in family status which would affect the tribal membership roll and include any request by individuals to be removed from the tribal roll.

(b) The Council shall have the power to enact ordinances and resolutions prescribing rules and regulations governing membership, including application and appeal procedures, loss of membership and adoption of members.

## ARTICLE IV - THE COUNCIL

Section 1. Establishment. The governing body of the Native Village of Dot Lake shall be the Dot Lake Village Council, hereinafter referred to as the Council. The Council shall represent the Tribe in all its undertakings and shall exercise the powers enumerated in this Constitution.

PAGE 3 OF 13
Final Document of 12-7-94

DOCUMENTS ATTACHMENT 4
PAGE 3 OF 13

JUN-22-2006 09:28    9075867525
JUN-28-2006 11:20                    98%    P.03

Section 2. Composition. The Council shall be composed of five (5) individuals elected by majority vote of the eligible voters present at the first annual meeting, following the adoption of this constitution. The five (5) individuals elected shall select a Chief/President, Second Chief/Vice President, Secretary and two (2) members. Elections shall be conducted at the annual meeting as required to fill vacancies on the Council. Tribal members that have reached his/her eighteenth (18) birthday shall be eligible to vote at tribal elections.

Section 3. Terms. There shall be no established terms for Council members. They shall remain in office until removed by a majority vote of the eligible voters at any regular, special or annual meeting of the Tribe. All Council members shall be reaffirmed at each annual meeting.

## ARTICLE V - DUTIES OF OFFICERS

Section 1. The Chief/President. The Chief/President of the Council shall preside over all Council meetings, general village meetings, and general membership meetings, and shall execute on behalf of the Tribe all contracts, leases and other documents approved by the Council. The Chief/President may vote in any meeting only in case of a tie. The Chief/President shall have general supervision of all other officers, employees and committees of the Tribe and see that their duties are properly performed. When the Council is not in session, he shall be the official representative of the Tribe. The Chief/President shall also sit on any Tribal Court established within the Native Village of Dot Lake.

Section 2. The Second Chief/Vice President. The Second Chief/Vice President shall assist the Chief/President when called upon to do so and in the absence of the Chief/President shall perform the duties of the Chief/President.

Section 3. The Secretary. The Secretary of the Council shall conduct all correspondence and keep a complete and accurate record of all business transactions of the Tribe or the Council. He/she shall record all rules, regulations and ordinances in appropriate books or files for the information and guidance of the tribal members. The Secretary shall act as a chairperson in the event the Chief/President and the Second Chief/Vice President is absent from the village.

Section 4. The Treasurer. The Council shall appoint a Treasurer, who shall accept, receive, receipt for and safeguard all funds for which the Council is responsible. He/she shall make a faithful record of all such funds and shall report to the Council all receipts and expenditures and the amount and nature of all funds in possession or custody. He/she shall not pay out or authorize disbursement of any funds for which he/she is responsible except under authorization of the Council.

The Secretary and/or Treasurer may be the same council member. The Treasurer may be appointed from within or outside the Council. If appointed from outside the Council, the position shall not be considered a council position but one of management only and the Treasurer shall not be entitled to vote in council proceedings.

Section 5. Appointive Officers. The duties of all appointive officers, agents or committees appointed by the Council shall be clearly defined by a resolution of the Council at the time of appointment. No appointive officer, agent or committee shall serve past the next annual meeting without being reaffirmed.

Section 6. The Records. All accounts, records, books, files and minutes of all meetings shall be subject to examination by any tribal member at any reasonable time. All accounts, records, books, files and minutes shall be maintained within the Council office within the Native Village of Dot Lake.

## ARTICLE VI - POWERS OF THE COUNCIL

The Council shall have powers and responsibilities herein provided, subject to any limitations imposed upon such powers by statutes and laws of the United States.

(a) To consult, negotiate, contract or conclude agreements with federal, state, and local governments on activities which may affect the Native Village of Dot Lake;

(b) To employ legal counsel, the choice of counsel and fixing of fees to be subject to approval of the Secretary of the Interior or his authorized representative so long as such approval is required by Federal law;

(c) To receive advice from and make recommendations to the Secretary of the Interior with regard to all appropriation estimates for all projects which are for the benefit of the tribal members of the Native Village of Dot Lake.

