## Goals and Priorities for Upper Tanana - Tok Sub-region

| Name of Tribe | 1998 | Allocation Amount | 1999 | Allocation Amount |
|---|---|---|---|---|
| Dot Lake | Build 1 Low rent triplex | $ 50,000.00 | | $ 25,000.00 |
| Tetlin | | $ 73,155.00 | Build 2 Mutual Help units | $ 61,629.00 |
| Northway | No activity planned | $ 114,732.00 | | $ 106,370.00 |
| Eagle | No activity planned | $ 78,570.00 | | $ 69,424.00 |
| Healy Lake | No activity planned | $ 61,849.00 | | $ 54,438.00 |
| Total | | $ 378,306.00 | | $ 316,861.00 |

The Upper Tanana - Tok Sub-region has decided to pool their funding, for the 5 year IHP/Indian Housing Plan. Which allows the Tribes to have a bigger project in each of the Villages from year to year.

ATTACHMENT B