INTERIOR REGIONAL HOUSING AUTHORITY
SUMMARY ALLOCATION OF FUNDING FOR FY 1998 NAHASDA ACTIVITIES  Revision 2

| Subregion/Village | Description of Activity | Category | Estimated Cost | Funding Allocation | Planning & Admin | Available For Needs |
|---|---|---|---|---|---|---|
| **Lower Yukon:** | | | | | | |
| Grayling | Build 1 MH Home | New Development | 114,000 | 116,642 | 2,912 | 113,730 |
| Holy Cross | Build 1 MH Homes | New Development | 160,000 | 297,856 | 34,625 | 263,231 |
| Shageluk | No Activity Planned | | | 149,918 | 8,736 | 141,182 |
| Subtotal | | | 274,000 | 564,416 | 46,273 | 518,143 |
| **Kuskokwim:** | | | | | | |
| McGrath | Acquire 2 Units | Acquisition | 320,000 | 156,342 | 9,860 | 146,482 |
| | Rehab 3 units | Modernization | 30,000 | | | |
| Nikolai | No Activity Planned | | | 132,524 | 5,692 | 126,832 |
| Takotna | Relocate 1 home | Modernization | 10,000 | 50,000 | | 50,000 |
| Telida | No Activity Planned | | 0 | 50,000 | | 50,000 |
| Subtotal | | | 360,000 | 388,866 | 15,552 | 373,314 |
| **Yukon-Tanana:** | | | | | | |
| Alatna | No Activity Planned | | 0 | 52,228 | | 52,228 |
| Allakaket | Heating For Comm Bld | Model Activity | 58,000 | | | |
| | Renovate 16 Non-Hud | Modernization | 100,000 | 171,278 | 12,473 | 158,805 |
| Hughes | Build 2 Units MH | New Development | 320,000 | 76,282 | | 76,282 |
| Manley | Tribla Bldg | Model Activity | 150,000 | 50,000 | | 50,000 |
| Nenana | Repair 6 Homes | Modernization | 44,000 | 88,255 | | 88,255 |
| | Emergency Fund | Mckinney Act Activit | 5,000 | 0 | | 0 |
| Rampart | Emergency Fund | Mckinney Act Activit | 5,000 | 99,098 | | 99,098 |
| Minto | Emergency Fund | Mckinney Act Activit | 5,000 | 163,309 | 11,079 | 152,230 |
| Subtotal | | | 687,000 | 700,448 | 23,552 | 676,896 |
| **Yukon-Koyukuk** | | | | | | |
| Huslia | Weatherization Project | Modernization | 140,000 | 261,512 | 28,265 | 233,247 |
| Kaltag | Build 1 MH Unit | New Development | 160,000 | 206,411 | 18,622 | 187,789 |
| Koyukuk | Build 1 LR Tri-Plex | New Development | 360,000 | 116,435 | 2,876 | 113,559 |
| Ruby | No Activity Planned | | | 119,407 | 3,396 | 116,011 |
| Subtotal | | | 660,000 | 703,765 | 53,159 | 650,606 |
| **Yukon Flats:** | | | | | | |
| Birch Creek | Repair 6 Log homes | Modernization | 80,000 | 94,148 | | 94,148 |
| Circle | Renovate 10 Homes | Modernization | 50,000 | 50,000 | | 50,000 |
| Fort Yukon | Rehab up to 72 homes | Modernization | 400,000 | 514,380 | 72,517 | 441,864 |
| | Rehab 10 Homes SH | Modernization | 50,000 | | | 0 |
| Subtotal | | | 580,000 | 658,528 | 72,517 | 586,012 |
| **Upper Tanana:** | | | | | | |
| Dot Lake | Build 1 LR Tri-plex | New Development | 370,000 | 50,000 | 1,000 | 49,000 |
| Eagle | No Activity Planned | | | 78,570 | 1,571 | 76,999 |
| Healy Lake | No Activity Planned | *pooled funds* | | 61,849 | 1,237 | 60,612 |
| Norhtway | No Activity Planned | | | 114,732 | 2,295 | 112,437 |
| Tetlin | No Activity Planned | | | 73,155 | 1,463 | 71,692 |
| Subtotal | | | 370,000 | 378,306 | 7,566 | 370,740 |
| **Total Subregions** | | | 2,931,000 | 3,394,329 | 218,619 | 3,175,711 |

| Doyon Ltd.: | | | | | | |
|---|---|---|---|---|---|---|
| Medfra | Renovate one Unit | Modernization | 10,000 | 10,000 | 0 | 10,000 |
|  | Youth Program | Crime Prevention | 5,000 | 5,000 | 0 | 5,000 |
| Fairbanks | Build 20 Units TNK | New Development | 4,854,663 | 4,854,663 | 849,566 | 4,005,097 |
| Lake Minchmina | Renovate 2 Non-HUD | Modernization | 20,000 | 20,000 | 0 | 20,000 |
| Canyon village | Build Model Home | Training/ NMH | 250,000 | 250,000 | 26,250 | 223,750 |
| Tok | Renovate 10 Non-HUD | Modernization | 100,000 | 100,000 | 0 | 100,000 |
| Total Doyon Ltd. | | | 5,239,663 | 5,239,663 | 875,816 | 4,363,847 |
|  | | | | | | |
| Current Assetd Stock Modernization | | 1937 Act | 1,361,527 | 1,361,527 | 238,267 | 1,123,260 |
|  | Operations | 1937 Act | 1,000,000 | 1,000,000 | 175,000 | 825,000 |
| Total CAS | | | 2,361,527 | 2,361,527 | 413,267 | 1,948,260 |
|  | | | | | | |
| Replacement Reserves | | | 493,329 | | | |
|  | | | | | | |
| Total Allocations | | | 10,995,519 | 10,995,519 | 1,507,701 | 9,487,818 |

MCD 2/16/S

DOCUMENTS ATTACHMENT 7
PAGE 2 OF 2

JUN-28-2006  11:25                              98%                        P.27