DOT LAKE TRIBAL COUNCIL

RESOLUTION 2004-10-04-04

RESOLUTION ACCEPTING THE OWNERSHIP OF THE "DOT LAKE TRIPLEX" AND ONE UNIT IN DOT LAKE

WHEREAS: The Dot Lake Tribal Council is the governing body for the village of Dot Lake and;

WHEREAS: The Tribe has currently and in the past chosen to designate the Interior Regional Housing Authority (IRHA) as the Tribes Tribally Designated Housing Entity (TDHE) to manage the Tribes Indian Housing Block Grants, and;

WHEREAS: With a pooling of the sub-region's NAHASDA funds in 2000, Dot Lake was able to build a low-rent triplex available for their village; and

WHEREAS: IRHA is wishing and the Dot Lake Tribal Council is wanting to take ownership and management over of the Dot Lake Triplex; and
WHEREAS; the Dot Lake Tribal Council is requesting the purchase of one unit for $19,500.00.
 NOW THEREFORE BE IT RESOLVED: The Dot Lake Tribal Council is authorizing the Interior Regional Housing Authority to convey to the Dot Lake Tribal Council the Dot Lake Triplex. and
Be it further resolved that IRHA sells one House to Dot lake tribal Council. and
Be it further resolved that the Foundations of the 6 units be replaced prior to the conveyance. And
Be it further resolved that the units and triplex be insurable with AMRIND.

PASSED ON THIS 4th DAY OF October, 2004.

William J. Miller, President                    Charles P. Miller, Sr., Secretary

DOCUMENTS ATTACHMENT 9
PAGE 1 OF 5



PLAINTIFF
EXHIBIT NO. 6
ADMITTED ☐
4FA-06-1421CI
(CASE NUMBER)

INTERIOR REGIONAL HOUSING AUTHORITY

RESOLUTION 04-27

RESOLUTION TO CONVEY DOT LAKE TRIPLEX

WHEREAS: The Interior Regional Housing Authority is designated as the Village of Dot Lake's Tribally Designated Housing Entity (TDHE) to manage the Tribes Indian Housing Block Grants, and;

WHEREAS: With pooling of the sub-regions NAHASDA funds in 2000, Dot Lake was able to build a low-rent triplex available for the village; and

WHEREAS: IRHA is wishing and the Dot Lake Tribal Council is wanting to take ownership and management over of the Dot Lake Triplex; and

WHEREAS: IRHA has done a cost benefit analysis where it is more economical to convey the Dot Lake Triplex; and

NOW THEREFORE BE IT RESOLVED: The Interior Regional Housing Authority Board of Commissioners is authorizing the Executive Director to convey to the Dot Lake Tribal Council the Dot Lake Triplex.

PASSED ON THIS 27th DAY OF OCTOBER, 2004.

SEAL

_____
CHAIRMAN

_____
SECRETARY/TREASURER

INTERIOR REGIONAL HOUSING AUTHORITY

Date:     October 4, 2004

To:       Steve Ginnis
          Executive Director

From:     Charlisa Attla
          Planning Director

Subject:  **Department Report**

### Land Acquisition

The Environmental Review for Tribulation Trail (35 Acres) has been completed and submitted to HUD. We are scheduled to close on this property November 2, 2004. The preliminary plans for this property is to subdivide it into 12 lots and develop single family homes during 2005.

### Indian Housing Plan

The following amendments to the 2004 Indian Housing Plan have been approved by the Alaska ONAP:

Huslia Title IV Project
Disposition of one unit in Tanana
Disposition of one unit in Minto

The 2005 Indian Housing Plan will be submitted to Tribes for a two week comment period beginning October 13, 2004. The attached spreadsheet outlines the 2005 Indian Housing Block Grant estimates for Tribes in Interior Alaska. These estimates are based on a 611 million dollar appropriation. Final allocations will be published once Congress approves the 2005 HUD budget.