

U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, AK 99503
http://www.hud.gov/local/anc/anconap.html

Michael J. Walleri, Attorney-at-Law  FEB 2 1 2006
330 Wendell Street, Suite E
Fairbanks, AK 99701



Dear Mr. Walleri:

SUBJECT: IRHA Eviction Procedures (Barbara Almquist)

We are in receipt of your letter dated January 18 and 19, 2006 requesting the Alaska Office of Native American Programs (AONAP) to review Interior Regional Housing Authority's (IRHA's) leasing, eviction and hearing process as it pertains to Barbara Almquist.

Upon receipt of allegations of program abuse, the AONAP's role is to determine whether or not the grantee is in compliance with the requirements of the Native American Housing Assistance and Self-Determination (NAHASDA) Act of 1996. Section 207 of NAHASDA (25 U.S.C §4137(a)) addresses lease requirements and tenant selection for housing assisted with grant amounts provided under NAHASDA.

After a review of this matter, it appears that IRHA has not violated the requirements of Section 207(a) of NAHASDA.

We hope that Ms. Almquist and IRHA can resolve this dispute in a manner mutually respectful and satisfactory to both parties.

Sincerely,

Wayne Mundy,
Administrator

DOCUMENTS ATTACHMENT 10
PAGE 1 OF 1