Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

RECEIVED
JUN 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves this Court for expedited consideration of its Motion for Preliminary Injunction and its Motion for Temporary Restraining Order filed simultaneously. This motion is made pursuant to Federal Rules of Civil Procedure 7 and is supported by the Affidavit of Peter J. Aschenbrenner filed herewith. A proposed Order is lodged herewith.

DATED at Fairbanks, Alaska this 2̲8̲ day of June, 2006.

                ASCHENBRENNER LAW OFFICES, INC.
                Attorneys for Plaintiff IRHA

                By: _____
                    Peter J. Aschenbrenner
                    Bar No. 7210037

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064