ORIGINAL

RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

### ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion for Expedited Consideration of Plaintiff's Motion for Temporary Restraining Order and its Motion for Preliminary Injunction, any opposition thereto, and the Court being otherwise fully apprised in the circumstances,

IT IS HEREBY ORDERED that Plaintiff's Motion for Expedited Consideration is GRANTED.

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

IT IS FURTHER ORDERED that the Defendants in this matter shall have until \_\_\_:\_\_\_ \_\_.m. on the \_\_\_\_ day of _____, 2006 to respond to Plaintiff's Motion for Temporary Restraining Order.

DATED at _____, Alaska this \_\_\_\_ day of _____, 2006.

_____
U.S. District Court Judge

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064