Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

**RECEIVED JUN 29 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

### AFFIDAVIT OF PETER J. ASCHENBRENNER

STATE OF ALASKA            )
                           )ss.
FOURTH JUDICIAL DISTRICT   )

    I, Peter J. Aschenbrenner, being first duly sworn this 28th day of June, 2006, upon oath, depose and state:

    1.    I am counsel for Plaintiff IRHA in the above matter, I am competent to testify in this matter and make this affidavit based on personal knowledge and would so testify.

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

2.   This affidavit is made in support of Plaintiff's Motion for Expedited Consideration of its Motion for Temporary Restraining Order and its Motion for Preliminary Injunction.

3.   The time constraints that necessitate expedited consideration are as follows: IRHA does evictions, ejectment and collection actions on a regular basis. IRHA plans to file another ejectment/eviction action early in July in Fairbanks Superior Court. IRHA also has seventeen pending collection actions for unpaid rent and damages in state courts in various stages as well as another 53 cases pending for legal review. All IRHA legal action in state court is threatened by tribal lawmaking, of whatever dignity, asserted by non-parties to such action.

If *ex post facto* or *nunc pro tunc* voiding of IRHA legal actions can be created by native tribes, then IRHA cannot do business in an orderly way; thus IRHA is requesting relief in the 10 days that the court would have given IRHA to move out Ms. Almquist. In short, IRHA doesn't want Mr. Almquist to get any legal advantage from having obtained the intervention of a tribal council on her behalf.

DATED at Fairbanks, Alaska this ___ day of June, 2006.

_____
Peter J. Aschenbrenner

SUBSCRIBED AND SWORN before me this ___ day of June, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: _1-24-07_

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064