Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>                Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>                Defendants. | Case No. 4:06-CV-00018 RRB |

## NOTICE OF MOTIONS

Plaintiff Interior Regional Housing Authority, by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby notify Defendants Barbara Almquist, individually, and the Village of Dot Lake aka the Native Village of Dot Lake, William J. Miller, Charles P. Miller and John Does No. 1 - 3, all in their official capacities, that Plaintiff IRHA is presenting its 1) Motion for Preliminary Injunction, 2) Motion for Temporary Restraining Order to the United States District Court, and 3) Motion for Expedited Consideration

DATED at Fairbanks, Alaska this 26 day of June, 2006.

                ASCHENBRENNER LAW OFFICES, INC.
                Attorneys for Plaintiff IRHA

By: _____
     Peter J. Aschenbrenner
     Bar No. 7210037

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064