ORIGINAL

RECEIVED
JUN 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**AFFIDAVIT OF SERVICE**

STATE OF ALASKA          )
                         )ss.
FOURTH JUDICIAL DISTRICT )

I, Peter J. Aschenbrenner, being first duly sworn this 29th day of June, 2006, upon oath, depose and state:

1. I am counsel for Plaintiff IRHA in the above matter.

2. On the 29th day of June, 2006, I served true and accurate copies of the following documents via the methods noted below:

Affidavit of Service
*IRHA v. Almquist, et. al.*
4:06-CV-00018 RRB
Page 1

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

1. courtesy copy of Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief;
2. Notice of Motions;
3. Plaintiff's Motion for Temporary Restraining Order;
4. Plaintiff's Motion for Preliminary Injunction;
5. Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order and Plaintiff's Motion for Preliminary Injunction;
6. Affidavit of Steve Ginnis;
7. proposed Restraining Order;
8. Plaintiff's Motion for Expedited Consideration of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order;
9. Affidavit of Peter J. Aschenbrenner;
10. proposed Order; and
11. Affidavit of Service

to the following:

Barbara Almquist
c/o Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK  99701
via fax (907) 452-4725 and first class mail

Village of Dot Lake
P.O. Box 2279
Dot Lake, AK  99737
via fax (907) 882-5558 and Express Mail

William J. Miller
c/o Dot Lake Village Council
P.O. Box 2279
Dot Lake, AK  99737
via fax (907) 882-5558 and Express Mail

Charles P. Miller
c/o Dot Lake Village Council
P.O. Box 2279
Dot Lake, AK  99737
via fax (907) 882-5558 and Express Mail

Affidavit of Service
*IRHA v. Almquist, et. al.*
4:06-CV-00018 RRB
Page 2

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910   Fax: 907-456-8064

3. The Village of Dot Lake, William J. Miller, and Charles P. Miller are, at the moment, unrepresented. My staff has confirmed with the Dot Lake Village Council office at (907) 882-2695 that P.O. Box 2279, Dot Lake, AK 99737, is a good address for these three defendants, and that (907) 882-5558 is a good fax number these three defendants.

4. For further information, on June 28, 2006, a courtesy copy of the complaint was hand-delivered to Ms. Almquist's attorney, Michael Walleri. A courtesy copy of the complaint was also faxed to the Village of Dot Lake, William J. Miller and Charles P. Miller at (907) 882-2695 and Express Mailed with a cover letter and Notice of Lawsuit / Request for Waiver of Service of Summons, pursuant to Federal Rule of Civil Procedure 4(d).

DATED at Fairbanks, Alaska this 29 day of June, 2006.

_____
Peter J. Aschenbrenner

SUBSCRIBED AND SWORN before me this 29th day of June, 2006.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 11-29-07

Affidavit of Service
*IRHA v. Almquist, et. al.*
4:06-CV-00018 RRB
Page 3