UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

INTERIOR REGIONAL HOUSING   v.   BARBARA ALMQUIST, et al.

DATE:   June 30, 2006   CASE NO.   4:06-cv-0018-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE TEMPORARY RESTRAINING ORDER**

---

Defendants may have until the close of business on **Thursday, July 6, 2006**, in which to respond to Plaintiff's Motion for Temporary Restraining Order.

M.O. RE TRO