Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>             Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>             Defendants. | **ENTRY OF APPEARANCE**<br><br>Case No. 4:06-cv-0018-RRB |

    COMES NOW, Michael J. Walleri, to enter his appearance in the above captioned matter as the attorney of record for Barbara Almquist. Service of all documents and pleadings may be had upon the following address:

    Michael J. Walleri
    330 Wendell Street, Suite E
    Fairbanks, AK 99701
    (907) 452-4716

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                    Page 1 of 2
EOA

Dated this 6th day of July, 2006.

                               MICHAEL J. WALLERI

                               /s/ Michael J. Walleri
                               AK Bar No. 7906060
                               Attorney for Defendant

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 6th, 2006 via ECF to:

         Mr. Peter Aschenbrenner
         Aschenbrenner Law Office
         P.O. Box 92090
         Anchorage, AK 99509

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                 Page 2 of 2
EOA