

New Search...

| Summary | Parties | Events | Dockets | Disposition | Costs |

## Docket Search

4FA-06-01421CI Interior Regional Housing Authority vs. Almquist, Barbara

**Search Criteria**

**Docket Desc.**  ALL

**Begin Date**                                    Sort

**End Date**                                      Ascending
                                                  Descending

Search

**Search Results**    39 Docket(s) found matching search criteria.

| Docket Date | Docket Text | Amount | Amount Due | Images |
|---|---|---|---|---|
| 06/29/2006 | Hearing Set Event: Hearing Date: 07/06/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 | |
| 06/29/2006 | Hearing Result: The following event: Pre-Trial Scheduling Conference scheduled for 07/20/2006 at 2:45 pm has been resulted as follows: Result: Hearing Vacated Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 | |
| 06/28/2006 | CD/Tape Duplication Receipt: 175677 Date: 06/28/2006 | 10.00 | 0.00 | |
| 06/28/2006 | CD/Tape Duplication Receipt: 175600 Date: 06/28/2006 Receipt 175600 reversed by 175674 on 06/28/2006. Receipt: 175677 Date: 06/28/2006 | 10.00 | 0.00 | |
| 06/27/2006 | Miscellaneous Interior Regional Housing Authority | 0.00 | 0.00 | |
| 06/26/2006 | Plaintiff's Motino for Reconsideration Attorney: Aschenbrenner, Peter J (7210037FA) Case Motion #2 | 0.00 | 0.00 | |
| 06/22/2006 | Order re: Motion to Disqualify Judge-Not Used Case Motion #1: Standard Motion | 0.00 | 0.00 | |
| 06/14/2006 | Hearing Result: The following event: Eviction Hearing scheduled for 06/14/2006 at 8:30 am has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 | |

EXHIBIT  A
PAGE  1  OF  4

| Date | Description | | |
|---|---|---|---|
| 06/07/2006 | Defendant's Reply to Plaintiff's Resposne to Defendant's Second Supplemental Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 06/06/2006 | CD/Tape Duplication Receipt: 170117 Date: 06/06/2006 | 10.00 | 0.00 |
| 06/05/2006 | Plaintiff's Response to Defendant's Second Supplemental Bench Memorandum Attorney: Aschenbrenner, Peter J (7210037FA) | 0.00 | 0.00 |
| 06/02/2006 | Hearing Set Event: Eviction Hearing Date: 06/14/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 06/02/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 06/05/2006 at 8:30 am has been resulted as follows: Result: Hearing Vacated Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 06/01/2006 | Defendant's Second Supplemental Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/31/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 05/30/2006 at 8:30 am has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 06/05/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Vacated | 0.00 | 0.00 |
| 05/31/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/30/2006 at 8:30 am has been resulted as follows: Result: Hearing Continued Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/23/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 05/23/2006 at 8:30 am has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 05/30/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Continued | 0.00 | 0.00 |
| 05/23/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/23/2006 at 8:30 am has been resulted as follows: Result: Hearing Continued Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |

EXHIBIT A
PAGE 2 OF 4

| Date | Description | | |
|---|---|---|---|
| 05/22/2006 | Plaintiff's Supplemental Memorandum Re: Authoirty for Rebuttal Case Attorney: Aschenbrenner, Peter J (7210037FA) | 0.00 | 0.00 |
| 05/22/2006 | Plaintiff's Motion for Disqualification of Judge Attorney: Aschenbrenner, Peter J (7210037FA) Case Motion #1 | 0.00 | 0.00 |
| 05/19/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 05/23/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Continued Result: Hearing Continued | 0.00 | 0.00 |
| 05/18/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/18/2006 at 2:45 pm has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/16/2006 | Defendant's Supplemental Pretrial Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/16/2006 | Plaintiff's Supplemental Trial Brief Attorney: Aschenbrenner, Peter J (7210037) | 0.00 | 0.00 |
| 05/12/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 05/18/2006 Time: 2:45 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 05/10/2006 | Defendant's Answer to Complaint for Unlawful Detainer Michael J Walleri (Attorney) on behalf of Barbara Almquist (Defendant) | 0.00 | 0.00 |
| 05/10/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/10/2006 at 3:30 pm has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/10/2006 | Defendant's Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/09/2006 | Plaintiff Interior Regional Housing Authority's Trial Brief Attorney: Aschenbrenner, Peter J (7210037) | 0.00 | 0.00 |
| 04/26/2006 | Hearing Set Event: Pre-Trial Scheduling Conference Date: 07/20/2006 Time: 2:45 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Vacated | 0.00 | 0.00 |

EXHIBIT A
PAGE 3 OF 4

| Date | Description | | |
|---|---|---|---|
| 04/11/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 04/12/2006 at 3:30 pm has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 05/10/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 04/11/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 04/12/2006 at 3:30 pm has been resulted as follows: Result: Hearing Reset Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 04/07/2006 | Attorney Information Attorney Walleri, Michael J representing Defendant Almquist, Barbara as of 04/07/2006 | 0.00 | 0.00 |
| 03/30/2006 | Attorney Information Attorney Aschenbrenner, Peter J representing Plaintiff Interior Regional Housing Authority as of 03/30/2006 | 0.00 | 0.00 |
| 03/30/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 04/12/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Reset | 0.00 | 0.00 |
| 03/30/2006 | Case Flagged for Civil Rule 4(j) Tracking (4FA) Barbara Almquist (Defendant); | 0.00 | 0.00 |
| 03/30/2006 | Summons Issued | 0.00 | 0.00 |
| 03/30/2006 | Notice to Quit for Non-Payment of Rent | 0.00 | 0.00 |
| 03/30/2006 | Complaint for Forcible Entry and Detainer Receipt: 154830 Date: 03/30/2006 | 90.00 | 0.00 |

EXHIBIT _A_
PAGE _4_ OF _4_