Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>            Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>            Defendants. | **CROSS MOTION TO DISMISS**<br><br><br>Case No. 4:06-cv-0018-RRB |

    COMES NOW, Defendant, Barbara Almquist, by and through her attorney, Michael J. Walleri, and moves the Court to dismiss all claims against her.

    This Motion is more fully explained in the attached Memorandum.

    DATED this ____ day of July, 2006, at Fairbanks, Alaska.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

                MICHAEL J. WALLERI

                /s/ Michael J. Walleri
                AK Bar No. 7906060
                Attorney for Defendant

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 6th, 2006 via ECF to:

        Mr. Peter Aschenbrenner
        Aschenbrenner Law Office
        P.O. Box 92090
        Anchorage, AK 99509

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725