Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>              Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>              Defendants. | **(PROPOSED) ORDER GRANTING DEFENDANT'S CROSS MOTION TO DISMISS**<br><br>Case No. 4:06-cv-0018-RRB |

The Court having considered the Defendant's Cross Motion to Dismiss, filed by Barbara Almquist, the Court being otherwise duly advised,

IT IS HEREBY ORDERED the Motion is GRANTED.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                 Page 1 of 2
Proposed Order to Dismiss

Dated: _____

                                                 United States District Court Judge

Certificate of Service

I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on July 6th, 2006 via ECF to:

        Mr. Peter Aschenbrenner
        Aschenbrenner Law Office
        P.O. Box 92090
        Anchorage, AK 99509

/s/ Michael J. Walleri

---

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist
Proposed Order to Dismiss

Page 2 of 2