Mark Andrews, Esq.\
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.
_____/        Case No. 4:06-CV-00018 (RRB)

ENTRY OF APPEARANCE

    Mark Andrews enters his appearance in this action for the Native Village of Dot Lake and William J. Miller.  Please send all pleadings and orders to the address at the top of this pleading.

Mark Andrews                            Dated: July 6, 2006.

Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251

Certificate of Service. I certify that this 6th day of July, 2006, a copy of this Response was served by e-mail on Peter Aschenbrenner and Michael Walleri, and served by regular mail on Charles Miller, c/o Dot Lake Traditional Council, P.O. Box 2279, Dot Lake, AK  99737.                /s/ Mark Andrews