UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  INTERIOR REGIONAL HOUSING  </u>   v.   <u>  BARBARA ALMQUIST, et al.  </u>

DATE:   <u>  July 7, 2006  </u>   CASE NO.   <u>  4:06-cv-0018-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE TEMPORARY RESTRAINING ORDER**

---

      Plaintiff has until the close of business on **Wednesday, July 12, 2006,** in which to file its reply to the oppositions to Plaintiff's Motion for Temporary Restraining Order.


M.O. RE TRO