Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Interior Regional Housing Authority ("IRHA"), through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby requests oral argument on Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order pursuant to Local Rule 7.2

DATED this 17th day of July, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By:   /s/ Peter J. Aschenbrenner
        Peter J. Aschenbrenner
        Bar No. 7210037

**Certificate of Service**

The undersigned hereby certifies that on the 17th day of July, 2006, the foregoing document was served via ECF/Mail on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.

and served by first class mail on:

Charles Miller
c/o Dot Lake Tribal Council
P.O. Box 2279
Dot Lake, AK  99737


By:     /s/  Peter J. Aschenbrenner
            Peter J. Aschenbrenner