Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue Suite 600
Fairbanks, Alaska 99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

         Plaintiff,

Vs.

Barbara Almquist, et al.

_____/   Case No. 4:06-CV-00018 (RRB)

ENTRY OF APPEARANCE

    Mark Andrews enters his appearance in this action for defendant Charles Miller. Please send all pleadings and orders to the address at the top of this pleading.

Mark Andrews                             Dated: July 21, 2006.

*[signature]*

Acting General Counsel
Tanana Chiefs Conference

Certificate of Service. I certify that this 21st day of July, 2006, a copy of this Response was served by e-mail on Peter Aschenbrenner and Michael Walleri.
/s/ Mark Andrews