**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>INTERIOR REGIONAL HOUSING AUTHORITY</u>   v.   <u>ALMQUIST, et al.</u>

DATE:   <u>July 21, 2006</u>   CASE NO.   <u>4:06-cv-0018-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

Oral argument on the Motion for Temporary Restraining Order (Docket 3) and Motion for Preliminary Injunction (Docket 4) will be held on **Thursday, July 27, 2006, at 2:00 p.m.**, in Courtroom 2 in Anchorage, Alaska. Counsel may attend telephonically by contacting Carolyn Bollman at 907-451-5791 in advance to make appropriate arrangements.

M.O. SCHEDULING ORAL ARGUMENT