Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

**PLAINTIFF'S MOTION FOR RULE 56(f) CONTINUANCE
TO OPPOSE MOTION TO DISMISS
and
PRELIMINARY OPPOSITION TO MOTION TO DISMISS**

Plaintiff Interior Regional Housing Authority, by and through its undersigned counsel,

and pursuant to Fed. R. Civ. P. Rule 56(f), moves this Court for a continuance in which to

Motion for Rule 56(f) Continuance / Preliminary Opposition to Motion to Dismiss
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 1

oppose Defendant Almquist's Motion to Dismiss.[1] This motion is supported by the attached

Memorandum of Law and Affidavit of Counsel.

DATED this 21st day of July, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA


By:    /s/ Peter J. Aschenbrenner
        Peter J. Aschenbrenner
        Bar No. 7210037


**Certificate of Service**

The undersigned hereby certifies that on
the 21st day of July, 2006, the foregoing
document was served via ECF/Mail on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.


By:    /s/  Peter J. Aschenbrenner
        Peter J. Aschenbrenner

---

[1] Defendant Almquist's pleading is titled "Memorandum in Opposition to Motion for Temporary Restraining Order and in Support of Cross Motion for Dismissal" filed on July 6, 2006 as Docket No. 14.

Motion for Rule 56(f) Continuance / Preliminary Opposition to Motion to Dismiss
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 2