Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>                    Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>                    Defendants. | Case No. 4:06-CV-00018 RRB |

**PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION FOR RULE 56(f) CONTINUANCE
TO OPPOSE MOTION TO DISMISS**

THIS MATTER having come before the court on Plaintiff Interior Regional Housing Authority's Motion for Rule 56(f) Continuance to Oppose Motion to Dismiss, any opposition thereto, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiff Interior Regional Housing Authority's Motion for Rule 56(f) Continuance to Oppose Motion to Dismiss is hereby GRANTED;

Order
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 1

IT IS FURTHER ORDERED that Plaintiff Interior Regional Housing Authority may notice and take the depositions of Defendants William J. Miller and Charles P. Miller at the earliest convenient time for the parties;

IT IS FURTHER ORDERED that Plaintiff Interior Regional Housing Authority shall file its memorandum of points and authorities in opposition to Defendant Almquist's Motion to Dismiss within 60 days of taking the depositions of William J. Miller and Charles P. Miller.

DATED in _____, Alaska this _____ day of _____, 2006.

_____
U.S. District Court Judge

**Certificate of Service**

The undersigned hereby certifies that on the 21st day of July, 2006, the foregoing document was served via ECF/Mail on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.

By:   /s/  Peter J. Aschenbrenner
           Peter J. Aschenbrenner

Order
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 3