```
 1            IN THE DISTRICT COURT FOR THE STATE OF ALASKA
 2                 FOURTH JUDICIAL DISTRICT AT FAIRBANKS
 3   _____
     IRHA,                                  )
 4                                          )
                    Plaintiff,              )
 5                                          )
     vs.                                    )
 6                                          )
     BARBARA ALMQUIST,                      )
 7                                          )
                    Defendant.              )
 8   _____)
     Case No. 4FA-06-4121 CI
 9
                              VOLUME I
10
                      TRANSCRIPT OF PROCEEDINGS
11
        CONTINUED FORCIBLE ENTRY AND DETAINER (EXCERPT)
12
                         BEFORE THE HONORABLE
13                    District Court Judge Funk

14                                      Fairbanks, Alaska
                                        June 14th, 2006
15                                      2:27:51

16   APPEARANCES:

17       FOR THE PLAINTIFF:      MR. MICHAEL J. WALLERI
                                 Attorney at Law
18                               330 Wendell Street
                                   Suite E
19                               Fairbanks, Alaska 99701

20       FOR THE DEFENDANT:      MR. PETER J. ASCHENBRENNER
                                 Peter J. Aschenbrenner Law
21                               Offices
                                 Attorneys at Law
22                               P.O. Box 73998
                                 Fairbanks, Alaska 99707
23

24
                                           ORIGINAL
25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

Exhibit A
Page 1 of 6

```
 1                    P R O C E E D I N G S
 2   4FA-2106-43
 3   08:29:31
 4          (This portion not requested)
 5   02:27:51
 6          THE CLERK:  Court is reconvened.
 7          THE COURT:  The 9:30 had to be continued because the
 8   defendant was standing in the hallway of a courtroom where he
 9   had another trial in Anchorage, the defense counsel, so we had
10   to do part of the trial then, then take a break until the trial
11   ended.  So I have reviewed it, I'm ready to make findings, and
12   bear with me as I go through -- as complex a situation.
13          The court is not going to grant the FED.  The court
14   finds that there was an initial lease; that then there was a
15   month-to-month tenancy with Ms. Almquist; that then they could
16   for, limitations of good cause, grant it; that the court finds
17   that there are good economic reasons to -- for IRHA to make the
18   decision.  And that -- except that the court finds that the
19   case is controlled by the tribal ordinance, the court would
20   grant an eviction a week from today.
21          The court normally would grant an eviction in 48 hours
22   when we have -- for a family in an apartment when there are
23   young kids, especially a six-week old, the court would allow a
24   week.  In this case, if it was a normal case, that would be the
25   end of it under the complex legal things.
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

2

```
 1        As to the court's jurisdiction, which it always has to
 2  look at, I did look at the case that Mr. Walleri orig- -- cited
 3  in the briefing that was just filed, Koponick (ph) versus AVC
 4  Regional Housing.  When there is an equitable interest by the
 5  tenant, clearly there's a lack of jurisdiction.  In this case,
 6  the equitable interest is the tribe's.  The court does not find
 7  the equitable interest of the tribe's a bar to the court's
 8  jurisdiction to find that the -- to proceed with an FED.  And
 9  to deal with and to make some ruling on the legal issues since
10  the parties have gone this far, gosh knows how long this will
11  continue in the future.  But I don't find any bar by
12  Mr. Coghill not receiving notice.
13        The court finds that he wasn't renting it; that after
14  the initial lease with him, it was clear to everybody, those
15  who deal with Miss Co- -- with Ms. Almquist, not with him.
16        I do find a legitimate business and economic interest
17  in terminating the tenancy.  And I, however, find -- the court
18  finds that however presented, it must comply with tribal law if
19  tribal law applies.  In this case, it appears to the court that
20  the Dot Lake Tribal Ordinance on its face requires the court to
21  take the more restrictive view of good cause set forth in 966
22  and that under the more restrictive good cause, meaning that
23  that causes the court to -- while it normally would find
24  reasonable economic reasons to -- I mean, as far as I can tell,
25  neither the tribe nor IRHA wants it, because it cannot be
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

3

**Exhibit A**
**Page 3 of 6**

1  financially viable to keep it open.  And, however, I do agree
2  that the part of -- that given that FED is a summary proceeding
3  and given if there's any serious legal issue raised, then the
4  court has to take the very restrictive view given the effect.
5       I think that the arguments that Mr. Aschenbrenner
6  raises are serious in terms of IRHA in good faith negotiated
7  with them to manage the prop- -- to build and manage the
8  property; that there clearly was no history of efforts by
9  anyone to enter the realm by tribal law of controlling IRHA
10 housing and -- however, I don't think that's a bar to them
11 doing it.  I agree with Mr. Aschenbrenner's analysis that I
12 don't find that IRHA, in general, is a public housing entity
13 that would require them to have the more restrictive reading of
14 good cause and I -- while I may be troubled with saying
15 something in court and suddenly having a tribe try to fill in
16 the blanks the next day, I don't find a legal basis that Dot
17 Lake is estopped from doing so with pending litigation.
18      And, therefore, to the extent that this court has to
19 rule on the FED, this court is -- certainly, this court would
20 have granted the FED had not the tribal council passed the
21 ordinance.  And to the extent that that's important for either
22 side's appeals, then I went through these findings.  That is in
23 the court's mind, I am convinced otherwise that the more
24 restrictive reading of 966 for good cause would not apply to
25 this building.

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

4

**Exhibit A**
**Page 4 of 6**

1  And I don't know whether to thank the two of you or not
2  for giving me the most interesting and most difficult FED I've
3  ever had in eight years and hope never to have another like it
4  in another eight years.
5  Other than kicking the anesthesiologist who helped
6  during my wife's first pregnancy out of his office, which I
7  found a very difficult case to deal with, this is, I find,
8  while fascinating, difficult. And I thank both of you for my
9  patience if -- your patience with me. If I was short with you
10 in trying to make something simple where it clearly couldn't be
11 made simple and just seemed to get more complex every day,
12 thanks for your patience.
13      (Off record)
14 02:36:10

```
    ***********************
    END OF REQUESTED PORTION
    ***********************
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

5

```
 1                    TRANSCRIBER'S CERTIFICATE
 2        I, Marci Lynch, hereby certify that the foregoing pages
    numbered 2 through 5 are a true, accurate, and complete
 3  transcript of proceedings in Case No. 4FA-06-4121 Civil, IRHA
    v. Barbara Almquist, Volume I, transcribed by me from a copy of
 4  the electronic sound recording to the best of my knowledge and
    ability.
 5
 6
      7-13-06
 7  _____        _____
    July 13, 2006              Marci Lynch
 8                             Notary Public in and for Alaska
                               My Commission Expires: 11/11/07
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

6

**Exhibit A**
**Page 6 of 6**