Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>                    Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>                    Defendants. | **PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE**<br>**[FRCP 56 (f)]**<br><br><br>Case No. 4:06-cv-0018-RRB |

Barbara Almquist partially opposes IRHA's FRCP 56 (f) motion regarding Almquist's Motion To Dismiss. In summary, the Court may only grant the 56(f) motion if it denies the motion for preliminary injunction.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                      Page 1 of 4
Def. Op: Plt. 56(f) Motion

IRHA has presented the Court with two mutually exclusive arguments: 1) that it is capable of demonstrating probable success on the merits of its claims sufficient to support a preliminary injunction, but 2) it cannot currently produce evidence to oppose a Defendant's motion to dismiss, which IRHA stylizes a summary judgment motion. In a remarkable turn around of events, Interior Regional Housing Authority (IRHA) seeks a preliminary injunction to prevent the state court from hearing Ms. Almquist's defenses under tribal law, but has sought a 60 day extension to respond to Ms. Almquist's motion to dismiss. The arguments are mutually exclusive, and the court must deny either the motion for preliminary injunction or the deny IRHA's 56(f) motion.

The request for an extension is a clear admission that, at this time, IRHA lacks sufficient means to make a showing of probable success on the merits sufficient to support the injunction it seeks on expedited bases. Specifically, IRHA asserts that it **cannot** provide the court with evidence supporting its accusations that

1) Dot Lake is not a duly organized and recognized tribal village with fully executed and approved tribal constitution.

2) Dot Lake Tribal Council lacks authority under tribal law to adopt Ordinance No. 06-01-01

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                   Page 2 of 4
Def. Op: Plt. 56(f) Motion

      3) NAHASDA does not authorize a tribe to adopt ordinances for completed tribal housing projects.

      4) The tribal council lacked authority to adopt ordinances regulating evictions.[1]

These form the essential elements of IRHA's claims. If IRHA cannot adequately respond to issues which are central to its claims, it is rather obvious that IRHA cannot make a showing of probably success on the merits necessary to support its preliminary injunction request.

Almqusit agrees that IRHA has not --- and indeed is currently incapable of -- presenting sufficient evidence to support it's positions on these central issues. Thus, Ms. Almquist does not oppose the 56(f) motion. However, IRHA's admission that it cannot provide sufficient evidence to support its position on these matters necessarily means that IRHA cannot demonstate probable success on the merits of its claims at this time. The Court should only grant the 56(f) continuance if the Court denies the motion for preliminary injunction. It would be illogical to grant both.

---

[1] Memo 56(f), at p. 7

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DATED this 7th day of August, 2006, at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on August 7, 2006 via ECF to:

Mr. Peter Aschenbrenner
Aschenbrenner Law Office
P.O. Box 92090
Anchorage, AK 99509

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                     Page 4 of 4
Def. Op: Plt. 56(f) Motion