Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>               Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>               Defendants. | **MOTION TO DISMISS COUNT I**<br>**[(FRCP 12(b)(6)]**<br><br><br>Case No. 4:06-cv-0018-RRB |

COMES NOW, Defendant, Barbara Almquist, by and through her attorney, Michael J. Walleri, and moves the Court to dismiss Count I for failure to state a claim for which relief may be granted. FRCP 12(b) (6).

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                                 Page 1 of 3
Cross Motion to Dismiss

This Motion is more fully explained in the attached Memorandum.

DATED this 7th day of August, 2006, at Fairbanks, Alaska.

        MICHAEL J. WALLERI

<u>/s/ Michael J. Walleri</u>
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facisimile)
walleri@gci.net
AK Bar No. 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on August 7, 2006 via ECF to:

    Mr. Peter Aschenbrenner
    Aschenbrenner Law Office
    P.O. Box 92090
    Anchorage, AK 99509

<u>/s/ Michael J. Walleri</u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                        Page 2 of 3
Cross Motion to Dismiss

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist
Cross Motion to Dismiss

Page 3 of 3