Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907)-456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity, | |
| Plaintiff, | Case No. 4:06-CV-00018 RRB |
| vs. | |
| BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities, | |
| Defendants. | |

**WAIVER OF SERVICE OF SUMMONS**

**TO:    Aschenbrenner Law Offices, Inc.**
**Attorneys for Plaintiff IRHA**
**P.O. Box 73998**
**Fairbanks, AK  99707**

I acknowledge receipt of your request that I waive service of a summons in the action of

*IRHA v. Almquist, et al.*, which is case number 4:06-CV-00018 RRB in the United States District

Court for the District of Alaska.  I have also received a copy of the complaint in the action, two

copies of this instrument, and a means by which I can return the signed waiver to you without

cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint

Waiver of Service of Summons
*IRHA v. Almquist, et al.*
*Case No. 4:06-CV-00018 RRB*
Page 1

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, AK  99707
Phone: 907-456-3910  Fax: 907-456-8064

in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting ) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after July 26, 2006, or within 90 days after that date if the request was sent outside the United States.

DATED at Fairbanks, Alaska this _____ day of July, 2006.

Mark Andrews
Attorney for Defendant William Miller

/s/ Mark Andrews

By:_____

Mark Andrews
Bar No. 8111069

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, AK 99707
Phone: 907-456-3910 Fax: 907-456-8064

Waiver of Service of Summons
*IRHA v. Almquist, et al.*
*Case No. 4:06-CV-00018 RRB*
Page 2

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

ASCHENBRENNER LAW OFFICES, INC.

P.O. Box 73998, Fairbanks, AK 99707
Phone: 907-456-3910  Fax: 907-456-8064

Waiver of Service of Summons
*IRHA v. Almquist, et al.*
*Case No. 4:06-CV-00018 RRB*
Page 3

I:\LAW\IRHA\ALMQUIST\WAIVERS\WAIVER OF SERVICE WILLIAM MILLER.DOC

ASCHENBRENNER LAW OFFICES, INC.

P.O. Box 73998, Fairbanks, AK  99707

Phone: 907-456-3910  Fax: 907-456-8064

Waiver of Service of Summons
*IRHA v. Almquist, et al.*
*Case No. 4:06-CV-00018 RRB*
Page 4