Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.

_____/    Case No. 4:06-CV-00018 (RRB)

Motion by Native Village of Dot Lake, William J. Miller and Charles Miller
to Dismiss Complaint

    Native Village of Dot Lake, William J. Miller, and Charles Miller move to dismiss the Complaint dated June 27, 2006, based on a lack of subject matter jurisdiction.  Fed.R.Civ.P. 12(b)(1).

Mark Andrews                             Dated: August 23, 2006.

/s/ Mark Andrews
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251

Certificate of Service.  I certify that this ___ day of _____, 2006, a copy of this Motion to Dismiss was served by e-mail on Peter Aschenbrenner and Michael Walleri.                   /s/ Mark Andrews