Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.
_____/     Case No. 4:06-CV-00018 (RRB)

Notice of Submission of Proposed Order

Native Village of Dot Lake, William J. Miller, and Charles Miller submit the proposed order to accompany their motion to dismiss, filed August 23, 2006 (Document 37).

Mark Andrews                                    Dated: August 24, 2006.

/s/ Mark Andrews
Acting General Counsel
Tanana Chiefs Conference

Certificate of Service.  I certify that this 24th day of August, 2006, a copy of this Proposed Order was served by e-mail on Peter Aschenbrenner and Michael Walleri.            /s/ Mark Andrews