Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.,

        Defendants
_____/   Case No. 4:06-CV-00018 (RRB)

ORDER GRANTING MOTION TO DISMISS COMPLAINT

The Native Village of Dot Lake, William Miller, and Charles Miller have moved to dismiss the Complaint dated June 27, 2006, on the grounds that the United States District Court should properly abstain from hearing the Complaint under 28 U.S.C. §2283 and the *Rooker-Feldman* doctrine. *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

Upon consideration of this motion and any opposition,

It is ordered;

The motion is granted; the Complaint is dismissed with prejudice.

Entered this _____ day of _____, 2006.

_____
RALPH R. BEISTLINE
United States District Court Judge