`
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 INTERIOR REGIONAL HOUSING AUTHORITY    v.    ALMQUIST, et al. 

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.  4:06-CV-00018-RRB 

 John W. Erickson, Jr.                         DATE: August 28, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING PLAINTIFF'S MOTION FOR CONTINUANCE**

=================================================================

Before the Court is Plaintiff Interior Regional Housing Authority with a Motion for Rule 56(f) Continuance, filed at Docket 23.  The motion is opposed at Docket 27 and only partially opposed at Docket 28.  Having fully considered the matter,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Rule 56(f) Continuance to Oppose Motion to Dismiss at Docket 23 is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff may notice and take the depositions of Defendants William J. Miller and Charles P. Miller at the <u>earliest</u> convenient time for the parties; and

**IT IS FURTHER ORDERED** that Plaintiff shall file its memorandum of points and authorities in opposition to Defendant Barbara Almquist's Motion to Dismiss at Docket 15 within 60 days of taking depositions of William J. Miller and Charles P. Miller.

ORDER RE PLAINTIFF'S MOTION FOR CONTINUANCE