Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>    Defendants. | Case No. 4:06-CV-00018 RRB |

## PLAINTIFF'S UNOPPOSED MOTION REGARDING DEADLINES

Plaintiff Interior Regional Housing Authority, by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves the court for an order stating that IRHA's Opposition to Defendants' Village of Dot Lake, William J. Miller and Charles P. Miller's Motion to Dismiss, filed on September 23, 2006, shall be filed at the same time IRHA files its Opposition to Defendant Almquist's Motion to Dismiss, which date shall be no later than November 6, 2006.

Plaintiff's Unopposed Motion Regarding Deadlines
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 1

Counsel for Defendant Almquist, Michael Walleri, and counsel for Defendants Village of Dot Lake, William J. Miller and Charles P. Miller, Mark Andrews, have stated their nonobjection to this motion.

A proposed order is lodged herewith.

DATED at Fairbanks, Alaska this 11th day of October, 2006.

                ASCHENBRENNER LAW OFFICES, INC.
                Attorneys for Plaintiff IRHA


                By:   /s/ Peter J. Aschenbrenner
                      Peter J. Aschenbrenner
                      Bar No. 7210037

**Certificate of Service**

The undersigned hereby certifies that on the 11th day of October, 2006, the foregoing document was served via ECF on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.

By:   /s/  Peter J. Aschenbrenner
        Peter J. Aschenbrenner