Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>        Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>        Defendants. | Case No. 4:06-CV-00018 RRB |

## PROPOSED ORDER REGARDING DEADLINES

THIS MATTER having come before the court on Plaintiff Interior Regional Housing Authority's Unopposed Motion Regarding Deadlines, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiff Interior Regional Housing Authority's Unopposed Motion Regarding Deadlines is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiff Interior Regional Housing Authority shall file its Opposition to Defendants' Village of Dot Lake, William J. Miller and Charles P. Miller's September 23, 2006 Motion to Dismiss at the same time IRHA files its Opposition to Defendant Almquist's Motion to Dismiss, which date shall be no later than November 6, 2006.

DATED in _____, Alaska this \_\_\_\_\_ day of _____, 2006.

_____
U.S. District Court Judge