Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.

        Defendants
_____/    Case No. 4:06-CV-00018 (RRB)

Motion to Dismiss
by Native Village of Dot Lake, William J. Miller and Charles Miller

    The Dot Lake defendants move to dismiss the Complaint of the Interior Regional Housing Authority.  The remedy requested in the Complaint violates 28 U.S.C. §2283, and the pending state action calls for abstention under *Younger v. Harris*, 401 U.S. 37 (1971).

Mark Andrews                                    Dated: October 18, 2006.

/s/ Mark Andrews
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251


Certificate of Service.

I certify that this 18th day of October, 2006. a copy of this motion and memorandum is being served on Peter Aschenbrenner, Esq., and Michael Walleri, Esq., via e-mail.

/s/ Mark Andrews