Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>    Defendants. | Case No. 4:06-CV-00018 RRB |

## PLAINTIFF IRHA'S MOTION FOR 60(b) RELIEF

Plaintiff Interior Regional Housing Authority, by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby files for Fed.R.Civ.P. 60(b) relief from the Order Granting Almquist's Motion to Dismiss Count I[1] entered by this court and distributed via ECF on November 2, 2006.

This motion is supported by the Memorandum in Support filed herewith.  A proposed Order is lodged herewith.

---

[1] The Order Granting Almquist's Motion to Dismiss Count I is at Docket No. 52.

IRHA's Motion for 60(b) Relief
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 1

DATED in Fairbanks, Alaska this ___ day of November, 2006.

        ASCHENBRENNER LAW OFFICES, INC.
        Attorneys for Plaintiff IRHA


        By:   /s/ Peter J. Aschenbrenner
              Peter J. Aschenbrenner
              Bar No. 7210037

IRHA's Motion for 60(b) Relief
*IRHA v. Almquist, et al.*
Case No. 4:06-CV-00018 RRB
Page 2