Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>  Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>  Defendants. | Case No. 4:06-CV-00018 RRB |

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion for Rule 60(b) Relief, any opposition thereto, and the Court being otherwise fully apprised in the circumstances,

IT IS HEREBY ORDERED that Plaintiff's Motion for Rule 60(b) Relief is GRANTED.

IT IS FURTHER ORDERED that:

1.  This case is reopened;

2. The November 2, 2006 Order Granting Almquist's Motion to Dismiss Count I is dismissed *in toto;*

3. IRHA's Motion for Partial Summary Judgment is timely filed;

4. IRHA's oppositions to the two outstanding Dot Lake and Miller Defendants' motions to dismiss are timely filed; and

5. Defendants may oppose IRHA's Motion for Partial Summary Judgment and IRHA may file a reply and all parties may request oral argument under the local rules.

In the alternative,

IT IS FURTHER ORDERED that:

1. This case is reopened;

2. The November 2, 2006 Order Granting Almquist's Motion to Dismiss Count I is dismissed in part;

3. IRHA shall have 15 days from the date of this order to file a motion to amend complaint as to Defendant Almquist only and lodge a proposed amended complaint;

4. IRHA's Motion for Partial Summary Judgment is timely filed as to the Dot Lake and Miller Defendants only;

5. IRHA's oppositions to the two outstanding Dot Lake and Miller Defendants' motions to dismiss are timely filed; and

6. Dot Lake and Miller Defendants may oppose IRHA's Motion for Partial Summary Judgment and IRHA may file a reply and all parties may request oral argument under the local rules.

DATED at _____, Alaska this ____ day of _____, 2006.

_____
U.S. District Court Judge

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910  Fax: 907-456-8064

Order
*IRHA v. Almquist, et. al.*
4:06-CV-00018 RRB
Page 3