Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>               Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>               Defendants. | Case No. 4:06-CV-00018 RRB |

**MOTION FOR EXPEDITED CONSIDERATION OF
PLAINTIFF IRHA'S MOTION FOR RULE 60(b) RELIEF**

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby moves this Court for expedited consideration of its Motion for Fed.R.Civ.P. 60(b) relief from the Order Granting Almquist's Motion to Dismiss Count I[1] filed simultaneously.  This motion is made pursuant

---

[1] The Order Granting Almquist's Motion to Dismiss Count I is at Docket No. 52.

to Fed.R.Civ.P. Rule 7 and is supported by the Affidavit of Peter J. Aschenbrenner filed herewith. A proposed Order is lodged herewith.

DATED in Fairbanks, Alaska this 6th day of November, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By: /s/ Peter J. Aschenbrenner
Peter J. Aschenbrenner
Bar No. 7210037