Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>           Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>           Defendants. | Case No. 4:06-CV-00018 RRB |

## **ORDER**

THIS MATTER, having come before the Court on Plaintiff's Motion for Expedited Consideration of Plaintiff IRHA's Motion for Rule 60(b) Relief, any opposition thereto, and the Court being otherwise fully apprised in the circumstances,

IT IS HEREBY ORDERED that Plaintiff's Motion for Expedited Consideration of Plaintiff IRHA's Motion for Rule 60(b) Relief is GRANTED.

IT IS FURTHER ORDERED that the Defendants in this matter shall have until ____:____ __.m. on the _____ day of _____, 2006 to respond to Plaintiff's Motion for Rule 60(b) Relief.

DATED at _____, Alaska this ____ day of _____, 2006.

_____
U.S. District Court Judge