Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>          Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>          Defendants. | Case No. 4:06-CV-00018 RRB |

**NOTICE OF FILING EXHIBITS TO AFFIDAVIT OF PETER J. ASCHENBRENNER**

The undersigned hereby files Exhibits B, C, and D to the Affidavit of Peter J. Aschenbrenner which was filed on November 6, 2006 at Docket No. 56.

DATED in Fairbanks, Alaska this 7th day of November, 2006.

                              ASCHENBRENNER LAW OFFICES, INC.
                              Attorneys for Plaintiff IRHA

                              By:     /s/ Peter J. Aschenbrenner
                                      Peter J. Aschenbrenner
                                      Bar No. 7210037