Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska 99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska 99707
Telephone (907) 456-3910 • Fax: (907)-456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, , WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities.<br><br>　　　　　　　Defendants. | Case No. 4:06-CV-00018 RRB |

### DOCUMENTS ATTACHMENT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ALMQUIST'S MOTION TO DISMISS, PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND PLAINTIFF'S OPPOSITIONS TO DEFENDANTS DOT LAKE, WILLIAM J. MILLER AND CHARLES P. MILLER'S MOTIONS TO DISMISS

Plaintiff Interior Regional Housing Authority ("IRHA"), by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby submits the following documents in support of Plaintiff's Opposition to Defendant Almquist's Motion to Dismiss Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's Opposition to Defendants

Dot Lake, William J. Miller and Charles P. Miller's Motions to Dismiss. Numbering of the documents continues from IRHA's Documents Attachment filed on June 28, 2006.

11. Constitution of the Native Village of Dot Lake, signed January 3, 1986. (3 pages);

12. Survey from the Dot Lake Village Council to "All Adult Tribal Members," dated July 22, 1994. (2 pages);

13. Correspondence from Samuel S. Demientieff, Superintendent, Bureau of Indian Affairs, to "William Miller, President," dated June 9, 1995. (1 page);

14. Correspondence from the Bureau of Indian Affairs to "Honorable William Miller, President, Native Village of Dot Lake," dated August 8, 1995. (1 page);

15. Lease Agreement between Dot Lake Village Council and IRHA dated January 19, 1998. (4 pages);

16. Fax coversheet from Dot Lake Village Council to "Mike Walleri" dated June 1, 2006 at 1316 hrs. (1 page);

17. Subpoena in a Civil Case to William J. Miller in Case No. 4:06-CV-00018 RRB. (4 pages);

18. Courtview Docket Search for Case No. 4FA-06-1421 CI. (5 pages);

19. 25 U.S.C. § 4137/24 C.F.R. § 982.310(d)(iv) Notice to the Tenant of Termination of Tenancy to Barbara Almquist of January 13, 2006, signed by Robin Johnson. (2 pages);

20. AS 34.03.290(b) Notice to Tenant of Termination of Tenancy to Barbara Almquist of January 13, 2006, signed by Robin Johnson. (1 page);

21. IRHA's Complaint for Unlawful Detainer in Case No. 4FA-06-1421 CI dated March 30, 2006. (2 pages);

22. Defendant's Bench Memorandum in Case No. 4FA-06-1421 CI dated May 10, 2006. (13 pages);

23. Defendant's Supplemental (Reply) Memorandum in Case No. 4FA-06-1421 CI dated May 16, 2006. (7 pages);

24. Defendant's Second Supplemental Bench Memorandum in Case No. 4FA-06-1421 CI dated June 1, 2006. (8 pages);

25. Defendant's Fifth (5th) Bench Memorandum in Case No. 4FA-06-1421 CI dated May 10, 2006. (8 pages);

26. Almquist's Opposition to Motion for Reconsideration in Case No. 4FA-06-1421 CI dated August 25, 2006. (8 pages);

27. Order After Reconsideration in Case No. 4FA-06-1421 CI dated September 14, 2006. (1 page); and,

28. Exhibit A to Almquist's Motion for Attorney's Fees in Case No. 4FA-06-1421 CI dated September 21, 2006. (9 pages).

DATED at Fairbanks, Alaska this 6th day of November, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By:_____/s/_____
Peter J. Aschenbrenner
Bar No. 7210037