# DOCUMENTS ATTACHMENT NO. 11

# CONSTITUTION
## of the
## NATIVE VILLAGE
## of
## DOT LAKE

### PREAMBLE

We, the Tribal members of the Native Village of Dot Lake, Alaska, having a traditional common bond, in order to promote our welfare through the development of governmental and economic enterprises, do establish this constitution.

### ARTICLE I - NAME

The name of this organization shall be The Dot Lake Village Council.

### ARTICLE II - DEFINITION OF TERRITORY

The area to be served and the jurisdiction of this council shall be in and around the Native Village of Dot Lake. This area will include, but not be limited to: USS 3217, USS 3123, USS 4285 in addition to lands transfered to the State of Alaska in trust under Section 14 (c)(3) of ANCSA, any lands transfered to the Village Council under Section 14 (c)(2) of ANCSA or aquired by the Village Council through other means, and the lands included within the Dot Lake Native Corporation Shareholder's Subdivision.

### ARTICLE III - MEMBERSHIP

SECTION I:   TRIBAL MEMBERS

   a.   All persons whose names shall appear on the Tribal Membership Roll as being members of the village shall be members of the village.

   b.   The Tribal Membership Roll shall contain the names of all surviving individuals that were listed as members of the Village under The Alaska Native Claims Settlement Act (ANCSA), to include their spouses and direct descendants.

SECTION II:   NEW TRIBAL MEMBERS

   a.   The direct descendants of any Tribal Member shall be included on the Tribal Membership Rolls.

   b.   Tribal Membership Rolls shall be updated and certified at least once a year at the Village Annual meeting to be conducted during the second quater of each calender year. Individuals will be responsible for notifying the Village Council of any change in family status which would affect the Tribal Membership Roll.

Date: 9-6-06   Exhibit: 3
Witness: miller, w
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

c. Any person, who becomes a resident of Dot Lake Native Village, may be adopted by the Council by a majority vote of the Tribal Members present at a regulary called meeting of the Village Council, if the individual request membership.

## ARTICLE IV - THE COUNCIL

SECTION I: The Council shall be composed of a Chief/President, Second Chief/Vice President, Secretary and two members elected by the adult Tribal Members of the Village. Elections will be conducted at the Annual Village Meeting as required to fill vacancies on the Council. Any Tribal Member that has reached his/her eighteenth birthday shall be considered as an adult Tribal Member.

SECTION II: The term of office for a council member shall be three years from the date elected (to the closest annual meeting).

SECTION III: The Village Council shall represent the Village in all its' undertakings and shall exercise the powers as enumerated in this Constitution.

## ARTICLE V - POWERS OF THE VILLAGE COUNCIL

SECTION I: To do all things for the common good of the Village and/or the Tribal Members, which it has done or has had the right to do in the past and which is not against Federal or State Laws as they may apply.

SECTION II: To negotiate and/or contract with Federal and/or State Governments and their agencies on behalf of the Village and/or the Tribal Members. To negotiate, contract, and/or deal with agencies, persons, firms, corporations, and/or municipalities on behalf of the Village and/or Tribal Members.

SECTION III: To provide for the filling of vacancies on the Village Council, consistent with this Constitution.

SECTION IV: To have authority over and control of Village owned and operated equipment, buildings, systems, land and/or services, and to insure that they are utilized for the good of the Village and its' residents.

SECTION V: To control and administer funds received from any equipment, buildings, systems, land and/or services, and to insure that they are utilized for the good of the Village and its' residents.

SECTION VI: The Council may exercise such other powers, not denied by Federal law.

## ARTICLE VI - CHANGE OF OFFICERS/MEMBERS OF THE COUNCIL

SECTION I: Any Officer or Member of the Council or other Official of the Village who is convicted of a felony or other offense involving dishonesty or moral turpitude shall be required to forfit their office.

SECTION II: Any Officer or Member of the Council, having missed two (2) unexcused absences from a properly noticed Council Meeting may be replaced by a majority vote of the other members of the Council.

SECTION III: If a position on the Council becomes vacant for any reason, the remaining members of the Council may appoint a successor to serve in that position until the next election.

## ARTICLE VII - AMENDMENTS

Amendments to this Constitution may be proposed by a resolution of the Council or by a Tribal Member. Amendments shall be effective when passed by the Village Council and shall remain in effect until the next Village Annual Meeting, at which time they must be ratified by the majority of the adult Tribal Members present prior to becoming a part of this Constitution.

## ARTICLE VIII - DISSOLUTION

This Constitution shall continue in existence and remain in effect until dissolved by a majority vote of the adult Tribal Members of this Village, provided that at least fifty (51) percent of those entitled to vote shall be present and vote.

## ARTICLE IX - ADOPTION

This Constitution shall be in effect upon agreement of the majority vote of the adult Tribal Members, voting in an election called for this purpose, provided that at least thirty (30) percent of the voting members are present and vote.

## CERTIFICATION OF ADOPTION

We, the undersigned Tribal Members of the Native Village of Dot Lake, having been chosen to be election judges by the majority of the Tribal Members present, certify that we were present at a meeting called for the purpose of adopting this Constitution on _3-JAN_ 1986, that the foregoing was duly adopted at this meeting by a vote of _16_ for and _0_ against, and that at least thirty (30) percent of the adult Tribal Members were present and cast their ballots.

_[signature]_  
Chairperson, Election Board

_[signature]_  
Member, Election Board

_[signature]_  
President, Dot Lake Village Council