# DOCUMENTS ATTACHMENT NO. 12

Date: 9-6-06  Exhibit: 2
Witness: Miller, W
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

DOT LAKE VILLAGE COUNCIL
BOX 2275
DOT LAKE, AK. 99737

22 JULY 1994

REPLY TO
ATTN OF: DOT LAKE VILLAGE COUNCIL

SUBJECT: COUNCIL COMPOSITION AND EFFECTIVENESS

TO: ALL ADULT TRIBAL MEMBERS

Dear Tribal Member:
    The Village Council has become aware that some of you seem to be very concerned with the composition and/or actions of the present Dot Lake Village Council. The particular concern, seems to be the fact that William (Bill) Miller is not only on, but also President of the council. There may be other concerns also, therefore this letter is being sent to all Adult Tribal Members, with the hope that you will return it and make your opinion known.

    I have been involved with and/or served on the Village Council for approximately fourteen years now. During that time, the following have been accomplished and/or initiated by the Village Council:

    1. The Native Village of Dot Lake has received approximately $1,000,000.00 in Capital Improvement Funds from the State of Alaska, approximately $228,000.00 in State Revenue Sharing Funds, approximately $200,000.00 in IHS Funds, and approximately $10,000.00 in State Village Safe Water Funds.

    2. The following projects have been completed with the above funds, excluding State Revenue Sharing Funds:

        a. The new addition to our community hall.
        (cost approximately $100,000.00)

        b. The new village road, asphalt area.
        (cost approximately $200,000.00)

        c. The Senior/youth Transportation Program.
        (cost approximately $40,000.00 to purchase van and operate the program)

        d. Purchase, move and repair the Voc/Ed building.
        (cost approximately $40,000.00)
        Equip a complete woodworking shop within the Voc/Ed Building.
        (cost approximately $15,000.00)

We have come a long way in the last fourteen years. The Village Council has worked hard to serve the Tribal Members of Dot Lake. No Council Member receives or has received wages for their work on the Council. Some of the members have been employed on some of the projects and did receive wages for that work, on an equal basis with other employees. I would like to commend all those that have served on the council during this time.

----------------------------------------
DETACH HERE AND RETURN

AT THIS TIME, THE VILLAGE COUNCIL WOULD LIKE TO ASK THE FOLLOWING QUESTIONS:

1. ARE YOU SATISFIED WITH THE WORK BEING DONE BY YOUR VILLAGE COUNCIL? _____ YES _____ NO

2. DO YOU FEEL THAT ANY OF THE VILLAGE COUNCIL MEMBERS SHOULD BE REMOVED AND/OR REPLACED? _____ YES _____ NO

IF YOU ANSWERED YES, WHICH ONES?

| | | |
|---|---|---|
| WILLIAM MILLER, PRESIDENT | _____ REMOVE | _____ REPLACE |
| WAYNE ISAAC, VICE PRESIDENT | _____ REMOVE | _____ REPLACE |
| CHARLES MILLER, SECRETARY | _____ REMOVE | _____ REPLACE |
| JACOB LUKE, MEMBER | _____ REMOVE | _____ REPLACE |
| DORIS CHARLES, MEMBER | _____ REMOVE | _____ REPLACE |

DO YOU HAVE ANY RECOMMENDATIONS ON WHO SHOULD REPLACE THE INDIVIDUALS YOU RECOMMENDED FOR REMOVAL? (Any remaining members of the council will name replacements, until an election can be scheduled. Requirements for council members are that they be Tribal Members, at least 18 years of age, and reside within the village)

3. DO YOU HAVE ANY RECOMMENDATIONS ON HOW THE VILLAGE COUNCIL CAN BETTER SERVE THE NEEDS OF TRIBAL MEMBERS?

*I do not know enough about the above people's work to vote an opinion at this time*

continue on back

NAME: *Mary Willey*   DATE: *8/12/99*

SIGNATURE: *Mary F Willey*

THANK YOU FOR YOUR TIME:

WILLIAM (BILL) MILLER: *[signature]*

CHARLES MILLER: *[signature]*

WAYNE ISAAC: *[signature]*

JACOB LUKE: *Jacob Luke*

DORIS CHARLES: (not available for signature)