# DOCUMENTS ATTACHMENT NO. 13



**UNITED STATES
DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS
101 12TH AVENUE, BOX 16
FAIRBANKS, ALASKA 99701

IN REPLY REFER TO:
Tribal Operations

June 9, 1995

William Miller, President
P.O. Box 2275
Dot Lake, Alaska 99737

Dear Mr. Miller:

The Secretarial Election was conducted June 3, 1995 and the results were the Constitution for Native Village of Dot Lake was duly rejected by a vote of 6 for and 17 against. Pursuant to 25 CFR Part 81 Section 81.23 the Native Village of Dot Lake Secretarial Election Results were posted at the Bureau of Indian Affairs, Fairbanks Agency, Tanana Chiefs Conference, Inc, and at the Native Village of Dot Lake's Tribal Office. Pursuant to Section 81.22 the Secretarial Election Results were posted for three (3) days. There were no challenges to the election results during this three (3) day period. This letter is being written pursuant to Section 81.24 (2) which requires written notification to Native Village of Dot Lake from Samuel S. Demientieff the Superintendent of the Fairbanks Agency of his awareness of the election results. Pursuant to Section 81.24 (2) a copy of this letter is being forwarded to the Commissioner of Indian Affairs in Washington, D. C. along with the Certificate of Results of Election and a copy of Native Village of Dot Lake's Constitution.

If you have any questions please feel free to call Ernest Young at (907) 456-0226 or toll-free at 1-800-822-3596 extension 22.

Sincerely,

Samuel S. Demientieff
Superintendent

SSD:ey

cc: 1 BIA, Washington D.C.
    2 TCC, VGS, Attn: Colleen Smagge

Date: 9·6·06   Exhibit: 5
Witness: Miller, W.
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678