# DOCUMENTS ATTACHMENT NO. 14



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Washington, D.C. 20240



IN REPLY REFER TO:
Tribal Government Services - TR
MS 2611 MIB

AUG 0 8 1995

Honorable William Miller
President, Native Village of Dot Lake
P.O. Box 2272
Dot Lake, Alaska 99737

Dear President Miller:

We have received the results of the election held on June 3, 1995, by the qualified voters of the Native Village of Dot Lake (Village). The election was called in accordance with an order issued on January 24, 1995, by the Acting Deputy Commissioner of Indian Affairs, which permitted the qualified voters of the Village to vote on the adoption or rejection of the proposed Constitution of the Native Village of Dot Lake Alaska (Constitution).

As evidenced by the completed Certificate of Results of Election, the proposed Constitution was duly rejected by a vote of 6 for and 17 against in an election in which seventy-seven percent of the 30 members registered and entitled to vote cast their ballots.

We commend the Village for its high degree of voter interest and participation. However, we regret the document failed when the Village has worked so long and hard on the proposed Constitution. Please be assured that we stand ready to assist the Village in its future efforts to adopt its governing document.

Sincerely,

Hilda A. Manuel

Deputy Commissioner of Indian Affairs

cc: Ms. Shirley L. Lee, Tanana Chief's Conference, Inc.
Area Director, Juneau
Superintendent, Fairbanks Agency
Assistant Solicitor, Tribal Government & Alaska