# DOCUMENTS ATTACHMENT NO. 15

RETURN TO:
  Interior Regional Housing Authority
  828 27th Avenue
  Fairbanks, Alaska 99701
  Attn: Development

# LEASE AGREEMENT

This agreement made and entered into this 14th day of January, 1998, by and between the Dot Lake Village Council (Lessor) and the Interior Regional Housing Authority (Lessee).

WHEREAS, by Confirmation Deed dated 2/14/95, Lessor became the owner of Lots 41 and 42, within Sections 27 and 28, Township 22 North, Range 7 East, Copper River Meridian, Alaska, and

WHEREAS, Lessee wishes to lease that property described as Lots 41 and 42 of the Dot Lake Native Corporation Shareholders Subdivision, located within Sections 27 and 28, Township 22 North, Range 7 East, Copper River Meridian, Fairbanks Recording District, hereafter referred to herein as the "premises," and

WHEREAS, the parties hereto desire to formalize the prior understanding between the parties with respect to this property,

NOW, THEREFORE, in consideration of the mutual covenants contained herein and for other consideration given, agree as follows:

1. Premises   The Lessor leases to Lessee and Lessee leases from Lessor all its present and future interest in the following-described real property situated in and around Dot Lake, Alaska:

Legal Description

The Surface Estate, as described in Interim Conveyance Number 353 recorded August 27, 1980 in Book 187, Page 436, Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska, in the following described land:

Lots Forty-One (41) and Forty-Two (42), DOT LAKE SHAREHOLDERS HOMESITE SUBDIVISION, according to the plat filed April 30, 1986 as Plat Number 86-47; Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska. Said property is also a portion of Lot Four (4), Alaska Native Claims Settlement Act (ANCSA), Section 14 (c), Lots 1 through 13 (P.L. 92-203, 85 Stat. 688) Dot Lake Native Corporation, Dot Lake, Alaska, according to the plat filed February 17, 1988 as Plat Number 88-15; Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska.

EXCEPTING THEREFROM the Subsurface Estate as conveyed to Doyon Limited by Interim Conveyance No. 354 recorded August 28, 1980 in Book 187, Page 451.

**ATTACHMENT A**

The leased property is referred to in this lease agreement as the "premises."

2. **Use of Premises.** The premises shall be used for the purpose of constructing a triplex housing unit and its appurtenances.

3. **Term.** Lessee shall have and hold the described premises with their appurtenances for a term not less than fifty-five (55) years, beginning on the date set forth above.

4. **Assignments.** This lease agreement shall not be assigned, in whole or in part, without the prior written consent of the Lessor. Nothing in this lease agreement shall prevent the Lessee from executing and recording a mortgage and/or declaration of trust as may be necessary and appropriate under any such federal financial assistance contract with the Lessee with respect to all or any part of the premises.

5. **Subleases.** The Lessee is hereby authorized to make subleases and assignments of its leasehold interests in connection with development and operation of the triplex housing unit.

6. **Improvements.** All improvements made by Lessee shall be and remain the property of the Lessee or its assigns, both during the term of this lease and after expiration of this lease, unless otherwise agreed in writing. At the expiration of this lease agreement, Lessee shall remove any improvements made by Lessee within 90 days of the date of expiration, unless otherwise agreed by the parties.

7. **Insurance.** Lessee shall obtain and pay for owner's, landlord's, and tenant's public liability insurance, excluding property damage, in amounts acceptable to the Lessor. It is understood and agreed that the term "owner" is the Lessor. The Lessee and its assigns shall hold the Lessor harmless from any claim of whatsoever nature arising out of the use or occupancy of the premises. A copy of the certificate of insurance shall be provided to the Lessor.

8. **Relinquishment of Supervision by the Secretary of the Interior.** Nothing contained in this lease agreement shall operate to delay or prevent a termination of federal responsibilities with respect to the land, if any, by the issuance of a fee patent or otherwise during the term of the lease; however, such termination shall not serve to abrogate the lease.

9. **Share of Benefit from Lease.** No member of Congress or any delegate thereto or any resident commissioner shall be admitted to any share or part of this lease agreement or to any benefit that may arise from this lease agreement.

Lease Agreement - Page 2

10. **Quiet Enjoyment.** Lessor agrees to defend the title to the premises and also especially agrees that Lessee and its tenants shall peaceably and quietly hold, enjoy, and occupy the premises for the duration of this lease agreement.

11. **Surrender of Possession.** If upon expiration or other termination of this lease agreement, further use rights are not granted to the Lessee or its assigns by the Lessor, said Lessee or its assigns shall, upon demand, surrender to the Lessor complete and peaceable possession of the premises.

12. **Unlawful Conduct.** The Lessee agrees not to use or cause to be used any part of said premises for any unlawful conduct or purposes.

13. **Assent Not Waiver of Future Breach of Covenants.** No assent, express or implied, to any breach of any of the Lessee's covenants, shall be deemed to be a waiver of any succeeding breach of any covenants.

14. **Upon Whom Binding.** It is understood and agreed that the covenants and agreements set forth in this lease agreement shall extend to and be binding upon the heirs, assigns, successors, executors, and administrators of the parties to this lease agreement. While the premises are in withdrawn status, all of the Lessee's obligations or its sureties are to the United States as well as to the Lessor.

15. **Easements.** The Lessor agrees that the orderly development of the premises for housing may require creation of temporary and/or permanent easements for roads, utilities, or other services, and hereby consents to such easements and agrees to take such actions as may be required for the creation and/or maintenance of such easements.

In witness whereof, the parties have hereto set their hands on the date first above written.

Lessor:

Dot Lake Village Council

By: _____

Lessee:

Interior Regional Housing Authority

By: _____
Joseph G. Wilson, Executive Director

Lease Agreement - Page 4

## ACKNOWLEDGMENT

STATE OF ALASKA           )
                          )ss.
FOURTH JUDICIAL DISTRICT  )

This is to certify that on this _21st_ day of _December_, 1998, personally appeared before me _William S. Miller_, known to me (or proved to me on the basis of satisfactory evidence) to be the _President_ of the Dot Lake Village Council, the council which executed the foregoing instrument, and who acknowledged to me that he executed the same for and on behalf of said council, and that he is fully authorized by said council so to do, and who executed the within instrument and acknowledged to me that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND and official seal the day and year last above written.

_____
Notary Public in and for Alaska
My commission expires: _____

## ACKNOWLEDGMENT

STATE OF ALASKA           )
                          )ss.
FOURTH JUDICIAL DISTRICT  )

This is to certify that on this _19th_ day of _January_, 1998, personally appeared before me Joseph G. Wilson, known to me (or proved to me on the basis of satisfactory evidence) to be the Executive Director of the Interior Regional Housing Authority, the housing authority which executed the foregoing instrument, and who acknowledged to me that he executed the same for and on behalf of said housing authority, and that he is fully authorized by said housing authority so to do, and who executed the within instrument and acknowledged to me that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND and official seal the day and year last above written.

_Gretchen S. Ray_
Notary Public in and for Alaska
My commission expires: _06/31/02_

Lease Agreement - Page 4