# DOCUMENTS ATTACHMENT NO. 16

SEP-29-2006 10:24
Case 4:06-cv-00018-RRB  Document 57-8  Filed 11/07/2006  Page 2 of 2  P.15
08/01/2006 THU 13:16 FAX 190 26558  Case 4:06-cv-00018-RRB  Document 25-3  DLVC  Filed 07/21/2006  Page 1 of 4
@001



**Dot Lake Village Council**

Box 2279
Dot Lake, Alaska 99737

Phone: (907) 882-2695
Fax: (907) 882-5558

---

*Fax Transmittal Form*

To

Name:
Organization Name/Dept:
CC:
Phone number:
Fax number:

Urgent
For Review
Please Comment
Please Reply

From _Mike Walleri_

Ted Charles
Tribal Development Specialist

Phone: (907) 882-2695
Fax: (907) 882-5558

Date sent:
Time sent:
Number of pages including cover page: ④

---

The information contained in this Fax is confidential and/or privileged. This fax is intended to be reviewed by the individual named above. If the reader of this transmittal page is not the intended recipient or representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this fax or the information contained herein, is prohibited. If you received this fax in error, please immediately notify the sender by telephone and return this fax to the address above. Thank you.

Date: 9-6-06  Exhibit: 6
Witness: Miller, W.
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

**Exhibit B**
**Page 1 of 4**