# DOCUMENTS ATTACHMENT NO. 18

Case 4:06-cv-00018-RRB   Document 57-10   Filed 11/07/2006   Page 1 of 6

# Alaska Trial Court Cases

Home | CourtView Search | Name Index (Old System) | Pay Ticket Online

Dockets include limited information about filings and hearings that occurred before CourtView was installed in the court.

A maximum of 100 dockets will display at one time. Select the "descending" sort option to view the last 100 dockets entered. Select the "ascending" sort option to view the first 100 dockets entered. To see more dockets, adjust the date range of your search.

| Summary | Parties | Events | Dockets | Disposition | Costs |

## Docket Search

4FA-06-01421CI Interior Regional Housing Authority vs. Almquist, Barbara

### Search Criteria

**Docket Desc.**   ALL

**Begin Date**

**End Date**

**Sort**
○ Ascending
◉ Descending

[ Search ]

**Search Results**   46 Docket(s) found matching search criteria.

| Docket Date | Docket Text | Amount | Amount Due | Images |
|---|---|---|---|---|
| 10/24/2006 | Defendant's Reply to Plaintiff's Opposition to Motion for Attorney's Fees Attorney: Walleri, Michael J (7906060) Case Motion #3: Standard Motion | 0.00 | 0.00 | |
| 10/16/2006 | Plaintiff's Opposition to Defendant's Motion for Attorney's Fees Attorney: Aschenbrenner, Peter J (7210037FA) Case Motion #3: Standard Motion | 0.00 | 0.00 | |
| 10/02/2006 | Amended Certificate of Service Michael J Walleri (Attorney) on behalf of Barbara Almquist (Defendant) | 0.00 | 0.00 | |
| 09/21/2006 | Motion for Attorney Fees Attorney: Walleri, Michael J (7906060) Case Motion #3 | 0.00 | 0.00 | |

| Date | Description | | |
|---|---|---|---|
| 09/14/2006 | Order after reconsideration, court's previous decision denying the FED remains in effect. | 0.00 | 0.00 |
| 08/25/2006 | Opposition to Motion for Reconsideration Attorney: Walleri, Michael J (7906060) Case Motion #2: Expedited Motion | 0.00 | 0.00 |
| 07/06/2006 | Hearing Result: The following event: Hearing scheduled for 07/06/2006 at 3:30 pm has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 06/29/2006 | Hearing Set Event: Hearing Date: 07/06/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 06/29/2006 | Hearing Result: The following event: Pre-Trial Scheduling Conference scheduled for 07/20/2006 at 2:45 pm has been resulted as follows: Result: Hearing Vacated Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 06/28/2006 | CD/Tape Duplication Receipt: 175677 Date: 06/28/2006 | 10.00 | 0.00 |
| 06/28/2006 | CD/Tape Duplication Receipt: 175600 Date: 06/28/2006 Receipt 175600 reversed by 175674 on 06/28/2006. Receipt: 175677 Date: 06/28/2006 | 10.00 | 0.00 |
| 06/27/2006 | Miscellaneous Interior Regional Housing Authority | 0.00 | 0.00 |
| 06/26/2006 | Plaintiff's Motino for Reconsideration Attorney: Aschenbrenner, Peter J (7210037FA) Case Motion #2 | 0.00 | 0.00 |
| 06/22/2006 | Order re: Motion to Disqualify Judge-Not Used Case Motion #1: Standard Motion | 0.00 | 0.00 |
| 06/14/2006 | Hearing Result: The following event: Eviction Hearing scheduled for 06/14/2006 at 8:30 am has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 06/07/2006 | Defendant's Reply to Plaintiff's Resposne to Defendant's Second Supplemental Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 06/06/2006 | CD/Tape Duplication Receipt: 170117 | 10.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| | Date: 06/06/2006 | | |
| 06/05/2006 | Plaintiff's Response to Defendant's Second Supplemental Bench Memorandum Attorney: Aschenbrenner, Peter J (7210037FA) | 0.00 | 0.00 |
| 06/02/2006 | Hearing Set Event: Eviction Hearing Date: 06/14/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 06/02/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 06/05/2006 at 8:30 am has been resulted as follows: Result: Hearing Vacated Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 06/01/2006 | Defendant's Second Supplemental Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/31/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 05/30/2006 at 8:30 am has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 06/05/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Vacated | 0.00 | 0.00 |
| 05/31/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/30/2006 at 8:30 am has been resulted as follows: Result: Hearing Continued Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/23/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 05/23/2006 at 8:30 am has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 05/30/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Continued | 0.00 | 0.00 |
| 05/23/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/23/2006 at 8:30 am has been resulted as follows: Result: Hearing Continued Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/22/2006 | Plaintiff's Supplemental Memorandum Re: | 0.00 | 0.00 |

