# DOCUMENTS ATTACHMENT NO. 19

# NOTICE TO TENANT OF TERMINATION OF TENANCY

**TO:** Barbara Almquist
P.O. Box 2287
Dot Lake, AK 99737

You are notified that you must move out for the reason that the landlord has terminated your month to month tenancy under Part A, Section 7 of the IRHA Landlord-Tenant Rental Contract entered into on August 22, 2003 which states:

After the initial term, the rental term shall renew automatically as follows: Monthly unless terminated with 30 days prior notice by either party.

25 USC Sec. 4137 which governs Lease requirements for agencies bound by NAHASDA states as follows:

(a) Leases
Except to the extent otherwise provided by or inconsistent with tribal law, in renting dwelling units in affordable housing assisted with grant amounts provided under this chapter, the owner or manager of the housing shall utilize leases that—...
(5) require that the owner or manager may not terminate the tenancy, during the term of the lease, except for serious or repeated violation of the terms or conditions of the lease, violation of applicable Federal, State, tribal, or local law, or for other good cause;...

The basis for this termination is stated in Part B, Section 7(d) of the IRHA Landlord Tenant Rental Contract which reads as follows:

(3) After the first month of rental contract, such good cause [to terminate] includes:...

(b) A business or economic reason for termination of the tenancy (such as sale of the property, renovation of the unit, the IRHA's desire to rent the unit for a higher rent).

24 CFR Sec. 982.310 (d)(iv) defines "other good cause" as:
A business or economic reason for termination of the tenancy (such as the sale of the property, renovation of the unit, or desire to lease the unit at a higher rental).

You are notified that IRHA has decided not to use these premises for rentals pending sale or renovation.

You are hereby notified that under 25 USC Sec. 4137, you are entitled to examine any relevant documents, records, or regulations directly related to this termination.

You must move from the unit on or before the rent due date which occurs at least 30 days from the date you receive this notice. Your rent is due on the 1st day of each month, so you must move out by the __1st__ day of March, 2006. If you are not gone by this date, an eviction suit will be filed to evict you.

By: _Robin Johnson_
Manager

Delivered by: _[signature]_
To: _Barbara Almquist_
Date of Delivery of this Notice: _1/13/06_

**SERVICE OF THIS NOTICE DOES NOT WAIVE LANDLORD'S RIGHTS OR REMEDIES UNDER ANY OTHER NOTICE.**