# DOCUMENTS ATTACHMENT NO. 20

# NOTICE TO TENANT OF TERMINATION OF TENANCY

TO: Barbara Almquist
P O Box 2287
Dot Lake, AK 99737

You are notified that you must move out for the reason that the landlord has terminated your month to month tenancy under AS 34.03.290(b).

You must move from the unit on or before the rent due date which occurs at least 30 days from the date you receive this notice. Your rent is due on the <u>1st</u> day of each month, so you must move out by the <u>1st</u> day of March, 20<u>06</u>. If you are not gone by this date, an eviction suit will be filed to evict you.

By: _Robin Johnson_
Manager

Delivered by: _[signature]_
To: _Barbara Almquist_
Date of Delivery of this Notice: _1/13/06_

SERVICE OF THIS NOTICE DOES NOT WAIVE LANDLORD'S RIGHTS OR REMEDIES UNDER ANY OTHER NOTICE.