# DOCUMENTS ATTACHMENT NO. 21

THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

INTERIOR REGIONAL HOUSING AUTHORITY,

    Plaintiff,

vs.

BARBARA ALMQUIST,

    Defendant.

FILED in the Trial Courts
State of Alaska, Fourth District

MAR 30 2006

By _____ Deputy

Case No. 4FA-06-1421 CI

## COMPLAINT FOR UNLAWFUL DETAINER

Plaintiff Interior Regional Housing Authority, by and through its undersigned counsel, Aschenbrenner Law Offices, Inc., complains and alleges as follows:

1. Plaintiff is Interior Regional Housing Authority, organized as a public body under AS 18.55.995 - 998 and specifically AS 18.55.996 (b), vested with the authority, *inter alia*, to provide housing services in Alaska, including expenditure of public funds for that purpose.

2. Defendant is Barbara Almquist, a resident of the Fourth Judicial District, State of Alaska.

## COUNT I – EVICTION: MONTH TO MONTH TENANCY

3. Defendant has possession of certain premises to which Plaintiff is owner or has a superior right of possession and which are more particularly described as follows:

    Dot Lake Triplex, Unit 2
    Dot Lake, Alaska 99737

located in the Fourth Judicial District, State of Alaska.

4. Plaintiff has made and served a demand in writing that Defendant deliver up

ASCHENBRENNER LAW OFFICES, INC.
P.O. Box 73998, Fairbanks, Alaska 99707-3998
Phone: 907-456-3910   Fax: 907-456-8064

Complaint for Unlawful Detainer
Page 1

possession of the premises by notice to quit served under AS 9.45.090 (a)(2)(F) as follows: 30-day notices were served upon Defendant on January 13, 2006 and required tenant to surrender premises by March 1, 2006.

5. Defendant has refused to deliver up and surrender the possession of the premises to the Plaintiff.

6. Defendant is holding the premises by force under AS 09.45.090(a).

WHEREFORE,

Plaintiff demands:

1. That this Court enter an order restoring the premises to Plaintiff.

2. That this Court issue a writ of assistance to the Alaska State Troopers restoring the premises to Plaintiff as owner thereof, such delay in the effective time of the writ as is consistent with the rights and liabilities of the parties as the court may find.

3. That this court award Plaintiff its costs and attorney fees incurred in bringing this action;

4. That this court award Plaintiff postjudgment interest at the rate of 8.25% on any money judgment entered in this action.

5. That this Court grant such other and further relief as it deems appropriate in the premises.

DATED in Fairbanks, Alaska this _____ of March, 2006.

ASCHENBRENNER LAW OFFICES, INC.
Attorneys for Plaintiff IRHA

By: _____
Peter J. Aschenbrenner
Bar No. 7210037

Complaint for Unlawful Detainer
Page 2