# DOCUMENTS ATTACHMENT NO. 27

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

INTERIOR REGIONAL HOUSING )
AUTHORITY, )
           Plaintiff(s), )
vs. )
BARBARA ALMQUIST, )
           Defendant(s). )

Case No. 4FA-06-1421 CI

### ORDER AFTER RECONSIDERATION

The court having previously granted reconsideration and having heard from both sides,

IT IS HEREBY ORDERED that the court's previous decision denying the FED remains in effect.

Dated this 14th day of September, 2006.

RAYMOND M. FUNK
District Court Judge

I certify that a copy of the foregoing was distributed via:
MAIL
[ ] U.S. Postal Svc.
[ ] Other _____
HAND DELIVERY
[ ] Courier Svc.
[X] Pick Up Bin ___ Watters
[ ] Fax
[ ] Other _____
By: _____ Date 9/18/06