# DOCUMENTS ATTACHMENT NO. 28

## IRHA v Almquist   January 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 1/3 | Initial client intake; draft letter to IRHA | flat fee |
| 1/13 | TC client re attempt by IRHA to serve papers on her | 0.25 |
| 1/18 | Review notices received from client; TC client re notices; letter to IRHA, AONAP & OIG | 1.25 |
| 1/19 | Rec'd & review letter from Aschenbrenner; draft reply letter to P.A.; letter to AONAP & OIG | 0.5 |

| | | |
|---|---|---|
| **Total Hours** | | 2 |
| **Billing Rate** | | $200.00 |
| **Total Amount** | | $400.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|

| | | |
|---|---|---|
| **Total Hours** | | 0 |
| **Billing Rate** | | $90.00 |
| **Total Amount** | | $0.00 |

| Date | Expense | Amount |
|---|---|---|
| | Copies | $5.70 |
| | Postage | $3.59 |

| | |
|---|---|
| **Total Expenses** | $9.29 |
| **Total Amount Due** | $409.29 |

EXHIBIT A
PAGE 1 OF 10

IRHA v Almquist   February 2006
Attorney Hours

| Date | Service | Hours |
|---|---|---|

| | | |
|---|---|---|
| Total Hours | | 0 |
| Billing Rate | | $200.00 |
| Total Amount | | $0.00 |

Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 2/23 | Cover Letter | 0.25 |

| | | |
|---|---|---|
| Total Hours | | 0.25 |
| Billing Rate | | $90.00 |
| Total Amount | | $22.50 |

| Date | Expense | Amount |
|---|---|---|
| | Postage | $1.11 |

| | | |
|---|---|---|
| Total Expenses | | $1.11 |
| Total Amount Due | | $23.61 |

EXHIBIT A
PAGE 2 OF 10

## IRHA v Almquist   March 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 3/29 | tc client re exit strategy | 0.25 |
| 3/30 | Review letter from Aschenbrenner; letter to Aschenbrenner re settlement | 0.5 |

| | |
|---|---|
| Total Hours | 0.75 |
| Billing Rate | $200.00 |
| Total Amount | $150.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 3/22 | Letter to Client re OIG letter | 0.25 |

| | |
|---|---|
| Total Hours | 0.25 |
| Billing Rate | $90.00 |
| Total Amount | $22.50 |

| Date | Expense | Amount |
|---|---|---|
| | | |

| | |
|---|---|
| Total Expenses | $0.00 |
| **Total Amount Due** | **$172.50** |

EXHIBIT A
PAGE 3 OF 10

## IRHA v Almquist   April 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 4/5 | Mtg w/ client review paperwork etc. | 0.75 |
| 4/6 | TC Aschenbrenner re entry of appearance 7 reschedule | 0.25 |
| 4/11 | Rec'd 7 review confirmation of FED Hrg reset | 0.25 |

| | |
|---|---|
| Total Hours | 1.25 |
| Billing Rate | $200.00 |
| Total Amount | $250.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 4/3 | Review fax from Aschenbrenner of complaint; discussion w/ M. Walleri re direction; left msg for client | 0.5 |

| | |
|---|---|
| Total Hours | 0.5 |
| Billing Rate | $90.00 |
| Total Amount | $45.00 |

| Date | Expense | Amount |
|---|---|---|
| | | |

| | |
|---|---|
| Total Expenses | $0.00 |
| **Total Amount Due** | **$295.00** |

EXHIBIT A
PAGE 4 OF 10

## IRHA v Almquist  May 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 5/9  | Trial brief; review opposing trial brief | 3.75 |
| 5/10 | Trial brief; review opposing trial brief | 3 |
| 5/10 | TC ▓▓▓ re witness interview; TC ▓▓▓ re witness interview | 0.25 |
| 5/10 | TC ▓▓▓ re witness interview | 0.25 |
| 5/10 | Mtg w/ client prep for hrg | 0.5 |
| 5/10 | hrg | 0.5 |
| 5/10 | Short mtg w/ client; tc witnesses re rescheudle | 0.5 |
| 5/16 | research & draft suppl brief | 5.25 |
| 5/18 | prep for hrg | 0.5 |
| 5/18 | hrg | 1.5 |
| 5/18 | TC w/ client re rpt on hrg; mtg w/ ▓▓▓ re possible solutions to litigation | 0.5 |
| 5/23 | TC w/ client prep for hrg | 0.25 |
| 5/23 | Hrg.(Cont.) | 1.5 |
| 5/23 | TC P. Aschenbrenner re settlement | 0.25 |
| 5/23 | TC ▓▓▓ re tribal ordinances on eviction | 0.25 |
| 5/30 | Mtg w/ client prep for hrg | 0.25 |
| 5/30 | hrg | 1 |

