```
              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

INTERIOR REGIONAL HOUSING           )
AUTHORITY, a Public Corporation and )
Tribally Designated Housing Entity, )
                                    )
              Plaintiff,            )
                                    )
vs.                                 )
                                    )
BARBARA ALMQUIST, individually, THE )
VILLAGE OF DOT LAKE aka THE         )
NATIVE VILLAGE OF DOT LAKE,         )
WILLIAM J. MILLER, CHARLES P.       )
MILLER and JOHN DOES NO. 1 - 3, all in)
their official capacities.          )
                                    )
              Defendants.           )
                                    )
Case No. 4:06-CV-00018 RRB
```

VIDEOTAPED DEPOSITION OF WILLIAM J. MILLER
September 6, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:

    MR. PETER J. ASCHENBRENNER
    Peter J. Aschenbrenner Law Offices
    Attorneys at Law
    P.O. Box 73998
    Fairbanks, Alaska 99707
    (907) 456-3910

    FOR THE DEFENDANTS NATIVE VILLAGE OF DOT LAKE, WILLIAM MILLER, and CHARLES MILLER:

    MR. MARK ANDREWS
    Associate Counsel
    Tanana Chiefs Conference
    122 First Avenue, Suite 600
    Fairbanks, Alaska 99701
    (907) 452-8251

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
1    FOR THE DEFENDANT
     BARBARA ALMQUIST:
2                            MR. MICHAEL J. WALLERI
                             Attorney at Law
3                            330 Wendell Street
                               Suite E
4                            Fairbanks, Alaska 99701
                             (907) 452-4716
5    ALSO PRESENT:
                             MS. LAURA LANCASTER
6                            MR. CHARLES MILLER (Telephonic)

7                      * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   PURSUANT TO NOTICE, the Videotaped Deposition of
2   William J. Miller was taken on behalf of plaintiff before Marci
3   Lynch, Notary Public in and for the State of Alaska, and
4   Reporter for Liz D'Amour & Associates, Inc., at the offices of
5   Liz D'Amour & Associates, 330 Wendell Street, Fairbanks,
6   Alaska, on the 6th day of September, 2006, commencing at the
7   hour of 1:14 o'clock p.m.

### TABLE OF CONTENTS

Direct Examination by Mr. Aschenbrenner . . . . . . . . 5
Cross Examination by Mr. Walleri . . . . . . . . . . . 55

**EXHIBITS:**

| | | |
|---|---|---|
| # 1 | 8/31/06 Subpoena for Deposition | 5 |
| # 2 | Cover Letter with Survey, 7/22/94 | 22 |
| # 3 | Constitution dated 1/3/86 | 18 |
| # 4 | Resolution 2004-10-04-04 | 33 |
| # 5 | Letters from BIA to William Miller | 41 |
| # 6 | Fax transmittal of with Ordinance 06-01-01 | 52 |
| # 7 | Ordinance 06-01-01 | 42 |

* * * *

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1 referring to you as Robert Miller. That's a typo. I
2 apologize for that. And I see you have some documents
3 with you. If your counsel has no objection, could you
4 just go through the documents and tell us in a
5 narrative fashion, and you -- this is to be more
6 comfortable for you. If you just want to tell me what
7 you brought here today and I'll ask you some specific
8 questions then.
9         MR. ANDREWS: For the record, I have no
10 objection. Go ahead and describe what you've got.
11 A   Okay. I could if you just want to, go through the list
12    in order.
13 Q   Sure. Whichever way is more comfortable.
14 A   Okay. The -- the first one you had listed is, any
15    constitution of the Native Village of Dot Lake approved
16    by the Bureau of Indian Affairs pursuant to 25 USC 476a
17    and 473. We do not have any that was approved by the
18    Bureau of Indian Affairs. We did attempt at one time
19    to pass a -- and what's referred to as an IRA
20    constitution. I have a copy of that available if you
21    would like to see it and also the letters from the
22    Bureau of Indian Affairs Department of the Interior and
23    so forth, that the tribe rejected that proposed
24    constitution in 1995. Second one, if there is no
25    constitution for the Native Village of Dot Lake

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

|   |   |   |
|---|---|---|
| 1 |   | approved by the Bureau of Indian Affairs, any other |
| 2 |   | Native Village of Dot Lake governing documents under 25 |
| 3 |   | USC 476h.  I do not have -- did not have access to |
| 4 |   | that, but we do have constitutions, one that was passed |
| 5 |   | in 1970 and that was superseded by a constitution in |
| 6 |   | 1982 -- or, I'm sorry, 1986.  I have copies of both of |
| 7 |   | those available.  This is the 1970 constitution, which |
| 8 |   | was superseded by the 1986 constitution.  And to the |
| 9 |   | best of my knowledge, some of the Bureau of Indian |
| 10 |   | Affairs sections do have copies of this 1986 |
| 11 |   | constitution, which is the one that we presently |
| 12 |   | operate under. |
| 13 | Q | Great.  Thank you.  If you want to keep going. |
| 14 | A | The -- the third item is the record of the Native |
| 15 |   | Village of Dot Lake's last annual meeting prior to June |
| 16 |   | 1, 2006, proof of notice of said -- said meeting, any |
| 17 |   | agenda from said meeting, and any documents prepared |
| 18 |   | for or used during the meeting.  The only thing we |
| 19 |   | have, we did attempt in 2000 to have an annual meeting. |
| 20 |   | This is the -- a copy of the notice to the tribal |
| 21 |   | members of the meeting, a copy of the agenda.  I also |
| 22 |   | have the returned certified mailings that were not |
| 23 |   | picked up or returned to us.  I have copies of all the |
| 24 |   | cards of the individuals that did receive the notice |
| 25 |   | and signed the cards.  The day and time of the meeting, |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

```
 1      there was three individuals that showed up at the
 2      meeting, which was myself, Charles Miller, and elder,
 3      Gene Henry. And the only reason Gene Henry showed, he
 4      seen us at the hall and wanted to know what was going
 5      on. So therefore, the meeting was not conducted. This
 6      has been basically the -- the basis of any meetings
 7      that we tried to conduct. Item 4, the record of the
 8      tribal council of Dot Lake's -- Village of Dot Lake's
 9      meeting before June 1 -- on or before June 1, proof of
10      notice of said meeting, any agenda from said meeting,
11      any other documents prepared for use during the
12      meeting. We basically have very few, if any, formal
13      meetings. I have here a 30 July 2001 notice of meeting
14      for all residents of the Native Village of Dot Lake and
15      it was a meeting to discuss state revenue sharing,
16      capital project improvements, and so forth. And we
17      have a -- the meeting was conducted on September the
18      22nd, 2001, and there is a copy of those minutes.
19      Those are there for you. This is a -- not actually a
20      meeting, but it's a noti- -- or it's a notice of a
21      meeting, actually, to all the village residents and
22      this came about because of some individuals that
23      apparently had some problems and wanted to know what
24      was going on in the village and so forth. This letter
25      was sent to all the village residents and we set a
```

