```
 1        two vacant units in that triplex.  We have lost
 2        employees or people that could not go to work because
 3        they had no place to stay and we were concerned that
 4        that triplex continue to operate.  And with those
 5        documents, I.....
 6   Q    Okay.  Thank you.
 7             MR. ANDREWS:  If I.....
 8             MR. ASCHENBRENNER:  Go ahead, Mr. Andrews.
 9             MR. ANDREWS:  Okay.  Regarding the last annual
10   meeting, recall for the last annual meeting, do you have the
11   green return receipts for that?
12   A    Yes.
13             MR. ANDREWS:  Okay.
14   A    There -- right there.
15             MR. ANDREWS:  Thank you.  That's all I have; we
16   just made this point.  Mr. Miller on the phone, have you been
17   able to hear?
18             MR. C. MILLER:  Yes.
19             MR. ANDREWS:  Okay.  Great.  Thank you.  That's
20   all I have.
21             MR. ASCHENBRENNER:  Sure.  Thank you.  Okay.
22   Mr. Miller and Mr. Andrews, I don't need to have all of these
23   marked, but I would like a couple of them marked and it would
24   probably be easiest if -- I'm trying to think of the easiest
25   way to do this.
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

1  A    No, sir. There's a difference. The tribe is the
2       Native Village of Dot Lake. The Dot Lake Village
3       Council is the governing body for the Native Village of
4       Dot Lake.
5  Q    Thank you. Okay. Now, let's go down under Article
6       III. This provides generally for a tribal membership
7       roll and it says -- under Section II(b), it says, the
8       tribal membership roll shall be updated and certified
9       at least once a year.
10 A    You're in Section.....
11 Q    Yeah. I'm right down at the.....
12 A    Oh.
13 Q    .....bottom of the page.
14 A    Section II?
15 Q    II(b).
16 A    Yes, sir. We maintain an ongoing update as -- as
17      individual families notify us, we have our own council
18      roll or village tribal membership rolls. There's also
19      rolls maintained at Tanana Chiefs Conference. So as
20      people notify us of new children being born, we add
21      those individuals and assign them tribal membership
22      numbers and we notify Tanana Chiefs Conference. There
23      are times when people will notify Tanana Chiefs
24      Conference - I'll refer to as TCC in the future - and
25      they in turn will notify us with the documentation and

```
 1        we will then assign a tribal membership number to them.
 2   Q    So you could actually produce a tribal membership roll
 3        if you had to?
 4   A    Not right here, but we do have it in the office.
 5   Q    Okay.  Fine.  And that through -- as you described,
 6        through coordination with TCC, TCC would have a copy as
 7        well?
 8   A    Yes, sir.  Now, there is a difference in the two
 9        rolls -- two membership rolls based on race.  The TCC
10        rolls are strictly the Alaskan Native tribal members.
11        The membership roll that we maintain also has the
12        spouses, which at times, are non-Native or -- and there
13        is no case right now, of other non-Natives that are
14        adopted that are not spouses of a tribal member.
15   Q    But the -- are you saying that the non-Natives would
16        also have the right to vote in this organiza-.....
17   A    Yes, sir.
18   Q    Okay.  Let's move forward.  If you don't mind flipping
19        the page, we're going to go to Article IV.  And I'm
20        going to summarize for you, sir.  It looks to me like
21        Article IV, Section I calls for a council to be
22        composed of five persons.
23   A    Yes, sir.
24   Q    Okay.  And then in the second sentence, again, of
25        Section I, it says elections will be conducted at the
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1            annual village meeting as required to fill vacancies.
 2      A     Yes, sir.
 3      Q     Okay.  And I believe you actually were referring to
 4            this earlier, but I was trying to -- let me ask the
 5            question this way.  When is the last time that there
 6            was an annual village meeting at which -- filled
 7            vacancies on the council?
 8      A     Actually, I don't even recall when there was.  I was
 9            put on the council roughly in 1984 or '85.  I've been
10            on there since -- 1986, we had a meeting, which was
11            basically just to adopt the -- the new constitution and
12            other than that, the attempt was made as reflected in
13            that stack of papers there to have a meeting and no one
14            showed up.  And there's other meeting notices there
15            that you can see we ended up sending letters to -- to
16            residents and to people because they do not come to
17            meetings.
