```
 1         somewhere up around 71?
 2    A    Yes, that's how many certified notices were sent out
 3         for a September -- or an August meeting that we
 4         attempted to have.
 5    Q    Okay. And how did that go?
 6    A    We didn't have it. It was cancelled because they felt
 7         at the village level, my wife was in the hospital and I
 8         was in Fairbanks, so they cancelled the meeting and
 9         they're rescheduling it, right now, tentatively for
10         October, hopefully before -- we may try to have one
11         before the end of the month, but if we can notify
12         people.
13    Q    Now, let's go -- we're back into -- we just have a few
14         more questions to finish with this constitution. We're
15         back into page 2 of depo exhibit 3, Article IV, the
16         council. And if you look at Article IV, Section II
17         says, the term of office is three years.
18    A    Yes, sir.
19    Q    Okay. And what happens after the term of office runs
20         out?
21    A    It also says to the closest annual meeting and we
22         haven't had an annual meeting, so therefore, there's
23         been no other elections.
24    Q    Okay. Now, if you'd go down to Article V, Section III,
25         and it says that -- just, again, paraphrasing, one of
```

|   |   |   |
|---|---|---|
| 1 |   | the powers of the village council is to provide for |
| 2 |   | filling of vacancies consistent with this constitution? |
| 3 | A | Yes, sir. |
| 4 | Q | Okay. And is there -- is there any kind of limitation |
| 5 |   | on how long the replacement council member would serve? |
| 6 | A | Basically, he would serve until the next election or |
| 7 |   | his resignation. |
| 8 | Q | Okay. |
| 9 | A | Or if he's removed for cause. |
| 10 | Q | Okay. Fine. And now let's flip all the way over to |
| 11 |   | the page 3 of depo exhibit 3. We're actually looking |
| 12 |   | at the last page. Do you -- looking down at the bottom |
| 13 |   | there, it's a certification of adoption. You're |
| 14 |   | actually one of the people who signed as president? |
| 15 | A | Yes, sir. |
| 16 | Q | Okay. And was there actually an election that was |
| 17 |   | held? |
| 18 | A | Yes, sir. |
| 19 | Q | Okay. And this certification actually reflects that, |
| 20 |   | doesn't it? |
| 21 | A | Yes, sir. |
| 22 | Q | Okay. And it says here, it's adopted by a vote of 16 |
| 23 |   | for and zero against? |
| 24 | A | Yes, sir. |
| 25 | Q | Okay. And was that the -- was that 30 percent of the |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

SEP-27-2006 16:36                96%            TOTAL P.16
                                                P.16

32

1  voting members who were present?
2  A  Well, I would assume that it was at least 30
3  percent -- or not -- at least 30 percent of the members
4  that were present, because it was 16 to zero, but I
5  only knew of 16 members present if that's what.....
6  Q  Oh, okay.
7  A  .....it came out.
8  Q  Okay. I understand. And what would the tribal
9  membership have been in 1986? Do you have any idea?
10 A  I have no idea. It would have probably been less than
11 the 2,045 members, but you also have to consider that
12 at -- at this time, some of these members also were
13 non-Native spouses, so.....
14 Q  But they would be able to vote.....
15 A  Yes, sir.
16 Q  .....to pass the constitution?
17 A  Yes, sir.
18 Q  Okay. Thank you. Now, let's turn back to -- actually
19 let's go ahead and look at the.....
20 A  I'd like to correct something. I believe that they
21 were going back to '86. That's 20 years ago and I'm
22 not -- I would not swear to it, but I know that there
23 were at least 30 percent of the members present,
24 because 16 is a high number to take when you only had
25 45 in 2000. And originally, there was only 40 -- I

