```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3
   INTERIOR REGIONAL HOUSING              )
 4 AUTHORITY, a Public Corporation and    )
   Tribally Designated Housing Entity,    )
 5                                        )
                   Plaintiff,             )
 6                                        )
   vs.                                    )
 7                                        )
                                          )
   BARBARA ALMQUIST, individually, THE    )
 8 VILLAGE OF DOT LAKE aka THE            )
   NATIVE VILLAGE OF DOT LAKE,            )
 9 WILLIAM J. MILLER, CHARLES P.          )
   MILLER and JOHN DOES NO. 1 - 3, all in )
10 their official capacities.             )
                                          )
11                 Defendants.            )
                                          )
12 Case No.  4:06-CV-00018 RRB
13         TELEPHONIC DEPOSITION OF CHARLES P. MILLER
                     September 6, 2006
14
   APPEARANCES:
15
           FOR THE PLAINTIFFS:      MR. PETER J. ASCHENBRENNER
16                                  Peter J. Aschenbrenner Law
                                       Offices
17                                  Attorneys at Law
                                    P.O. Box 73998
18                                  Fairbanks, Alaska 99707
                                    (907) 456-3910
19
           FOR THE DEFENDANTS
20         NATIVE VILLAGE OF DOT
           LAKE, WILLIAM MILLER,
21         and CHARLES MILLER:      MR. MARK ANDREWS
                                    Associate Counsel
22                                  Tanana Chiefs Conference
                                    122 First Avenue, Suite 600
23                                  Fairbanks, Alaska 99701
                                    (907) 452-8251
24
25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

```
 1     FOR THE DEFENDANT
       BARBARA ALMQUIST:        MR. MICHAEL J. WALLERI
 2                              Attorney at Law
                                330 Wendell Street
 3                                Suite E
                                Fairbanks, Alaska 99701
 4                              (907) 452-4716

