Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address:  823 Third Avenue Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4:06-CV-00018 RRB |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of November, 2006, the foregoing documents:

1. Plaintiff IRHA's Motion for Rule 60(b) Relief;
2. Memorandum in Support of Plaintiff IRHA's Motion for Rule 60(b) Relief;
3. proposed Order Granting Plaintiff IRHA's Motion for Rule 60(b) Relief;

5. Motion for Expedited Consideration of Plaintiff IRHA's Motion for Rule 60(b) Relief;
6. Affidavit of Peter J. Aschenbrenner in Support of Plaintiff IRHA's Motion for Rule 60(b) Relief with exhibits as noted:
     A. Plaintiff's Opposition to Defendant Almquist's Motion to Dismiss, Plaintiff's Motion for Summary Judgment, and Plaintiff's Opposition to Defendants Dot Lake, William J. Miller and Charles P. Millers' Motions to Dismiss;

    7.    proposed Order Granting Motion for Expedited Consideration of Plaintiff IRHA's Motion for Rule 60(b) Relief;

and that on the 7th day of November, 2006, the foregoing documents:

    8.    Notice of Filing Exhibits to Affidavit of Peter J. Aschenbrenner with exhibits as noted:
        B.    Documents Attachment in Support of Plaintiff's Opposition to Defendant Almquist's Motion to Dismiss, Plaintiff's Motion for Summary Judgment, and Plaintiff's Opposition to Defendants Dot Lake, William J. Miller and Charles P. Millers' Motions to Dismiss;
        C.    Deposition Excerpts of William J. Miller;
        D.    Deposition Excerpts of Charles P. Miller

    9.    Certificate of Service

were served via ECF on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.

    DATED in Fairbanks, Alaska this 7th day of November, 2006.

    ASCHENBRENNER LAW OFFICES, INC.
    Attorneys for Plaintiff IRHA

    By:   /s/ Peter J. Aschenbrenner
        Peter J. Aschenbrenner
        Bar No. 7210037