Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

    Plaintiff,

Vs.

Barbara Almquist, et al.
_____/  Case No. 4:06-CV-00018 (RRB)


Opposition of Native Village of Dot Lake, William J. Miller and Charles Miller
to Motion for Expedited Consideration of Plaintiff IRHA's
Motion for Rule 60(b) Relief

The Native Village of Dot Lake, William Miller, and Charles Miller oppose IRHA's motion for expedited consideration, served on November 6 and 7, 2006.

Expedited consideration is unnecessary.  When a Rule 60 motion is filed within 10 days after judgment, the time to appeal runs from the entry of the order disposing of the motion.  Federal Rules of Appellate Procedure 4(a)(4)(A)(vi). The Housing Authority's appeal is not due December 4.  That fact removes the only argument of any substance in favor of expedited consideration.

The Housing Authority argues that the court should hear the motion for summary judgment. Affidavit of Aschenbrenner, Document 56, at 2-3, ¶¶5-6. This argument is best suited for the principal motion under Civil Rule 60. Whatever the merits of the motion for summary judgment, there is nothing about it that calls for disposition on an expedited basis.

The Housing Authority argues that the dismissal order did not vacate earlier orders relating to the motion for summary judgment. Affidavit of Aschenbrenner, Document 56, at 2, ¶4. An order to dismiss for want of jurisdiction disposes of all issues, and these would include procedural matters. There is nothing in the earlier orders that calls for expedited consideration.


Mark Andrews                                           Dated: November 7, 2006.

Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251


Certificate of Service.  I certify that this 7th day of November, 2006, a copy of this Opposition to Expedited Consideration was served by ECF on Peter Aschenbrenner and Michael Walleri.                   /s/ Mark Andrews