Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>              Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>              Defendants. | **OPPOSITION TO IRHA'S MOTION EXPEDITED CONSIDERATION OF IRHA'S MOTION FOR RULE 60(b) RELIEF**<br><br><br>Case No. 4:06-cv-0018-RRB |

The Court should deny IRHA's request for expedited consideration. IRHA did not submit a memorandum in support of its motion for expedited consideration. The only support for the motion is found in the affidavit of Mr. Aschenbrenner, IRHA's attorney. IRHA's counsel's affidavit raises two issues: 1) IRHA's appeal deadline requires expedited consideration, and 2) allegations that the Court made

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                                      Page 1 of 3
Limited Joinder to Dimiss

error's in calendaring.[1] The first argument is legally incorrect. The second is irrelevant to the motion for expedited consideration.

IRHA's expressed need for expedited consideration misunderstands Federal Appellate Rules of Appellate Procedure. IRHA argues that the Court must consider its motion on shortened time because time will run on its appeal if the matter is heard on normal time. As noted by the Village of Dot Lake, this is incorrect because the filing of a FRCP 60(b) motion tolls the time to file an appeal. See FRAP 4(a)(4)(A)(vi).[2] IRHA's stated reason for expedited consideration is simply in error. Since IRHA has not state

The second reason fails to express any need for expedited consideration. Almquist disputes IRHA's allegations that the Court made errors in calendaring. However, such allegations have no bearing on whether the Court should consider the FRCP 60(b) motion on expedited basis or normal time. There is nothing about

---

[1] I.e. IRHA alleges that the Court issued it opinion prior to IRHA having an opportunity to respond to Almquist's motion because of various extensions granted to IRHA to file a response to Almquists motions.

[2] Technically, IRHA cites the wrong Federal Rule for its motion. The motion to reconsider filed by IRHA within 10 days of the order granting dismissal is more properly filed pursuant to FRCP 59. FRCP 60 applies to reconsideration of matters where relief is sought longer than 10 days after entry of the subject order. *Wharf v Burlington N. R.R. 60 F3d 631 (9th Cir. 1995)* Nonetheless, if IRHA had actually filed the proper motion under FRCP 59, FRAP 4 would also toll the time to file a notice of appeal.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

the allegations of calendaring error that require emergency consideration by the Court. Assuming *arguendo* that IRHA's allegations are correct, normal consideration of the motion will not preclude or interfere with the Court's effort to fashion appropriate relief.

The Court should deny the request for expedited consideration.

DATED this 7th day of November, 2006, at Fairbanks, Alaska.

    MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 )Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on November 7, 2006 via ECF to:

Mr. Peter Aschenbrenner
Law Office of Peter Aschenbrenner
P.O. Box 73998
Fairbanks, AK 99707

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                              Page 3 of 3
Limited Joinder to Dimiss