IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>       Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, et al.,<br><br>       Defendants. | Case No. 4:06-cv-0018-RRB<br><br><br><br>**ORDER DENYING**<br>**EXPEDITED CONSIDERATION** |

Before the Court is Plaintiff Interior Regional Housing Authority ("IRHA") with a Motion for Expedited Consideration at Docket 55.  IRHA argues expedited consideration of its Motion for Rule 60(b) Relief at Docket 53 is necessary because: (1) it has only 30 days from November 2, 2006, to file an appeal to the Ninth Circuit Court of Appeals[1]; and (2) this Court did not explicitly change any of the deadlines for Plaintiff's opposition to Defendant

---

[1]  Docket 56 at 2.

Almquist's Cross-Motion to Dismiss.[2]  Defendants oppose at Dockets 59 and 61.  Because Defendants' oppositions are well-taken, IRHA's Motion for Expedited Consideration at **Docket 55** is hereby **DENIED**.

To begin, inasmuch as a final judgment has <u>not</u> officially been entered in this matter, the Court notes IRHA's Rule 60(b) motion should have been filed as a Rule 59 motion for reconsideration.[3]  Notwithstanding, the Court concludes the time for appeal is tolled either way.[4]  Indeed, "[P]rejudgment motions . . . are equally effective in extending the time for appeal."[5]  As a result, the Court further concludes IRHA's argument regarding a 30-day deadline is incorrect.  This, when combined with the fact that IRHA's second argument, i.e., its argument regarding calendaring, is irrelevant given the Court's Order Granting Almquist's Motion to Dismiss Count I at Docket 52, reveals that expedited consideration is neither necessary nor warranted.

Consequently, IRHA's Motion for Expedited Consideration at Docket 55 is hereby **DENIED** and the matter will proceed forward

---

[2]  <u>Id.</u> (emphasis in original).

[3]  <u>See</u> Docket 61 at 2, n.2.

[4]  <u>See</u> Fed. R. App. P. 4(a)(4)(A)(iv) & (vi).  <u>See also</u> 16A Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, <u>Federal Practice and Procedure</u> § 3950.4 (3d ed. 1999)(<u>citing</u> <u>Trent v. Princess Cruises, Inc.</u>, 50 F.3d 16 (9th Cir. 1995)).  <u>Id.</u> (footnote omitted).

[5]  16A Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, <u>Federal Practice and Procedure</u> § 3950.4 (3d ed. 1999)(footnote omitted).

in due course.  Oppositions to IRHA's Motion for 60(b) Relief at

Docket 53, if any, shall be filed on or before **November 27, 2006**.

ENTERED this 8th day of November, 2006.

s/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE