Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
Physical address: 823 Third Avenue, Fairbanks, Alaska  99701
Mailing address: P.O. Box 73998, Fairbanks, Alaska  99707
Telephone (907) 456-3910 • Fax: (907) 456-8064
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>             Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>             Defendants. | Case No. 4:06-CV-00018 RRB |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR 60(b) RELIEF**

Plaintiff Interior Regional Housing Authority ("IRHA"), through its undersigned counsel, Aschenbrenner Law Offices, Inc., hereby requests oral argument on Plaintiff's Motion for 60(b) Relief pursuant to Local Rule 7.2.

DATED this 5th day of December, 2006.

          ASCHENBRENNER LAW OFFICES, INC.
          Attorneys for Plaintiff IRHA

By:   /s/ Peter J. Aschenbrenner
       Peter J. Aschenbrenner
       Aschenbrenner Law Offices, Inc.
       P.O. Box 73998
       Fairbanks, AK  99707-3988
       Phone: (907) 456-3910
       Fax: (907) 456-8064
       Email: peter@alolaw.com
       Alaska Bar No. 7210037

**Certificate of Service**

The undersigned hereby certifies that on the 5th day of December, the foregoing document was served via ECF on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.

By:   /s/ Peter J. Aschenbrenner
      Peter J. Aschenbrenner