```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

       INTERIOR REGIONAL HOUSING    v.    ALMQUIST, et al.

DATE:    December 6, 2006     CASE NO.    4:06-cv-0018-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING ORAL ARGUMENT**

---

Oral argument (1 hour) will be held on Plaintiff's Motion for 60(b) Relief (Docket 53) on **Friday, December 22, 2006,** at **9:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING ORAL ARGUMENT