UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

   INTERIOR REGIONAL HOUSING   v.   ALMQUIST, et al.

DATE:   December 6, 2006   CASE NO.   4:06-cv-0018-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **AMENDED MINUTE ORDER FROM CHAMBERS SCHEDULING ORAL ARGUMENT**

Oral argument (1 hour) will be held on Plaintiff's Motion for 60(b) Relief (Docket 53) on **Friday, December 22, 2006,** at **9:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

If it is determined prior to the scheduled hearing that oral argument is not necessary, the hearing will be vacated and an order will enter based on the parties' filings.

M.O. SCHEDULING ORAL ARGUMENT