```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

INTERIOR REGIONAL HOUSING AUTH   vs.   BARBARA ALMQUIST ET AL


BEFORE THE HONORABLE RALPH R BEISTLINE   CASE NO 4:06-cv-18-RRB

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

APPEARANCES:    PLAINTIFF: PETER ASCHENBRENNER (telephonic)

                DEFENDANT: MICHAEL WALLERI
                           MARK ANDREWS

PROCEEDINGS: ORAL ARGUMENT RE MOTION AT DKT # 53; HELD 12/22/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 9:35 a.m. court convened.


Oral arguments heard.

Matters taken under advisement. Written ruling to issue.
```

at 10:09   a.m. court adjourned.


DATE: 12/22/2006            DEPUTY CLERKS INITIALS: tjg