**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

INTERIOR REGIONAL HOUSING
AUTHORITY, A Public
Corporation and Tribally
Designated housing Entity,

       Plaintiff,

Case Number 4:06-cv-00018-RRB

v.

BARBARA ALMQUIST,
et al,

       Defendant.   **JUDGMENT IN A CIVIL CASE**


<u>XX</u>  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the Plaintiff take nothing, that the action is dismissed on the merits, and that the Defendants Barbara Almquist, Village of Dot Lake, William Miller and Charles Miller recover of the Plaintiff Interior Regional Housing Authority, their costs of action.


APPROVED:


<u>s/RALPH R. BEISTLINE</u>
RALPH R. BEISTLINE
United States District Judge

_____
Date: January 10, 2007

***NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

                  <u>IDA ROMACK</u>
           Ida Romack, Clerk of Court

[406-CV-18-RRB JUDGMENT.wpd]{JMT2.WPT*Rev.3/03}