Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

                Plaintiff,

vs.

Barbara Almquist, et al.
_____/  Case No. 4:06-CV-00018 (RRB)

Notice of Cost Bill Hearing by Native Village of Dot Lake,
William J. Miller and Charles Miller

     A hearing concerning the taxation of costs will be held on January 19, 2007, at 9:00 a.m. at the Office of the Clerk, U.S. District Court, Third Floor, 101 12th Avenue, Fairbanks, Alaska.  The Native Village of Dot Lake, William Miller, and Charles Miller are filing a Bill of Costs (Form AO 133) and an affidavit as part of this Notice.

Mark Andrews                                           Dated: January 12, 2007.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK  99701
Tel: 907. 452.8251
Fax: 907. 459.3953

Certificate of Service.

I certify that this 12th day of January, 2007, a copy of this Notice of Cost Bill Hearing was served by ECF on Peter Aschenbrenner and Michael Walleri.

/s/ Mark Andrews

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701
Tel: 907.452.8251
Fax: 907.459.3953

AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____Alaska_____

Interior Regional Housing Authority

V.

Barbara Almquist, et al.

**BILL OF COSTS**

Case Number: 4:06-CV-00018 (RRB)

Judgment having been entered in the above entitled action on _____ against __Plaintiff IRHA__,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing .................................................. | _____ |
| Fees for witnesses (itemize on reverse side) ......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 172.35 |
| Docket fees under 28 U.S.C. 1923 .................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ....................................... | _____ |
| Compensation of court-appointed experts .............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) .......................................................... | _____ |
| TOTAL | $ 172.35 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   electronic service to Aschenbrenner, Walleri   .

Signature of Attorney: _[signature]_

Name of Attorney: Mark Andrews

For: Native Village of Dot Lake, William Miller, Charles Miller    Date: JAN 12 2007
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                    Deputy Clerk                   Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 459-3953
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

           Plaintiff,

Vs.

Barbara Almquist, et al.
_____/    Case No. 4:06-CV-00018 (RRB)

AFFIDAVIT OF MARK ANDREWS

State of Alaska                    )
                                   )
Fourth Judicial District           )

Mark Andrews, first being sworn, states,

     I am counsel for the defendants Native Village of Dot Lake, William Miller, and Charles Miller.  The depositions of William and Charles Miller were taken on September 6, 2006.

The depositions were videotaped and transcribed. The court reporter, Liz D'Amour & Associates, Inc., billed Tanana Chiefs Conference for the costs of transcription. The total cost for the two depositions was $172.35.

Attached to this affidavit are copies of the invoice from Liz D'Amour & Associates and the TCC check which paid the bill. The TCC account number has been redacted from the check.

*/s/ Mark Andrews*
Mark Andrews

Subscribed and sworn to before me this 12th day of January, 2007, at Fairbanks, Alaska.

_____
Notary Public

My commission expires 8/8/08.

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701
Tel: 907.452.8251
Fax: 907.459.3953

**Liz D'Amour & Associates, Inc.,**

330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/28/2006 | 4198 |

BILL TO:

Mark Andrews
Tanana Chiefs Conference
122 First Avenue
Fairbanks, AK 99701

This is an invoice for individual cases. You will receive a monthly statement summarizing ALL charges for your firm.

| REFERENCE | TERMS |
|---|---|
|  |  |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | IRHA V. ALMQUIST, INC., 4:06-CV-00018 |  |  |
|  | DEPOSITION OF WILLIAM J. MILLER, 9/6/06 |  |  |
| 60 | Transcript Copy | 2.20 | 132.00 |
| 21 | B&W Exhibits Copied | 0.35 | 7.35 |

**This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!**

**Total** $139.35

Liz D'Amour & Associates, Inc.,
330 Wendell Street, Suite A
Fairbanks, AK 99701 (907) 452-3678
Federal I.D. 92-0167062

**Invoice**

| DATE | INVOICE # |
|---|---|
| 9/25/2006 | 4189 |

BILL TO:

Mark Andrews
Tanana Chiefs Conference
122 First Avenue
Fairbanks, AK 99701

This is an invoice for individual cases. You will receive a monthly statement summarizing ALL charges for your firm.

| REFERENCE | TERMS |
|---|---|
|  |  |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | IRHA V. ALMQUIST, ET AL., 4:06-00018 RRB |  |  |
| 15 | TELEPHONIC DEPOSITION OF CHARLES MILLER, 9/6/06<br>Transcript Copy | 2.20 | 33.00 |

This bill is YOUR responsibility. We do not do third party billing. Payment is due within 30 days from the date of this invoice. A late fee of $25.00 will be assessed each month on all balances more than 30 days past due. Please reference invoice number with payment. WE ACCEPT MASTERCARD AND VISA! THANK YOU!

**Total** $33.00

| Tanana Chiefs Conference | | Check Date : 20-OCT-06 | | No. 26965 |
|---|---|---|---|---|
| Vendor No. : 8376 | | Vendor Name : LIZ D'AMOUR & ASSOCIATES, INC | | |

| Invoice Number | Invoice Date | Description | Discount Amount | Extended Amount |
|---|---|---|---|---|
| 4189 | 25-SEP-06 | SERVICES | 0.00 | 33.00 |
| 4198 | 28-SEP-06 | SERVICES | 0.00 | 139.35 |
| | | | 0.00 | 172.35 |



**Tanana Chiefs Conference**
VENDOR PAYMENTS
122 First Avenue
Fairbanks, Alaska 99701

Key Bank of Alaska
Main Office - Interior
Fairbanks, AK 99707 - 1230

39-87 / 1252

No. 26965

| Date | Number | Amount |
|---|---|---|
| 20-OCT-06 | 26965 | ********172.35 |

PAY

One Hundred Seventy-Two Dollars And 35 Cents***********************

To the Order of:

LIZ D'AMOUR & ASSOCIATES, INC.
330 WENDELL ST., STE# A
FAIRBANKS, AK  99701
United States

AUTHORIZED REPRESENTATIVE

⑈269651⑈