Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>                 Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>                 Defendants. | **MOTION FOR ATTORNEY FEES AFTER DISMISSAL**<br><br>Case No. 4:06-cv-0018-RRB |

      COMES NOW, Defendant, Barbara Almquist, by and through her attorney, Michael J. Walleri, and moves the Court for an award of full Attorney's Fees.

      This Motion is more fully explained in the attached Memorandum and Affidavit of Amanda Wubbold.

      DATED this 19th day of January, 2007 at Fairbanks, Alaska.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

      MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 19, 2007 via ECF to:

    Mr. Peter Aschenbrenner
    Aschenbrenner Law Office
    P.O. Box 73998
    Fairbanks, AK 99707

    Mark Andrews
    Tanana Chiefs Conference, Inc
    122 First Ave. Suite 600
    Fairbanks, Ak 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                           Page 2 of 2
Motion for Attorney's Fees