Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>             Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>             Defendants. | **(PROPOSED) ORDER FOR ATTORNEY'S FEES**<br><br>Case No. 4:06-cv-0018-RRB |

Upon motion of Barbara Almquist, by and through her attorney for full attorney's fees in the above captioned matter, and the court Finds that

1) Barbara is the prevailing party in this action.

2) Barbara incurred substantial legal fees and costs in connection with her efforts to defend the action brought by IRHA in the amount of $6190.00.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                       Page 1 of 2
Proposed Order Granting Attorney Fees

IT IS HEREBY ORDERED, that the motion for attorney fees is hereby GRANTED. Barbara Almquist is awarded attoney fees and costs in the amount of $6190.00 which she incurred to defend the FED action.

DONE at _____, Alaska this _____ day of _____, 2007.

_____
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on January 19, 2007 via ECF to:

Mr. Peter Aschenbrenner
Aschenbrenner Law Office
P.O. Box 73998
Fairbanks, AK 99707

Mark Andrews
Tanana Chiefs Conference, Inc
122 First Ave. Suite 600
Fairbanks, Ak 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725