Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>                Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>                Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY FEES AFTER DISMISSAL**<br><br>Case No. 4:06-cv-0018-RRB |

**MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEY FEES**

Defendant, Barbara Almquist, seeks full attorney's fees incurred in her defense to Interior Regional Housing Authority's Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief action against her.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

## FACTUAL BACKGROUND

On June 27, 2007, Interior Regional Housing Authority (IRHA) filed a Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief against the Defendants. This action stemmed from a Forcible Entry and Detainer which was denied in State Superior Court. The complaint raised federal claims (under 28 USC §§ 1331) and state law claims (under 28 USC §1367]  After motion practice, this Court has dismissed both the State and Federal claims presented by the Plaintiff. As a result, there is little question that the Defendant's, to include, Ms. Almquist are the prevailing parties. Ms. Almquist has incurred $6190.00 in attorney fees and $25.29 in costs.

## ARGUMENT

Ms. Almquist is entitled to full attorney fees and costs pursuant to the Dot Lake Ordinance, Alaska Landlord Tenant Act, Ak Civ. Rule 82, and the Common Fund doctrine.

### Tribal Ordinance.

The Tribal Council for Native Village of Dot Lake Ordinance No. 06-01-01 Sec 5 Enforcement; Attorney Fees states that:

> The terms of this ordinance may be enforced in tribal, state or federal court. The tribe, TDHE and the tenant shall have a right to bring an action to enforce the terms

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

> of all applicable tribal, federal and state law. Attorney fees shall be allowed to the prevailing party in any proceeding arising out of this chapter, or rental agreement.

This Court held that the tribe had a right to enact ordinances regulating NAHASDA landlord/tenant issues under the terms of NAHASDA. IRHA sought to challenge that ordinance in Federal Court. This Court expressly held that the tribe had the power to enact such ordinances. Clearly, this action arises out of the ordinance. Under the terms of the ordinance, the Defendant, as the prevailing party, has the right to recover full attorney fees.

**Alaska Landlord Tenant Act and AK Civ. R. 82**

IRHA admittedly bought state law claims, which arise under the State Landlord Tenant Act. A. S. 34.03.350 states that full attorney fees shall be allowed to the prevailing party in any such proceedings. As a result, Almquist is entitled to full attorney fees under this provision.

In the alternative, there is no question that the IRHA raised pendent state law claims, which were dismissed. As a result, AK Civ. R. 82 applies, and Almquist is entitled to an award of attorney fees under the Rule 82 schedule.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

**Common Fund Doctrine.**

IRHA repeatedly indicated to this Court that it faced irreparable harm from the prospect that other tribes, served by IRHA, may wish to similarly regulate IRHA under the terms of NAHASDA. Generally, federal claims are governed by the American Rule, which do not allow recovery of attorney fees to a prevailing party in Federal Court. However, The Supreme Court in *Sprague v. Ticonic Nat'l Bank, 307 U.S. 161, 168, 83 L. Ed. 1184, 59 S. Ct. 777 (1939),* approved what has become known as the "common fund" exception to the "American rule". The common fund doctrine, to repeat, is merely an equitable exception to the traditional "American rule" governing attorneys' fees. It is neither an example of "interstitial lawmaking." 19 C. Wright, A. Miller, & E. Cooper, supra, § 4514, at 235, nor an area dominated by federal statutes. As the Ninth Circuit has explained, "one of the established equitable exceptions is the 'common benefit' exception, which permits an award of attorneys' fees to a party whose action results in a substantial benefit to others (footnote omitted). *Reiser v. Del Monte Properties Co., 605 F.2d 1135, 1137 (9th Cir. 1979).* In this case, IRHA has admitted that all tribes, and tribal members receiving NAHASDA services, benefited from Almquist's defense of IRHA's claims, by establishing the principle that tribally designated housing authorities are subject to the protections tribes might establish to regulate landlord tenant relations. The present case is particularly compelling in that by definition, NAHASDA provides

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                                  Page 4 of 5
Memorandum in Support of Motion for Attorney's Fees

housing services to low income persons.  Clearly, the common fund doctrine applies, and Almquist, as the prevailing party, is eligible for full attorney fees.

Ms. Almquist requests full attorney fees and costs and the Court should order full attorney fees and costs from IRHA.

DATED this 19th  day of January, 2007 at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street,  Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 19, 2007 via ECF to:

Mr. Peter Aschenbrenner
Aschenbrenner Law Office
P.O. Box 73998
Fairbanks, AK 99707

Mark Andrews
Tanana Chiefs Conference, Inc
122 First Ave. Suite 600
Fairbanks, Ak 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist                                                                                                                                 Page 5 of 5
Memorandum in Support of Motion for Attorney's Fees