Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorney for Defendant Almquist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>               Plaintiff,<br><br>v.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE, aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MIILER, CHARLES P. MILLER, AND JOHN DOES NO 1-3, all in their official capacities.<br><br>               Defendants. | **AFFIDAVIT OF AMANDA WUBBOLD**<br><br>Case No. 4:06-cv-0018-RRB |

STATE OF ALASKA         )
                                         )ss:
FOURTH JUDICIAL DISTRICT   )

     I, Amanda Wubbold, having been first duly sworn depose and state as follows:

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist
Affidavit of Amanda Wubbold

Page 1 of 2

1. I am the Office Manager at the Law Offices of Michael J. Walleri. My primary duties are monitoring of billing, accounts receivable, accounts billing, and associated issues.

2. Attached billings are true and correct records of the costs incurred in connection with Federal Rules of Civil Rule 54(d)(2). The billings are attached as Exhibit A.

FURTHER YOUR AFFIANT SAYETH NAUGHT

*Amanda Wubbold*
Amanda Wubbold

SUBSCRIBED and SWORN to before me this 19 day of January, 2007, at Fairbanks, Alaska.

*Christine L Woodward*
Notary Public in and for the State of Alaska
My Commission Expires: March 9, 2010

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 18, 2007 via ECF to:

Mr. Peter Aschenbrenner
Aschenbrenner Law Office
P.O. Box 73998
Fairbanks, AK 99707

Mark Andrews
Tanana Chiefs Conference, Inc
122 First Ave. Suite 600
Fairbanks, Ak 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

IRHA v Almquist
Affidavit of Amanda Wubbold

Page 2 of 2

## IRHA v Almquist (Fed)  January 2007
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 1/18 | Review rules on att'y fee motion; review trial ordinance on same | 0.5 |
| 1/19 | Review Drafted Atty Fees Packet Make final changes | 1 |

| | | |
|---|---|---|
| Total Hours | | 1.5 |
| Billing Rate | | $200.00 |
| Total Amount | | $300.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 1/18 | Draft Motion, Memo, Proposed Orders for Atty's Fees, download all billings to attached to Drafted Affidavit | 2 |
| 1/19 | Attended Cancelled hearing, No prior notice from opposing party of non opposition | 0.5 |

| | | |
|---|---|---|
| Total Hours | | 2.5 |
| Billing Rate | | $90.00 |
| Total Amount | | $225.00 |

| Date | Expense | Amount |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Total Expenses | | $0.00 |
| **Total Amount Due** | | **$525.00** |



EXHIBIT A
PAGE 1 OF 8

## IRHA v Almquist (Fed)  December 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 12/22 | Prep for hrg; attend hrg on IRHA's 60(b) motion | 2.5 |

| | | |
|---|---|---|
| Total Hours | | 2.5 |
| Billing Rate | | $200.00 |
| Total Amount | | $500.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 12/6 | Download 2 orders regarding hearings | 0.25 |

| | | |
|---|---|---|
| Total Hours | | 0.25 |
| Billing Rate | | $90.00 |
| Total Amount | | $22.50 |

| Date | Expense | Amount |
|---|---|---|
| | copies  42x.15 | $6.30 |

| | | |
|---|---|---|
| Total Expenses | | $6.30 |
| **Total Amount Due** | | **$528.80** |


EXHIBIT A
PAGE 2 OF 8

**IRHA v Almquist (Fed)  November  2006**
**Attorney Hours**

| Date | Service | Hours |
|---|---|---|
| 11/27 | op to 60 b moiton | 1.5 |

| | |
|---|---|
| Total Hours | 1.5 |
| Billing Rate | $200.00 |
| Total Amount | $300.00 |

**Paralegal Hours**

| Date | Service | Hours |
|---|---|---|
| 11/27 | Upload/download fed filing Op | 0.25 |

| | |
|---|---|
| Total Hours | 0.25 |
| Billing Rate | $90.00 |
| Total Amount | $22.50 |

| Date | Expense | Amount |
|---|---|---|

| | |
|---|---|
| Total Expenses | $0.00 |
| **Total Amount Due** | **$322.50** |

EXHIBIT A
PAGE 3 OF 8

## IRHA v Almquist (Fed)  October 2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 10/9 | e-mail exchange on schedule/ extension | 0.25 |

| | | |
|---|---|---|
| Total Hours | | 0.25 |
| Billing Rate | | $200.00 |
| Total Amount | | $50.00 |

