**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>INTERIOR REGIONAL HOUSING AUTHORITY</u>   v.   <u>BARBARA ALMQUIST, et al</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                           CASE NO.  <u>4:06-cv-00018-RRB</u>

 <u>CAROLYN BOLLMAN</u>


PROCEEDINGS: **CLERK'S NOTICE:**
<u>TAXATION OF COSTS HEARING                       DATE: January 26, 2007</u>

      The Clerk's Taxation of Costs Hearing was scheduled for Friday, January 19, 2007 at 9:00 a.m. before the Divisional Deputy in Charge at Fairbanks, Alaska.

      No objections were filed prior to the hearing. Counsel for plaintiff called to notify the court that no objections would be filed to the cost bill at approximately 8:20 a.m. that day. Costs are taxed as follows:

      Fees for exemplification of copies and papers are taxable under AK LR 54.1(e)(5) in the amount of $172.35 for a total of $172.35.

      Counsel are referred to Fed. R. Civ. P 54(1)(d) for review of taxation of costs.