Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
P.O. Box 73998
Fairbanks AK 99707
Phone: (907) 456 – 3910

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA ALMQUIST, individually, THE VILLAGE OF DOT LAKE aka THE NATIVE VILLAGE OF DOT LAKE, WILLIAM J. MILLER, CHARLES P. MILLER and JOHN DOES NO. 1 - 3, all in their official capacities,<br><br>Defendants. | Case No. 4 06 CV 00018 (RRB)<br><br><br><br>**NOTICE OF APPEAL** |

     Plaintiff Interior Regional Housing Authority, by and through their counsel, Peter J. Aschenbrenner, hereby provides notice of their appeal of the decision of the U.S. District Court in this case entered January 11, 2007, to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. Section 1291.

                ASCHENBRENNER LAW OFFICES, INC.

                      /s/ Peter J. Aschenbrenner
                      Peter J. Aschenbrenner
                      Attorney for Plaintiff IRHA

**Certificate of Service**

The undersigned hereby certifies that on the ___8___ day of February, 2007, the foregoing document was served via ECF/Mail on:

Michael J. Walleri, Esq.
Mark Andrews, Esq.


By:    /s/  Peter J. Aschenbrenner
        Peter J. Aschenbrenner