Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


Interior Regional Housing Authority,

        Plaintiff,

vs.

Barbara Almquist, et al.

_____/    Case No. 4:06-CV-00018 (RRB)

Notice of Appeal

The Native Village of Dot Lake, William J. Miller in his official capacity, and Charles Miller in his official capacity hereby give notice that they appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Dismiss Complaint (Document 44) entered in this action on the 19th day of September, 2006.  This appeal is a cross-appeal.

| | |
|---|---|
| Mark Andrews<br>Acting General Counsel<br>Tanana Chiefs Conference<br>122 First Avenue  Suite 600<br>Fairbanks, Alaska  99701<br>(907) 452-8251 | Dated: February 20, 2007. |

Certificate of Service.

I certify that this 20th day of February, 2007, a copy of this Notice of Appeal was served by ECF on Peter Aschenbrenner and Michael Walleri.               /s/ Mark Andrews