Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority,

        Plaintiff,

Vs.

Barbara Almquist, et al.
_____/   Case No. 4:06-CV-00018 (RRB)

Motion and Memorandum
by Native Village of Dot Lake, William J. Miller and Charles Miller
to Change Designation of Parties Sued in Their Official Capacity

Native Village of Dot Lake, William J. Miller, and Charles Miller move to change the designations of the two parties who were sued in their official capacities.  The purpose of this motion is to drop references to specific individuals.

After elections in September 2006, William and Charles Miller no longer held their respective positions as President and Secretary of the Dot Lake Traditional Council.

The two individuals were sued in their official capacities. The tribal election did not alter the conduct of the case. *See* F.R.C.P 25(d)(substitution of parties; successor to public officer bound by injunction); F.R.C.P. 65(d)(parties bound by injunction). Under F.R.C.P. 17(a), every action is prosecuted in the name of the real party in interest. Here, the real party in interest is the incumbent of a tribal position, not a natural person in his or her individual capacity.

There was no entry of appearance for John Does 1- 3.

The tribe and the two officers ask that the proper names of the officers be dropped from the caption in favor of naming only the position title. Thus, "William J. Miller and Charles Miller… in their official capacities" would become "The President and the Secretary of Dot Lake Traditional Council, in their official capacities".

The moving parties believe that after a notice of appeal the District Court retains jurisdiction for essentially clerical questions such as the one presented here.

An Order granting this motion would not alter the relief available to the appellant Interior Regional Housing Authority, nor expand the rights of the cross-appellees.

Mark Andrews                                             Dated: February 20, 2007.

Acting General Counsel

- 3 -

Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251


<u>Certificate of Service</u>.  I certify that this 20th day of February, 2007, a copy of this Motion to Change the Identities of Parties Sued in Their Official Capacity was served by ECF on Peter Aschenbrenner and Michael Walleri.                    /s/ Mark Andrews