Mark Andrews
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue   Ste 600
Fairbanks AK  99701
Phone (907) 452-8251, ext 3177
Fax   (907) 459-3953
mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Interior Regional Housing Authority

            Plaintiff,

Vs.

Barbara Almquist, et al.,

            Defendants
_____/

Case No. 4:06-cv-00018 (RRB)


CERTIFICATE REGARDING TRANSCIPT

    Defendants and Cross-appellants Native Village of Dot Lake, and William Miller and Charles Miller in their official capacities, hereby state that they will order no transcript in support of their cross-appeal.

    Defendants/Cross-appellants filed the same notice in the U.S. Court of Appeals, pursuant to F.R.A.P. 10(b)(1).  The Dot Lake defendants then received the Information for Appeals from the District Court.  The Dot Lake defendants file this

certificate pursuant to the second page, final paragraph, of

the District Court's Information for Appeals.


Mark Andrews
Acting General Counsel
Tanana Chiefs Conference


Certificate of Service.
I certify that this 28th day of February, 2007, a copy of this Certificate Regarding Transcript send by ECF to Peter Aschenbrenner, Esq., attorney for Interior Regional Housing Authority, and to Michael Walleri, Esq., attorney for Barbara Almquist.          /s/ Mark Andrews