RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB 27 2007

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED_____
DOCKETED_____
                    DATE        INITU

**CASE INFORMATION:**
Short Case Title: Interior Regional Housing Authority v. Almquist et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline - 4:06-cv-00018-RRB
Date Complaint/Indictment/Petition Filed: June 27, 2006
Date Appealed Order/Judgment *entered*: January 11, 2007
Date NOA *filed*: February 8, 2007

(07-35174)

COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

RECEIVED

MAR 1 2 2007

Court Reporter(s) Name and Phone Number: Tina Grothause
U.S. District Court
101 12th Avenue-Room 332
Fairbanks, Alaska 99701
907-451-5791

CLERK, U.S. _____
ANCHORAGE, ALASKA

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _X_        Date Docket Fee billed: __
Date FP granted: __              Date FP denied: __
Is FP pending? __yes/no          Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**

Appellate Counsel:
Peter J. Aschenbrenner
Aschenbrenner Law Offices, Inc.
P.O. Box 73998
Fairbanks, Alaska 99707
US
907-456-3910
Fax: 907-456-8064
Email: peter@alolaw.com

Appellee Counsel:
Michael J. Walleri
Law Office of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
US
907-452-4716
Fax: 907-452-4725
Email: walleri@gci.com

Mark Andrews
Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, Alaska  99701
US
907-452-8251
Fax:  907-459-3953
Email:  mark.andrews@tananachiefs.org

__retained    __CJA    __FPD    __FPD    __Other          Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __                      Address: __
Custody: __                              __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __            9th Circuit Docket Number: __

Name and phone number of person completing this form:   Sherry  L. Mons
                                                         U.S. District Court
                                                         101 12th  Avenue-Room 332
                                                         Fairbanks, Alaska  99701
                                                         907-451-5791