UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FEB ?? 2007

FILED_____
DOCKETED_____
                    DATE
                    INITIAL

**CASE INFORMATION:**
Short Case Title: Interior Regional Housing Authority v. Almquist et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline - 4:06-cv-00016-RRB
Date Complaint/Indictment/Petition Filed: June 27, 2006
Date Appealed Order/Judgment *entered*: September 19, 2006
Date NOA *filed*: February 20, 2007
COA Status (check one):

( 07-35175 )

__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

RECEIVED

Court Reporter(s) Name and Phone Number: Tina Grothause
                    U.S. District Court
                    101 12th Avenue-Room 332
                    Fairbanks, Alaska 99701
                    907-451-5791

MAR 1 2 2007

CLERK, U.S. _____ _____
ANCHORAGE, ALASKA

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _X_      Date Docket Fee billed: _
Date FP granted: _              Date FP denied: _
Is FP pending? __yes/no         Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Court |
|---|---|
| Mark Andrews | Peter J. Aschenbrenner |
| Tanana Chiefs Conference | Aschenbrenner Law Offices, Inc. |
| 122 First Avenue, Suite 600 | P.O. Box 73998 |
| Fairbanks, Alaska 99701 | Fairbanks, Alaska 99707 |
| US | US |
| 907-452-8251 | 907-456-3910 |
| Fax: 907-459-3953 | Fax: 907-456-8064 |
| Email: mark.andrews@tananachiefs.org | Email: peter@alolaw.com |

__retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __                          __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

---

Name and phone number of person completing this form:    Sherry L. Mons
U.S. District Court
101 12th Avenue-Room 332
Fairbanks, Alaska  99701
907-451-5791