RECEIVED
MAR 1 2 2007
ANCHORAGE, ALASKA

# CHART OF BRIEFING SCHEDULE FOR CROSS-APPEALS

| BRIEF NO. | BY | RELATIONSHIP OF BRIEF TO APPEAL #1 | RELATIONSHIP OF BRIEF TO APPEAL #2 | COLOR OF COVER | TIME LIMIT* | PAGE LIMIT* |
|---|---|---|---|---|---|---|
| 1 | cross-appellant/appellee (first appealing party) Excerpts required | opening | | blue | 40 days from the filing of the Certificate of Record by the Clerk of the U.S. Court of Appeals or by Time Schedule Order | 14,000 words or 30 pgs. |
| 2 | appellee/cross-appellant (second appealing party) Excerpts required | appellee's (answering) brief [combined] | opening | red | 30 days from the service of brief #1 or by Time Schedule Order | 16,500 words or 35 pgs. |
| 3 | cross-appellant/appellee (first appealing party) | reply [combined] | appellee's (answering) brief [briefs] | Yellow | 30 days from the service of brief #2 or by Time Schedule Order | 14,000 words or 30 pgs. |
| 4 | appellee/cross-appellant (second appealing party) | | reply | gray | 14 days from the service of brief #3 | 7,000 words or 15 pgs. |

* See FRAP and Circuit Rule 32.

P:\Forms\Docketing\APPCKTXAPPLSCHART.wpd

Rev. (01/06)