UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 18 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>    Defendants/Appellees/Cross-Appellants. | Nos. 07-35174, 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

RECEIVED
APR 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

At the request of counsel, the assessment conference, previously set for April 23, 2007, is rescheduled for May 15, 2007, at 2:30 p.m. Pacific Time (1:30 p.m. Alaska Time).

The briefing schedule previously set by the court is vacated.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator