

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 31 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>    Defendants/Appellees/Cross-Appellants. | Nos. 07-35174, 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br><br>ORDER |

On May 15, 2007, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Peter J. Aschenbrenner, Esq., Michael J. Walleri, Esq. and Mark Andrews, Esq. participated on behalf of the parties to the appeals.

The court will initiate a further conference by telephone on June 19, 2007, at 11:00 a.m. **Pacific Time** (10:00 a.m. Alaska Time).

The briefing schedule previously set by the court is amended as follows: appellant/cross-appellee shall file the first cross-appeal brief on or before July 27, 2007; appellees/cross-appellants shall file the second cross-appeal brief on or before September 5, 2007; appellant/cross-appellee shall file the third cross-appeal brief on

or before October 5, 2007; appellees/cross-appellants may file an optional fourth cross-appeal brief on or before October 19, 2007.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator