FILED

JUN 28 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>   Plaintiff/Appellant/Cross-Appellee,<br><br>   v.<br><br>BARBARA ALMQUIST; et al.,<br><br>   Defendants/Appellees/Cross-Appellants. | Nos. 07-35174, 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

RECEIVED

JUL 02 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

On June 19, 2007, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Peter J. Aschenbrenner, Esq., Michael J. Walleri, Esq. and Mark Andrews, Esq. participated on behalf of the parties to the appeals.

The court will initiate a further conference by telephone on July 7, 2007, at 11:00 a.m. **Pacific Time** (10:00 a.m. Alaska Time).

The briefing schedule previously set by the court is amended as follows: the first cross-appeal opening brief by appellant/cross-appellee Interior Regional Housing Authority ("IRHA") is due September 7, 2007; the second briefs answering and opening by Village of Dot Lake ("Dot Lake") and answering by

Barbara Almquist ("Almquist") is due October 8, 2007; the third briefs in reply and answering by IRHA and answering by Almquist is due November 7, 2007; the fourth brief in reply by Dot Lake is due November 21, 2007.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator