**FILED**

UNITED STATES COURT OF APPEALS

JUN 28 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>Defendants - Appellees. | No. 07-35174<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

**RECEIVED**
JUL 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Due to a clerical mistake, this appeal was closed in error. The order, dated June 20, 2007, which was filed with respect to appeal nos. 07-35153 and 07-35174, is vacated and the mandate in appeal no. 07-35174 is recalled.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 28 2007

by
Deputy Clerk