**FILED**

UNITED STATES COURT OF APPEALS

JUL 20 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>    Defendants/Appellees/Cross-Appellants. | Nos. 07-35174, 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

**RECEIVED** JUL 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

On July 17, 2007, a telephone conference was held with Circuit Mediator Margaret A. Corrigan. Peter J. Aschenbrenner, Esq., Michael J. Walleri, Esq. and Mark Andrews, Esq. participated on behalf of the parties to the appeals.

The court will initiate a further conference by telephone on August 27, 2007, at 11:00 a.m. **Pacific Time** (10:00 a.m. Alaska Time).

The briefing schedule previously set by the court is vacated.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator