**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 15 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>Defendants/Appellees/Cross-Appellants. | Nos. 07-35174, 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

RECEIVED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion to dismiss these appeals as moot is denied without prejudice to raising the argument in the briefs.

The first cross-appeal brief by Interior Regional Housing Authority has been filed.

The second cross-appeal briefs answering and opening by Village of Dot Lake and answering by Barbara Almquist are due February 13, 2008; the third cross-appeal briefs replying and answering by IRHA and answering by Almquist are due March 14, 2008; the fourth cross-appeal brief replying by Dot Lake is due April 14, 2008.

**REDACTED SIGNATURE**
General Order 6.3(e)

S:\MOATT\Cmshords\1-08\snr\07-35174.wpd