UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 0 6 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>BARBARA ALMQUIST; et al.,<br><br>Defendants - Appellees. | No. 07-35174<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER<br><br>**RECEIVED**<br>FEB 1 1 2008<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |
| INTERIOR REGIONAL HOUSING AUTHORITY, a Public Corporation and Tribally Designated Housing Entity,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BARBARA ALMQUIST,<br><br>Defendant - Appellee,<br><br>THE VILLAGE OF DOT LAKE, aka The Native Village of Dot Lake; et al.,<br><br>Defendants - Appellants. | No. 07-35175<br><br>D.C. No. CV-06-00018-RRB<br>District of Alaska,<br>Fairbanks |

The appellees' motions for an extension of time to file the second cross-appeal briefs are granted. The second cross-appeal briefs are due March 4, 2008.

Nos. 07-35174, 07-35175

The third cross-appeal brief is due April 3, 2008. The fourth cross-appeal briefs are due 14 days after service of the third cross-appeal brief.

> For the Court:
>
> MOLLY C. DWYER
> Acting Clerk of Court
>
> Redacted Signature
>
> Grace S. Santos
> Deputy Clerk
> Ninth Circuit Rule 27-7/Advisory Note to Rule 27
>    and Ninth Circuit 27-10

Pro 2.4