(d) To acquire property and to accept gifts in the name of the Native Village of Dot Lake;

(e) To prevent the alienating or other taking of tribal property without the consent of the Tribe;

(f) To protect members rights in personal property;

(g) To join and/or charter housing authorities;

(h) To charter enterprises, corporations and associations;

(i) To administer tribal assets and manage all economic affairs and enterprises of the Tribe, including the lease, sale or other disposition of lands owned by the Tribe;

   <u>Provided</u>, That any sale of tribal property must be approved by a majority vote of at least seventy-five percent (75%) of the adult tribal membership;

(j)   To promote the peace, safety, health and general welfare of the tribal members of the Native Village of Dot Lake;

(k)   To enact ordinances and regulations consistent with this Constitution, for purpose of but not limited to the conduct and administration of all tribal elections, the appointment of an election board and the regulations of its duties;

(l)   To administer justice by establishing a tribal court and defining its duties and powers consistent with Federal law;

(m)   To levy and collect taxes, fees and assessments for tribal purposes; and

(n)   To encourage and foster the arts, crafts, traditions, language and culture of the Tribe and its tribal members.

The retained powers of the Native Village of Dot Lake not expressly referred to in this Constitution shall not be lost by reason of their omission but may be exercised through the adoption of amendments to this Constitution.

## ARTICLE VII - QUALIFICATIONS OF OFFICERS

<u>Section 1</u>. No person shall be a candidate for or serve as an elective officer unless he/she is an eligible voter residing in the Village. Individuals that temporarily reside outside the village for seasonal employment shall be considered a resident.

## ARTICLE VIII - CHANGE OF OFFICER/MEMBERS OF THE COUNCIL

<u>Section 1</u>. Any officer or member of the Council or other officials of the Tribe who is convicted of a felony or other offense involving dishonesty or moral turpitude while holding office shall forfeit that position. Any conviction of a felony shall disqualify a person's eligibility for office for a period of three (3) years from the date of conviction.

<u>Section 2</u>. Any officer or member of the Council having two (2) unexcused absences from properly noticed meetings may be removed from office by a majority vote of the other members of the Council.

<u>Section 3</u>. Council members who reside outside of Dot Lake shall forfeit his or her position on the Council or may be removed by a majority vote of the remaining Council members, unless otherwise specified by this Constitution or by tribal ordinance.

<u>Section 4</u>. If a position on the Council becomes vacant for any reason, the remaining members of the Council shall appoint a successor to serve in that position until the next annual meeting.

## ARTICLE IX - MEETINGS

<u>Section 1. Council Meetings</u>.

(a) The Council shall not be required to conduct any specific number of meetings during any specific period of time.

(b) All regular Council meetings shall be properly noticed by written or oral notice to each council member in addition to the posting of written notices within the village area at least three (3) days prior to the meetings.

(c) All Council meetings shall be open to all tribal members.

(d) The Chief/President or the Second Chief/Vice President may call a special meeting as deemed necessary for the Council to function and shall call such meeting at the written request of three (3) members of the Council. A twenty-four (24) hour notice must be given to all Council members prior to any special meeting. The Council shall have the power to transact business as in regular meetings, <u>Provided</u>, That a quorum is present.

(e) The presence of three (3) or more Council members shall constitute a quorum for Council meetings. No business shall be transacted unless a quorum is present.

(f) Careful and accurate records in the form of minutes shall be kept of all Council meetings.

### Section 2. Village Meetings.

(a) A village meeting shall be conducted when requested by at least five (5) of the residents of Dot Lake. The Council may call a village meeting to discuss matters of interest or importance to the residents of Dot Lake.

(b) A village meeting may be called to cover any topic deemed appropriate by the residents of Dot Lake.

(c) All village meetings shall be open to all residents of Dot Lake. The presence of at least twenty-five percent (25%) of the adult tribal members residing in Dot Lake shall constitute a quorum for a village meeting.