| Date | Description | | |
|---|---|---|---|
| | Authoirty for Rebuttal Case Attorney: Aschenbrenner, Peter J (7210037FA) | | |
| 05/22/2006 | Plaintiff's Motion for Disqualification of Judge Attorney: Aschenbrenner, Peter J (7210037FA) Case Motion #1 | 0.00 | 0.00 |
| 05/19/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 05/23/2006 Time: 8:30 am Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Continued Result: Hearing Continued | 0.00 | 0.00 |
| 05/18/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/18/2006 at 2:45 pm has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/16/2006 | Defendant's Supplemental Pretrial Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/16/2006 | Plaintiff's Supplemental Trial Brief Attorney: Aschenbrenner, Peter J (7210037) | 0.00 | 0.00 |
| 05/12/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 05/18/2006 Time: 2:45 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 05/10/2006 | Defendant's Answer to Complaint for Unlawful Detainer Michael J Walleri (Attorney) on behalf of Barbara Almquist (Defendant) | 0.00 | 0.00 |
| 05/10/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 05/10/2006 at 3:30 pm has been resulted as follows: Result: Hearing Held Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 05/10/2006 | Defendant's Bench Memorandum Attorney: Walleri, Michael J (7906060) | 0.00 | 0.00 |
| 05/09/2006 | Plaintiff Interior Regional Housing Authority's Trial Brief Attorney: Aschenbrenner, Peter J (7210037) | 0.00 | 0.00 |
| 04/26/2006 | Hearing Set Event: Pre-Trial Scheduling Conference Date: 07/20/2006 Time: 2:45 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |

| Date | Event | | |
|---|---|---|---|
| | Result: Hearing Vacated | | |
| 04/11/2006 | Hearing Set The following event: Forcible Entry and Detainer scheduled for 04/12/2006 at 3:30 pm has been rescheduled as follows: Event: Forcible Entry and Detainer Date: 05/10/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Held | 0.00 | 0.00 |
| 04/11/2006 | Hearing Result: The following event: Forcible Entry and Detainer scheduled for 04/12/2006 at 3:30 pm has been resulted as follows: Result: Hearing Reset Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse | 0.00 | 0.00 |
| 04/07/2006 | Attorney Information Attorney Walleri, Michael J representing Defendant Almquist, Barbara as of 04/07/2006 | 0.00 | 0.00 |
| 03/30/2006 | Attorney Information Attorney Aschenbrenner, Peter J representing Plaintiff Interior Regional Housing Authority as of 03/30/2006 | 0.00 | 0.00 |
| 03/30/2006 | Hearing Set Event: Forcible Entry and Detainer Date: 04/12/2006 Time: 3:30 pm Judge: Funk, Raymond Location: Courtroom 201, Fairbanks Courthouse Result: Hearing Reset | 0.00 | 0.00 |
| 03/30/2006 | Case Flagged for Civil Rule 4(j) Tracking (4FA) Barbara Almquist (Defendant); | 0.00 | 0.00 |
| 03/30/2006 | Summons Issued | 0.00 | 0.00 |
| 03/30/2006 | Notice to Quit for Non-Payment of Rent | 0.00 | 0.00 |
| 03/30/2006 | Complaint for Forcible Entry and Detainer Receipt: 154830 Date: 03/30/2006 | 90.00 | 0.00 |