| | |
|---|---|
| Total Hours | 20 |
| Billing Rate | $200.00 |
| Total Amount | $4,000.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 4/6  | Drafted Entry of Appearance, Started Answer | 0.5 |
| 5/9  | TC w/client re: Appt before hrg; exhibit prep | 1.25 |
| 5/9  | TC w/ client re: earlier TC | 0.25 |
| 5/10 | TC & Msg to ▓▓▓ re: Hrg | 0.25 |
| 5/11 | Drafted letter to P. Aschenbrenner re Stip | 0.25 |

| | |
|---|---|
| Total Hours | 2.5 |
| Billing Rate | $90.00 |
| Total Amount | $225.00 |

| Date | Expense | Amount |
|---|---|---|
|  | Copies | $27.60 |

| | |
|---|---|
| Total Expenses | $27.60 |
| Total Amount Due | $4,252.60 |



## IRHA v Almquist  June 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 6/1 | draft tribal housing ordiance; tc ▮▮▮ re same | 2.25 |
| 6/1 | TC ▮▮▮ re ordinance; redraft; draft Second supplmental brief | 1.75 |
| 6/3 | Rec'd & review order cancelling hearing | 0.25 |
| 6/5 | short mtg w/ client re cancel hrg & reschedule & update | 0.25 |
| 6/5 | tc P. Aschenbrenner (msg) ; to ▮▮▮ re reschedule & witness ready | 0.25 |
| 6/6 | Rec'd & review memo from P. Aschenbrenner; draft reply | 3.5 |
| 6/14 | Prep for hrf | 0.5 |
| 6/14 | hrg | 1.5 |
| 6/14 | memo | 2.5 |
| 6/14 | cont. hrg (decision) | 0.5 |
| 6/19 | TC P. Aschenbrenner re status of case; | 0.25 |
| 6/27 | Rec'd & review motion for reconsideration | 0.25 |

| | | |
|---|---|---|
| Total Hours | | 13.75 |
| Billing Rate | | $200.00 |
| Total Amount | | $2,750.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 6/27 | Motion, memo, order to dismiss | 2 |

| | | |
|---|---|---|
| Total Hours | | 2 |
| Billing Rate | | $90.00 |
| Total Amount | | $180.00 |

| Date | Expense | Amount |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Total Expenses | | $0.00 |
| **Total Amount Due** | | **$2,930.00** |

EXHIBIT A
PAGE 6 OF 10

## IRHA v Almquist  June 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 7/6 | prep for scheduling hrg | 0.25 |
| 7/6 | scheduling hrg | 0.5 |

| | |
|---|---|
| Total Hours | 0.75 |
| Billing Rate | $200.00 |
| Total Amount | $150.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|

| | |
|---|---|
| Total Hours | 0 |
| Billing Rate | $90.00 |
| Total Amount | $0.00 |

| Date | Expense | Amount |
|---|---|---|

| | |
|---|---|
| Total Expenses | $0.00 |
| **Total Amount Due** | **$150.00** |

## IRHA v Almquist  August 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 8/2 | review & revise draft letter on maintenance issues | 0.25 |
| 8/25 | Op to motion to reconsider | 4.75 |

| | |
|---|---|
| Total Hours | 5 |
| Billing Rate | $200.00 |
| Total Amount | $1,000.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|

| | |
|---|---|
| Total Hours | 0 |
| Billing Rate | $90.00 |
| Total Amount | $0.00 |

| Date | Expense | Amount |
|---|---|---|

| | |
|---|---|
| Total Expenses | $0.00 |
| **Total Amount Due** | **$1,000.00** |

## IRHA v Almquist  September 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 9/20 | Rec'd & review order denying IRHA motion for reconsideration | 0.25 |
| 9/21 | Review & revise motion for att'y fees & draft final judgement | 0.75 |

| | |
|---|---|
| Total Hours | 1 |
| Billing Rate | $200.00 |
| Total Amount | $200.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 9/20 | Started Draft of Motion, Memo for Atty fee | 1 |
| 9/21 | Prepare Total's of atty fee and costs, Affidavit of A. W., Order Granting Attorney Fees, Revised Memo | 1 |

| | |
|---|---|
| Total Hours | 2 |
| Billing Rate | $90.00 |
| Total Amount | $180.00 |

| Date | Expense | Amount |
|---|---|---|

| | |
|---|---|
| Total Expenses | $0.00 |
| Total Amount Due | $380.00 |

EXHIBIT _A_
PAGE _9_ OF _10_