check any of them. And also, do you have any recommendations on who should replace individuals you recommend for re- -- removal, and then there was a comment section and then a place for name, signature, and date. And I have the ones that were answered, that were sent back to us. And the ones attached to these, the ones that did have questions, there was a letter answering their questions or answering their concerns. And we -- excuse me, again -- there was only one that, aft- -- after receiving our response, wrote back and basically, he had only been in the village for two weeks when he got the survey. He lived outside and he explained that he had been misled by a lot of rumors and so forth. And after seeing what was going on, he was satisfied with everything and that is also attached to this. I think that covers a couple of the other ones. And any cert- -- any certification or call for any Native Village of Dot Lake meetings or -- of the tribal council up to and prior to the signing of the ordinance, those are up to and prior. Any record which demonstrates a meeting of the council was held on an issue relating to Barbara Almquist and the AHFC tri- -- triplex up to and including June 1, 2006; there's no -- no written record of any meeting. Any record of meeting at which the ordinance was approved; there is

no written record of the meeting, but I do have a copy of the ordinance. Any record identifying Native Village of Dot Lake's last council of record on any matter, including -- including a fee agreement, which can be redacted; the only attorney that we had on record, our last counsel, was Michael Walleri. He represented myself in a -- a private -- or I guess it would be a civil case and also represented the tribe in a 14(c)(3) and that -- at that time he was working for Tanana Chiefs, so there was no fee. At the time he represented myself, he did receive a fee for that, but it was paid by the tribe because it dealt with my position on the counsel. Any records showing that someone other than - and I will correct this - William J. Miller or Charles P. Miller were members of the tribal council of the Native Village of Dot Lake or offices thereof as of June 2006. The only thing we have is basically this letter here, which lists the council members, which lists myself and Wayne Isaac, who has since been replaced because he now has a felony record and we cannot have any felons on the council. Charles Miller, Jacob Luke who is still a member of the council, and Doris Charles is now deceased. Wayne Isaac was replaced by Daniel Rice and that was basically an appointment. There's no written record of

```
 1    it and basically that's the way we do things at the
 2    tribal level.  There has been no replacement made for
 3    Doris Charles, the elder.  Any record which
 4    shows -- again, I will correct Robert to William J.
 5    Miller and Charles P. Miller were acting within the
 6    scope of their authority for the Native Village of Dot
 7    Lake in adopting Ordinance No. 06-01-01.  And for that,
 8    I would refer back to our 1986 constitution.  And the
 9    1986 constitution, Article V reads as follows:  To do
10    all things for the common good of the village and/or
11    the tribal members, which it has done or has had the
12    right to do in the past and which is not against
13    federal or state law as they may apply.  Then Section
14    II, to negotiate and/or contract with federal and/or
15    state government and their agencies on behalf of the
16    village and/or the tribal members to negotiate,
17    contract, and/or deal with agencies, persons, firms,
18    corporations, and/or municipalities on behalf of the
19    village and/or tribal members.  Section III, to provide
20    for the filling of vacancies on the village council
21    consistent with the co- -- with this constitution.
22    Item 4, to have the authority over and control of
23    village-owned and operated equipment, building,
24    systems, land, and/or services and to assure that they
25    are utilized for the good of the village and its
```

```
 1   residents.  Item 5, to control and administer funds
 2   received from any equipment, building, systems, land,
 3   and/or services and to ensure that they are utilized
 4   for the good of the village and its residents.  Section
 5   VI, the council may exercise such other powers not
 6   denied by federal law.  And in reference to land, the
 7   definition of territory includes Section 14(c)(2),
 8   lands of ANSCA and also other ANSCA lands transferred
 9   to village council and owned -- owned or in fee simple
10   or conveyed to us.  And they're listed in the
11   definition of territory of the constitution.  And
12   that's basically where we feel our authority comes to
13   execute the ordinance, because the ordinance was
14   executed basically for the good of the residents of the
15   village.  Any record of any conversation, including
16   faxes, letters, e-mails, et cetera, between -- again, I
17   correct Robert to William J. Miller and Charles P.
18   Miller and attorney Michael J. Walleri regarding the
19   Barbara Almquist, the triplex, or NAHASDA.  I have no
20   written records, other than the copy of the faxed
21   ordinance.  And I had discussed with Mike or talked
22   with Mike during the case, because it was involving the
23   triplex there in the village and was of our concern
24   based on the fact that the triplex is one of the only
25   places for people to live in the village.  And there's
```