18      Q     Well, what I'm actually going to do now, Mr. Miller, if
19            you don't mind is.....
20            MR. ASCHENBRENNER:  And now it's time for depo
21   exhibit number 2.
22                      (Deposition Exhibit 2 marked)
23      Q     And I'm going to say something to you and I hope this
24            is correct and you'll check your records.  There was an
25            exhibit that you had that we copied from and we copied
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | | the first page, and then we copied one of what I think |
| 2 | | you would call the survey pages? |
| 3 | A | Yes. |
| 4 | Q | Okay. And I know there are other pages and may need to |
| 5 | | refer to them, but could you just confirm that |
| 6 | | deposition exhibit 3 is a copy of the first page in one |
| 7 | | of the survey pages? |
| 8 | | MR. WALLERI: I think that's depo 2. |
| 9 | | MR. ASCHENBRENNER: 2, thank you. |
| 10 | A | Yes, sir. |
| 11 | Q | Okay. Now, what I'm going to do is ask you some |
| 12 | | questions and let's go through this list. Based upon |
| 13 | | the information here at the front page of depo 2, the |
| 14 | | date 22 July 1994, would you agree that that was the |
| 15 | | then current names of the people who were on the tribal |
| 16 | | council as of 1994? |
| 17 | A | Yes, sir. |
| 18 | Q | Okay. And I think you just answered the question. |
| 19 | | I'll just restate it to see if we've got it right. |
| 20 | | You've actually -- you, William Miller, have not |
| 21 | | actually been elected by an annual village meeting |
| 22 | | since 1986? |
| 23 | A | No, sir. |
| 24 | Q | Okay. So you were on the council before? |
| 25 | A | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q | Okay. Now, let's go down and -- Mr. Wayne Isaac, I |
| 2 | | think -- again, I'm going to put words in your mouth. |
| 3 | | I think you told me that he has been replaced. |
| 4 | A | Yes, he was removed -- removed from the council. |
| 5 | Q | Right. But has he been replaced..... |
| 6 | A | Yes, sir. |
| 7 | Q | .....at an annual village meeting? |
| 8 | A | No. |
| 9 | Q | Okay. |
| 10 | A | He was appointed by the cou- -- by the -- other council |
| 11 | | members. |
| 12 | Q | Okay. Well, actually, I..... |
| 13 | A | Or the replacement was. |
| 14 | Q | Right. And you gave me the name and I made a note, but |
| 15 | | maybe you can remember that for me right now and that |
| 16 | | will just speed things along. |
| 17 | A | Daniel Rice. |
| 18 | Q | Daniel Rice. Okay. And so Mr. Rice was appointed by |
| 19 | | the other council members? |
| 20 | A | Yes, sir. |
| 21 | Q | Okay. And he wasn't -- Mr. Rice wasn't elected at an |
| 22 | | annual village meeting? |
| 23 | A | No, sir. |
| 24 | Q | Okay. Let's go on now to Charles Miller. It's a |
| 25 | | gentleman, who is I think everyone -- shall we all call |

```
 1            him Chuck or is that too familiar?  I don't want to
 2            call him Charles if he doesn't like that name.
 3                    MR. ASCHENBRENNER:  Mr. Miller, how do you
 4            prefer to be called?
 5                    MR. C. MILLER:  Chuck would be fine.
 6                    MR. ASCHENBRENNER:  Okay.
 7     Q      So now let -- answer these -- that question for Chuck
 8            Miller.
 9                    MR. C. MILLER:  Okay.  What was that question
10            again?
11                    MR. ASCHENBRENNER:  Oh, sorry, Mr. Miller.
12     A      No, no.
13                    MR. ASCHENBRENNER:  We're -- I'm asking
14            Mr. William Miller.  I just wanted to -- I didn't want to call
15            you by your -- by the wrong name, but we're not asking you
16            anymore questions, sir.  Thank you.
17     A      No.  He has been on the council since that time and
18            there has been no annual meetings.
19     Q      Okay.  So Mr. Chuck Miller was on the tribal council
20            before '86 as well.....