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | Okay. Are you familiar with this resolution? |
| 3 | A | Yes, sir. |
| 4 | Q | Okay. And it's -- the number is resolution |
| 5 | | 2004-10-04-04? |
| 6 | A | Yes, sir. |
| 7 | Q | Okay. And do you know if there was, in fact, a tribal |
| 8 | | council meeting that approved this resolution? |
| 9 | A | This, again, was done by two individuals that were |
| 10 | | present at the time..... |
| 11 | Q | Okay. And you..... |
| 12 | A | .....which are the two that signed the resolution. |
| 13 | Q | Okay. And you believe that they had the power to adopt |
| 14 | | this resolution? |
| 15 | A | Yes, sir. |
| 16 | Q | Okay. And is there anything in the ord that you can |
| 17 | | point to in the 1986 constitution that gives to council |
| 18 | | members, the authority to act for the tribal council? |
| 19 | A | Basically, there's nothing that prohibits it from |
| 20 | | acting. |
| 21 | Q | I understand that. It's..... |
| 22 | A | And therefore, by not prohibiting it, it would allow |
| 23 | | it. |
| 24 | Q | Okay. Thank you. And as far as you're concerned, is |
| 25 | | this resolution still in effect? |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1   A     Yes, sir. There's been some questions on it and some
2         negotiations and some discussions on it. If I can
3         elaborate?
4   Q     Please do.
5   A     We did purchase the one unit; the $19,500 we purchased
6         that unit. The triplex, the discussions at that time
7         was the insurability of it within -- within reason to
8         us, the operation and maintenance cost of it, which IRA
9         provided me with some figures on what they had expended
10        on maintenance, what they had expended on utilities.
11        And by going over those figures and by going over the
12        cost of insurance, the -- it became or would have been
13        cost prohibited for us to take the unit -- take the
14        triplex over and operate it.
15  Q     Okay. And -- but as far as you know -- first place, I
16        just want to clarify something, because I think it's
17        obvious from this resolution, perhaps not. The $19,500
18        purchase price that is paid is for the one house?
19  A     Yes.
20  Q     Okay.
21  A     That's a separate unit. Also there was a resolve in
22        there that the foundations of the six units that are
23        located in the village, which were built under the,
24        what was referred to as the Tok Scatter Project be
25        replaced prior to conveyance. They have not been

1           replaced either.
2    Q      Okay.  But those six units have nothing to do with
3           anything that we've been talking about in.....
4    A      Well, they do as far as the resolution here goes.
5    Q      Oh, yes.  Okay.  I'm sorry.
6    A      They are six.....
7                MR. ANDREWS:  Objection.  I didn't understand
8    the question.  Nothing to do with anything we've been talking
9    about.  We've been talking about a lot.  I mean, what do you
10   mean?
11               MR. ASCHENBRENNER:  Okay.
12   Q      Well, we are -- when this sentence here says, resolved
13          the foundations in the six units be replaced prior to
14          the conveyance, are any of those six units the triplex?
15   A      No.
16   Q      Okay.  Fine.  Thanks.  Okay.  Now, earlier in -- you
17          had stated that the -- well, you explain it to me
18          again.  What was the last interaction between the
19          tribal council or the Native Village itself and the
20          BIA?
21               MR. ANDREWS:  Interaction?
22   A      In what regards?
23   Q      I believe at one point there was a constitution.
24               MR. WALLERI:  Excuse me, I think there's an
25   objection.  Can we deal with that first?

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

```
 1              MR. ANDREWS:  Well, it was a clarity to the
 2   question.  I mean, it.....
 3              MR. ASCHENBRENNER:  I'm going to rephrase the
 4   question.
 5              MR. ANDREWS:  Interaction is anything from
 6   hello on the street to, you know, a subpoena.
 7              MR. ASCHENBRENNER:  Okay.  Thank you.
 8   Q    Earlier when you were explaining the documents,
 9        Mr. Miller, didn't you say that the BIA had proposed a
10        constitution and the -- either the tribal members or
11        the tribal council had rejected it?
12   A    No.  I said that we developed an IRA constitution.  We
13        worked on it for seven years.  In order to be accepted,
14        that constitution has to go through the Bureau of
15        Indian Affairs, the secretary of the interior.  It took
16        seven years to get it through.  It also has to be
17        approved by a majority of the tribal members.  At the
18        time of the -- to approve that, they rejected it.
19   Q    Thank you.  Okay.  And you.....
20   A    So there.....
21   Q    Go ahead.
22   A    Therefore, that constitution is invalid.
23   Q    Okay.  And do you remember when that was?
24   A    If I can find a copy of the -- of the constitution.  I
25        think you gave it back to me.
```