 5     ALSO PRESENT:            MS. LAURA LANCASTER
                                MR. WILLIAM MILLER
 6
                            * * * *
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            PURSUANT TO NOTICE, the Telephonic Deposition of
 2   Charles P. Miller was taken on behalf of plaintiff before Marci
 3   Lynch, Notary Public in and for the State of Alaska, and
 4   Reporter for Liz D'Amour & Associates, Inc., at the offices of
 5   Liz D'Amour & Associates, 330 Wendell Street, Fairbanks,
 6   Alaska, on the 6th day of September, 2006, commencing at the
 7   hour of 2:45 o'clock p.m.
 8                         TABLE OF CONTENTS
 9        Direct Examination by Mr. Aschenbrenner . . . . . . . 5
10   EXHIBITS:
11        (No exhibits marked during this deposition)
12                              * * * *
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

```
 1        Miller gave that, you know, triggered in your mind a
 2        thought, gee, I need to add to that, subtract from
 3        that, I wouldn't have answered the question that way?
 4   A    No, not that I can think of, no.
 5   Q    Okay.  Let me just ask now a few general questions and
 6        a few specific questions, then I'll be done.  Do you
 7        agree with Mister -- with your father, Bill, that there
 8        hasn't been a tribal village meeting since 1986?
 9   A    Yeah.  I mean, not by us not trying.  It's just never
10        come together.
11   Q    No, I understand.  And the last one in the year 2000
12        Bill Miller described, you were there, he was there,
13        and Gene Henry was there.  Is that correct?
14   A    Yes.
15   Q    Okay.  And do you have some familiarity with the update
16        and creation of this membership role?
17   A    You mean the ongoing role that we have?
18   Q    Yes.
19   A    Yes.
20   Q    Okay.  Is that something that you work on or look at or
21        invol-.....
22   A    Oh, I periodically look at it.
23   Q    Okay.
24   A    I'm usually not the one that adds the names to it.
25   Q    Okay.  And can you go back to the year 2000 and just
```

```
 1            give me a guesstimate if you want -- or you could adopt
 2            Mr. Miller's answer, of how many people were
 3            enrolled -- adults were enrolled as of the year 2000?
 4                 MR. ANDREWS:  If you know.
 5   A        To be honest, I have no idea.
 6   Q        Okay.  Fine.  Thank you.  Now, let's move forward.  Do
 7            you remember whether there was another version of
 8            Ordinance -- this is exhibit 7, Ordinance 060101, that
 9            was faxed down before the one was faxed on the
10            afternoon of June the 1st?
11                 MR. ANDREWS:  Please just describe the
12   ordinance.  Is this the housing ordinance?
13                 MR. ASCHENBRENNER:  This is the housing
14   ordinance.
15   A        No, I'm -- I'm not -- I might have discussed it or, you
16            know, we went over it, but I don't know -- I guess I
17            don't know what day it was or.....
18   Q        Okay.  Well, let me ask this more -- try to get at this
19            again and I'd asked your father some questions here.
20            This ordinance appears to have been -- if Mr. Walleri's
21            stamp is correct, appears to have been faxed down from
22            Mr. Walleri at 1:10 in the afternoon on June 1st.  Just
23            assume that that's what it says on the -- because you
24            don't have the exhibit in front of you, sir.
25   A        Yes.
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

1  Q   Okay. Now, what I'm interested in is before 1/10. In
2      other words, on the morning of June 1st, May 31st, some
3      previous day, there was another version of this
4      ordinance that had been faxed down.
5  A   It could have been. I'm not -- you know, I'm not
6      sure -- I don't -- we only went over one ordinance.
7  Q   Well, that's fine. And when this was faxed down, do
8      you remember discussing it with your father, Bill
9      Miller?
10 A   Yes, I do.
11 Q   Do you remember about how long that took?
12 A   Probably five, ten minutes.
13 Q   Okay. Fine. And then do you remember whether you or
14     your father or Mr. Charles faxed it back?
15 A   I don't know who faxed it back.
16 Q   Okay. If we have a fax cover sheet from a gentleman
17     named Ted Charles, does that -- would that sound
18     correct?
19 A   Yes.
20 Q   Okay.
21 A   He's from the office, too.
22 Q   Okay. He works in the office. Okay. Now, do you know
23     if there's some problem with the time stamp on the
24     office fax machine at Dot Lake?
25 A   They don't let me touch that thing.

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

| | | |
|---|---|---|
| 1 | Q | Okay. That's fine. And do you know how you would |
| 2 | | check to see whether or not that stamp is correct? |
| 3 | A | I have no idea. |
| 4 | Q | Okay. Fine. Thank you. But other than that -- I'm |
| 5 | | sorry. I do want to go back over this. I know you, in |
| 6 | | general, said that you don't disagree with anything |
| 7 | | that your father said, but specifically about the |
| 8 | | membership of the counsel, if I could sum up what |
| 9 | | your -- what I thought your father said, and I'll ask |
| 10 | | you to agree or disagree with it and see what the |
| 11 | | attorneys have to say is, that you and your father have |
| 12 | | authority to act for the council as two members of the |
| 13 | | council who were there before 1986 and have been there |
| 14 | | since 1986. Is that correct? |
| 15 | A | (No audible response) |
| 16 | Q | Mr. Miller, are you still there? |
| 17 | A | Yes. Oh, yes. I -- yes, that's my assumption. |
| 18 | Q | Okay. Is that you have authority to act for the..... |
| 19 | A | Council. |
| 20 | Q | .....council. Okay. And it would be a good thing if |
| 21 | | you could get the other three people to join with you |
| 22 | | or to replace -- I believe there's Mrs. Charles who |
| 23 | | passed away? |
| 24 | A | Yes. Yes, it would, but sometimes things happen and |
| 25 | | you need -- you know, need to get things done in a |