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 10/19 | Download and review Nvof Dot Lake's Motion to Dismiss, email same to MJW and review his response | 0.5 |
| 10/20 | Draft Limited Motion to Joinder, email to MJW | 0.5 |

| | | |
|---|---|---|
| Total Hours | | 1 |
| Billing Rate | | $90.00 |
| Total Amount | | $90.00 |

| Date | Expense | Amount |
|---|---|---|
| Total Expenses | | $0.00 |
| **Total Amount Due** | | **$140.00** |

EXHIBIT A
PAGE 4 OF 8

## IRHA v Almquist (Fed)  Sept  2006
### Attorney Hours

| Date | Service | Hours |
|------|---------|-------|
| 9/5 | Witness (B. Miller) interview | 1 |
| 9/6 | Depo B. Miller & C. Miller | 2 |
| 9/15 | received and review reply from D.L. on 12 b 6 motion | 0.25 |

**Total Hours** 3.25
**Billing Rate** $200.00
**Total Amount** $650.00

### Paralegal Hours

| Date | Service | Hours |
|------|---------|-------|
| 9/6 | create timeline for ordinance emails and faxes | 0.5 |
| 9/25 | TC w/ P. A.'s office re stip to deadline extension for 10 days after ruling | 0.25 |

**Total Hours** 0.75
**Billing Rate** $90.00
**Total Amount** $67.50

| Date | Expense | Amount |
|------|---------|--------|
|      | copies  37 x .15 | $5.55 |

**Total Expenses** $5.55

**Total Amount Due** **$723.05**


EXHIBIT A
PAGE 5 OF 8

## IRHA v Almquist (Fed)  August  2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 8/7 | Op to 56(f) motion; 12(b)(^) motion | 3.25 |
| 8/18 | Rec'd & review order denying motion; TC M. Andrews re same & plan for settlmenet | 1 |
| 8/28 | Draft reply on motion to dismiss | 3.25 |

**Total Hours** 7.5
**Billing Rate** $200.00
**Total Amount** $1,500.00

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 8/7 | prepare and file Reply and Motion, download M. Andrews reply | 0.5 |

**Total Hours** 0.5
**Billing Rate** $90.00
**Total Amount** $45.00

| Date | Expense | Amount |
|---|---|---|
|  | copies  28 x .15 | $4.20 |
|  | postage | $1.02 |

**Total Expenses** $5.22

**Total Amount Due** **$1,550.22**

EXHIBIT A
PAGE 6 OF 8

### IRHA v Almquist (Fed)   July  2006
### Attorney Hours

| Date | Service | Hours |
|---|---|---|
| 7/5 | Draft memo in op to TRO & cross motion for dismissal; TC B. miller re tribe filing; TC M. Andrews re same; rec'd & review Tribe filing; | 5.75 |
| 7/6 | Revise memo on TRO & dismissal | 1 |
| 7/6 | Prep for scheduling conf. | 0.25 |
| 7/13 | Rec'd & review reply from Aschenbrenner | 0.5 |
| 7/23 | Review file re 56f motion | 0.25 |
| 7/26 | E-mail traffic on service issues | 0.25 |
| 7/27 | Prep & Hrg on prelim injunciton (telephonic) | 2 |

**Total Hours** 10
**Billing Rate** $200.00
**Total Amount** $2,000.00

### Paralegal Hours

| Date | Service | Hours |
|---|---|---|
| 7/13 | Download/review response | 0.25 |

**Total Hours** 0.25
**Billing Rate** $90.00
**Total Amount** $22.50

| Date | Expense | Amount |
|---|---|---|

**Total Expenses** $0.00

**Total Amount Due** **$2,022.50**

EXHIBIT A
PAGE 7 OF 8

**IRHA v Almquist (Fed)   June  2006**
**Attorney Hours**

| Date | Service | Hours |
|------|---------|-------|
| 6/22 | Rec'd & review letter from Aschenbrenner; TC client; TC T.Charles; reply letters | 0.5 |
| 6/23 | TC B. Miller re notice of litigation from IRHA & coordination of defenses | 0.5 |
| 6/30 | TC T. Charles re complaint; TC B. Miller re complaint et. a. | 0.75 |

| | |
|---|---|
| Total Hours | 1.75 |
| Billing Rate | $200.00 |
| Total Amount | $350.00 |

**Paralegal Hours**

| Date | Service | Hours |
|------|---------|-------|
| 6/28 | TC to P Aschenbrenner's office, MJW, & B. Miller | 0.5 |

| | |
|---|---|
| Total Hours | 0.5 |
| Billing Rate | $90.00 |
| Total Amount | $45.00 |

| Date | Expense | Amount |
|------|---------|--------|
| | copies - 48 x .15 | $7.20 |
| | postage | $1.02 |

| | |
|---|---|
| Total Expenses | $8.22 |
| **Total Amount Due** | **$403.22** |