(d) Careful and accurate records shall be kept as appropriate of all village meetings.

Sections 3. Membership Meetings.

(a) A membership meeting shall be conducted when requested by five (5) or more tribal members. The Council may call a membership meeting to discuss matters of interest or importance to the tribal membership.

(b) A membership meeting may be called to cover any topic deemed appropriate by the tribal members.

(c) All membership meetings shall be open to the tribal membership. The presence of twenty-five percent (25%) of the adult tribal membership shall constitute a quorum for a membership meeting.

(d) Careful and accurate records shall be kept, as appropriate, of all membership meetings.

Section 4. Annual Meeting.

(a) An annual meeting of all tribal members shall be conducted once a year.

(b) All actions of the Tribe and the Council shall be reviewed at the annual meeting and actions taken as required.

(c) Council members shall be reaffirmed or new members elected at the annual meeting.

(d) Tribal membership rolls shall be updated and recertified at the annual meeting.

(e) Individuals may be adopted into the Tribe by majority vote of the adult tribal membership present at the annual meeting.

(f) The presence of thirty percent (30%) of the adult tribal membership shall constitute a quorum for the annual meeting.

(g) Careful and accurate records shall be kept, as appropriate, of all annual meetings.

## ARTICLE X - RIGHTS OF TRIBAL MEMBERS

<u>Section 1</u>. Tribal members of the Native Village of Dot Lake who are eighteen (18) years of age or older shall have the right to vote in tribal elections.

<u>Section 2</u>. Members of the Tribe shall have the right to speak and meet freely in a peaceable way.

<u>Section 3</u>. Subject to Article III, Section 3, of this Constitution, all tribal members shall have an equal share in any and all benefits of the Tribe.

<u>Section 4</u>. The Native Village of Dot Lake in exercising its powers of self-government, shall not deny to any person within its jurisdiction freedom of speech, press or religion, or the right to assemble peacefully. The tribal government shall not deny to any person the equal protection of tribal laws or deprive any person of liberty or property without due process of law. The Tribe shall provide to all persons within its jurisdiction the rights guaranteed by the Indian Civil Rights Act (ICRA) of 1968.

## ARTICLE XI - SEVERABILITY

If any provision of this Constitution shall be held invalid by a court of competent jurisdiction, the invalid provision or provisions shall be severed and the remaining provisions shall continue in full force and effect.

## ARTICLE XII - AMENDMENTS

<u>Section 1</u>. This Constitution may be amended by a majority vote of the eligible voters of the Native Village of Dot Lake voting in an election called for that purpose by the Secretary of the Interior or his authorized representative; **PROVIDED**, That at least thirty percent (30%) of those entitled to vote shall vote in such election. No amendment shall become effective until approved by the Secretary of the Interior or his authorized representative.

<u>Section 2</u>. Amendments to this Constitution may be proposed by resolution of the Council or upon receipt of a petition signed by at least thirty percent (30%) of the eligible voters of the Tribe. It shall be the duty of the Secretary of the Interior to call and conduct an election on any amendment so proposed.

## ARTICLE XIII - ADOPTION

This Constitution, when adopted by a majority vote of the eligible voters of the Native Village of Dot Lake voting at an election called for that purpose by the Secretary of the Interior or his designated representative in which at least thirty percent (30%) of those entitled to vote did vote, shall be submitted to the Secretary of the Interior for his approval, and shall be effective from the date of such approval.

## CERTIFICATE OF RESULTS OF ELECTION

Pursuant to a Secretarial election authorized by the Assistant Secretary - Indian Affairs on _____, the attached Constitution of the Native Village of Dot Lake, Alaska was submitted to the eligible voters of the Tribe and on _____, was duly (adopted) (rejected) by a vote of _____ for and _____ against and

_____ cast ballots found spoiled or mutilated in an election in which at least thirty percent (30%) of the _____ members entitled to vote, cast their ballot in accordance with Section 16 of the Indian Reorganization Act of June 18, 1934 (48 Stat. 984), as amended.

_____
Chairman, Election Board

_____
Member, Election Board

_____
Member, Election Board

Dot Lake, Alaska

_____
Date