21     A      Yes, sir.
22     Q      .....just as you were?  Okay.  That's fine.  Now,
23            Mr. Jacob Luke.....
24     A      Was also on the council.
25     Q      Okay.  And Mr. Luke was on the council before '86 and
```

| | | |
|---|---|---|
| 1 | | has continued on the council? |
| 2 | A | Yes, sir. |
| 3 | Q | Okay. And Doris Charles. I think you had..... |
| 4 | A | She was on the council, but she is now deceased. |
| 5 | Q | Okay. And she hasn't been replaced? |
| 6 | A | No, sir. |
| 7 | Q | Okay. Now, is there a provision in Article IV of the |
| 8 | | constitution that states what the quorum requirement is |
| 9 | | for the council? |
| 10 | A | No, sir. |
| 11 | Q | Okay. And what is your understanding of what -- how |
| 12 | | many people on the council can take action? |
| 13 | A | Basically, we have gone on the auspices that as long as |
| 14 | | it's not one individual, as long as we have two members |
| 15 | | there that can act on something, they act on it. And |
| 16 | | if I can expand a little bit on that. |
| 17 | Q | Please. |
| 18 | A | One of the main reasons is, it's hard to get more than |
| 19 | | two people together. Charles and I both live in the |
| 20 | | village. Jacob, right now, I don't know exactly where |
| 21 | | he is. He resides sometimes at Healy Lake; he's in |
| 22 | | Fairbanks sometimes; he's in North Pole sometimes. And |
| 23 | | I have no -- I don't even have a contact for him right |
| 24 | | now. Daniel Rice relocated from Dot Lake to Tanacross, |
| 25 | | and he is working either at Pogo or up north, I'm not |

| | | |
|---|---|---|
| 1 | | sure, but he has a job now and he's something like a |
| 2 | | couple weeks on and a couple weeks off.  So when action |
| 3 | | is required, the only two council members available |
| 4 | | take action. |
| 5 | Q | Okay.  And is there any record of a tribal council |
| 6 | | meeting later than March 5th, 1996? |
| 7 | A | Probably not a written record, no. |
| 8 | Q | Okay.  Fine.  And can you tell me how many members |
| 9 | | there are on that tribal membership roll that you |
| 10 | | maintain? |
| 11 | A | We attempted to have an annu- -- have a meeting the |
| 12 | | end -- the end of last month, and there was 71 |
| 13 | | certified letters sent out and that was adult -- that |
| 14 | | would have been adult Native tribal members that the |
| 15 | | certified letters were sent out to.  They're not sent |
| 16 | | out to the children, but there was 71 at that time. |
| 17 | Q | Okay.  And do you know the last time there was a tribal |
| 18 | | meeting, how many people were there? |
| 19 | | MR. ANDREWS:  Could you clarify tribal meeting, |
| 20 | | please?  What do you mean? |
| 21 | Q | Yeah, this isn't a council meeting.  I want to make it |
| 22 | | clear, we're back to the..... |
| 23 | A | Yeah. |
| 24 | Q | .....membership of the tribe.  And I think actually you |
| 25 | | had -- you were -- you may not have specifically |

29

```
 1  A        These are the return -- right.
 2  Q        .....tribal annual meeting?
 3  A        These are the 2000 meeting that we tried to do.
 4           COURT REPORTER:  Could we go off record for
 5  just a moment?
 6           MR. ASCHENBRENNER:  Sure.  You got a.....
 7           COURT REPORTER:  I have a tape problem.
 8           MR. ASCHENBRENNER:  Okay.
 9           COURT REPORTER:  We're off record.  Time on the
10  camera is 1:58:13.
11                   (Off record)
12                   (On record)
13           COURT REPORTER:  We're back on record at
14  1:58:28.
15  A        Okay.  I have a total of 45 certified notices that went
16           out at that time.  So that would have been the Native
17           adult tribal members roughly in the neighborhood of 45
18           in the year 2000.
19  Q        Okay.  Is that 45 people signed the green cards or
20           there was a mailing of 45?
21  A        No.  The -- I have 45 returned envelopes and green
22           cards.
23  Q        I see.  So that's the total mailing?
24  A        Right.
25  Q        Okay.  But you think the number today would be
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678