1 Q   Okay. Do you know of any document from the BIA that
2     reflects its recognition that the 1986 constitution is
3     your governing document?
4 A   No. I know of none. I know of no requirement for any.
5 Q   Okay. Thank you. And what's going to happen, sir, is
6     you're going to have to -- we're going to -- you're
7     going to give back all the exhibits with the stickies,
8     so if you don't mind, I'm going to take that from you
9     right now and just -- okay. Here we go. Thank you.
10                 (Deposition Exhibit 7 marked)
11 Q   Now, let's go ahead and take a look at exhibit 7.
12         MR. ANDREWS: Again, for clarification, the
13 last one I have is 5. Is -- if there's a 6, that's fine.
14         MR. ASCHENBRENNER: That's correct. 6 is over
15 here.
16         MR. ANDREWS: Okay. So we're going to 7 right
17 now?
18         MR. ASCHENBRENNER: Yes.
19         MR. ANDREWS: Okay.
20         MR. ASCHENBRENNER: We'll.....
21 Q   And again, the doc att stamp in the lower right-hand
22     corner is what our office put on it before it became
23     part of the documents attachment in this case. Okay.
24     Mr. Miller, do you recognize exhibit 7?
25 A   Yes, sir.

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | Q | Okay. All four pages? I'm sorry. Is it -- it's three |
| 2 | | pages, isn't it? |
| 3 | A | Three pages. |
| 4 | Q | It is three, isn't it? |
| 5 | A | Yes, sir. |
| 6 | Q | Okay. Turn to the very last part of this. So it's the |
| 7 | | last part of the document. It's -- where it says |
| 8 | | certification. |
| 9 | A | Yes, sir. |
| 10 | Q | And it basically says, we, the undersigned officers of |
| 11 | | the Native Village of Dot Lake, hereby state and |
| 12 | | certify that on the 1st day of June, 2006, the Native |
| 13 | | Village of Dot Lake tribal council met with a duly |
| 14 | | constituted quorum and approved, by majority vote, the |
| 15 | | above resolution. Is that what it says? |
| 16 | A | Yes, sir. |
| 17 | Q | Okay. How many people actually approved this? |
| 18 | A | Two. |
| 19 | Q | Okay. And the signatures there are..... |
| 20 | A | Myself as president and Charles P. Miller as secretary. |
| 21 | Q | Okay. And that's the Chuck Miller who is on the phone |
| 22 | | with us now? |
| 23 | A | Yes, sir. |
| 24 | Q | Okay. Now, is there any quorum requirement for the |
| 25 | | tribal council? |

1  MR. WALLERI: Objection; asked and answered.
2  Go ahead and answer.
3  MR. ANDREWS: Yeah. Same objection.
4  MR. ASCHENBRENNER: Okay. Thank you. Withdraw
5  the question.
6  Q   And is there any affirmative action requirement that
7  states of a quorum, how many tribal council members
8  have to vote for there to be a majority vote?
9  A   Affirmative.....
10  MR. ANDREWS: If you want to refer to the
11  constitution, go ahead.
12  MR. WALLERI: Yeah.
13  A   Affirmative action. There -- there's nothing in the
14  cons-.....
15  MR. WALLERI: Hold on for a second. I'm going
16  to object to that relative to asked and answered. Go ahead and
17  answer.
18  A   There's nothing in the constitution that that
19  establishes a quorum for anything other than adopting
20  the -- the constitution or amending the constitution.
21  There's no other quorum requirements that I'm aware of
22  the way I read the constitution.
23  Q   Okay. Thank you. Now, moving forward, I'll give you a
24  definition and if you -- we'll hear what counsel have
25  to say, see if you find this definition useful or

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678