```
 1            hurry and you can only find two people.
 2     Q      Okay.  Fine.  And do you know of any other ordinances
 3            that have been passed by the tribal council other than
 4            this housing ordinance?
 5     A      No.  I'm not.....
 6     Q      Okay.  And do you know who was supposed to benefit from
 7            the adoption of this ordinance?
 8     A      Pardon?  What was that again?
 9     Q      Okay.  Who was supposed to benefit from the adoption of
10            this ordinance?
11     A      Whoever wanted to live in the triplex.  It was
12            basically trying to keep the triplex open for -- for
13            people here in the community.
14     Q      Okay.  Fine.
15            MR. ANDREWS:  Pete -- Peter,
16  you're -- Mr. Aschenbrenner, you're entitled to ask whatever
17  you want, but we're are starting out a second deposition.  I
18  mean, do you want to go over the entire deposition again?
19            MR. ASCHENBRENNER:  Well, there are a few
20  questions that I wanted to ask.  I.....
21            MR. ANDREWS:  It's up to you.  I'm here.
22            MR. ASCHENBRENNER:  I still think I'm not.....
23     Q      Mr. Chuck, I want to go through just the very last part
24            of the ordinance.  I don't know if you have that in
25            front of you?
```

| | | |
|---|---|---|
| 1 | A | Uh-huh. No, I don't. |
| 2 | Q | Okay. And you are secretary. Am I correct? |
| 3 | A | Yes. |
| 4 | Q | And for the last 20 years, you've been secretary. Is |
| 5 | | that correct? |
| 6 | A | Pretty much, yeah. |
| 7 | Q | Okay. And it says here, we the undersigned officers of |
| 8 | | the Native Village of Dot Lake, hereby state and |
| 9 | | certify that on the 1st day of June, 2006, the Native |
| 10 | | Village of Dot Lake Tribal Council met with a duly |
| 11 | | constituted quorum and approved, by majority vote, the |
| 12 | | above resolution. Does that sound familiar? |
| 13 | A | Yes. |
| 14 | Q | Okay. Well, do you know if there was a duly |
| 15 | | constituted quorum there? |
| 16 | A | Yeah. It's -- which meeting was this? |
| 17 | Q | This is the meeting in the afternoon of June 1st, where |
| 18 | | you and your father approved the ordinance, according |
| 19 | | to his testimony. |
| 20 | A | Oh, well, there was -- my father and I was there. |
| 21 | Q | Okay. Fine. What would happen if you and your father |
| 22 | | disagreed about something? |
| 23 | A | Well, it wouldn't get passed then. |
| 24 | Q | Okay. Fine. |
| 25 | | MR. ASCHENBRENNER: Okay. Thanks very much. I |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1  have nothing further.
 2  A       I'm free now?
 3                  MR. ASCHENBRENNER:  Well, it.....
 4                  MR. WALLERI:  I have no questions.
 5                  MR. ANDREWS:  Okay.  And, Mark Andrews, I have
 6  no questions.
 7                          (Off record)
 8                          (On record)
 9                  DIRECT EXAMINATION CONTINUED
10  BY MR. ASCHENBRENNER:
11  Q       Okay.  Mr. Miller, you were -- Chuck Miller, you were
12          listening to all of your father's answers to my
13          questions, right?
14  A       Yes.
15  Q       And you didn't hear anything.....
16  A       That I disagreed with?
17  Q       .....that you.....
18  A       No, I didn't.
19  Q       Okay.  So, in essence, you would adopt and support your
20          father's answers?
21  A       Yes, sir.
22  Q       Okay.  Fine.  And did you receive a copy of the
23          subpoena that I sent?
24  A       Yes, I did.
25  Q       And are there any documents that you know of, other
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

```
 1                    C E R T I F I C A T E
 2    UNITED STATES OF AMERICA    )
                                  ) ss.
 3    STATE OF ALASKA             )

 4          I, Marci Lynch, Notary Public in and for the State of
      Alaska, residing at Fairbanks, Alaska, do hereby certify:
 5
            That the annexed and foregoing Telephonic Deposition of
 6    Charles P. Miller was taken before me on the 6th day of
      September, 2006 beginning at the hour of 2:45 o'clock p.m., at
 7    the offices of Liz D'Amour & Associates, 330 Wendell Street,
      Suite A, Fairbanks, Alaska, pursuant to Notice to take the
 8    deposition of said witness on behalf of plaintiffs;

 9          That the above-named witness, before examination, was
      duly sworn to testify to the truth, the whole truth, and
10    nothing but the truth;

11          That this telephonic deposition, as heretofore annexed,
      is a true and correct transcription of the testimony of said
12    witness, taken by me and thereafter transcribed by me;

13          That the original of this telephonic deposition has
      been lodged in a sealed envelope with the attorney requesting
14    transcription of same, as required by Civil Rule 30(f)(1)
      amended, that being Mr. Peter Aschenbrenner, P.O. Box 73998,
15    Fairbanks, Alaska 99707;

16          I am not a relative or employee or attorney or counsel
      of any of the parties, nor am I financially interested in this
17    action.

18          IN WITNESS WHEREOF, I have hereunto set my hand and
      affixed my seal this 25th day of September 2006.
19
                                _____
20                              Marci Lynch
21                              Notary Public in and for Alaska
                                My Commission Expires: 11/11/07
22
      S E A L
23

24

25
```



LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678